# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBEN WILLS,<br><br>        Plaintiff<br>vs.<br><br>MICROGENICS CORPORATION, ET AL.,<br><br>        Defendants | Hon. Brian M. Cogan<br><br>CASE 1:20-cv-04432-BMC-VMS<br><br>**DEFENDANT THERMO FISHER SCIENTIFIC INC.'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>**ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that Defendant Thermo Fisher Scientific Inc. shall move before the Honorable Brian M. Cogan, United States Judge, on a date and at a time to be set by the Court, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Plaintiff's Second Amended Complaint for failure to state a claim upon which relief can be granted. Thermo Fisher shall also on said date join in Defendant Microgenics Corporation's Motion to Dismiss Plaintiff's Second Amended Complaint.

**PLEASE TAKE FURTHER NOTICE** that Thermo Fisher Scientific Inc. shall rely upon the accompanying Memorandum of Law in support of its Motion, and upon the record and pleadings filed herein.

Respectfully submitted,

Dated: February 10, 2021.   s/Christopher R. Carton
Christopher R. Carton (ID # CC0408)
Erica Mekles (ID # EM1020)
BOWMAN AND BROOKE LLP
317 George Street, Suite 320
New Brunswick, NJ  08901
Telephone: (201) 577-5175
chris.carton@bowmanandbrooke.com
erica.mekles@bowmanandbrooke.com

***Attorneys for Defendant Thermo Fisher Scientific Inc.***