

Rob Rickner | rob@ricknerpllc.com

June 30, 2021

**Via ECF**

Hon. Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, NY 11201

   Re: *Ruben Wills v. Microgenics Corporation et al.*, 20-cv-04432 (BMC) (VMS)

Dear Judge Scanlon,

We represent Plaintiff Ruben Wills is the above-caption action and submit this letter regarding the conference yesterday, June 29, 2021.

I apologize for not attending yesterday's conference. I had a plumbing emergency that erupted shortly before the conference started and I needed to speak with the plumber (who thankfully was able to quickly resolve the issue).

I have spoken with class counsel for *Steel-Warrick*, and received a thorough update on the proceedings. And if Your Honor needs any additional information regarding the *Wills* matter, I will gladly provide it either by letter or at a future conference.

Respectfully,

 /s/

Rob Rickner