

**Bowman and Brooke** LLP

Attorneys at Law

317 George Street, Suite 320
New Brunswick, NJ 08901
Phone: 201.577.5175
Fax: 804.649.1762

Erica S. Mekles
Direct: 201.577.5196
Email: erica.mekles@bowmanandbrooke.com

December 1, 2023

**VIA USDC EDNY CM/ECF**

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:     Ruben Wills v. Microgenics Corporation and Thermo Fisher Scientific Inc.
         Civil Action No. 1:20-cv-04432-BMC**

Dear Judge Cogan:

        We represent Defendants Microgenics Corporation and Thermo Fisher Scientific
Inc. in the above-captioned case.  We write jointly with all parties to provide the Court with
the following proposed expert discovery schedule, pursuant to the Court's November 17,
2023 Text Order:

    1.  Affirmative expert reports - February 7, 2024

    2.  Responsive expert reports - March 27, 2024

    3.  Expert discovery deadline - May 15, 2024.

        Thank you for your attention to this matter.
        .

                                        Respectfully submitted,

                                        BOWMAN AND BROOKE LLP

                                        */s/ Erica S. Mekles*
                                        Erica S. Mekles
                                        Co-Managing Partner

ESM/la

cc:  All counsel of record (VIA ECF)