UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
RUBEN WILLS,

                 Plaintiff,

    -against-

MICROGENICS CORPORATION,
THERMO FISHER SCIENTIFIC, INC., and
SHEILA WOODBERRY,

                 Defendants.
---------------------------------------------------------------- X

20 Civ 4432 (BMC)

**DECLARATION OF JENNIFER GOLTCHE IN SUPPORT OF DEFENDANT WOODBERRY'S MOTION FOR SUMMARY JUDGEMENT**

Jennifer Goltche, an attorney admitted to practice in New York and before this Court, declares under the penalties of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an Assistant Attorney General in the Office of Letitia James, Attorney General of the State of New York, attorney for Defendant Sheila Woodberry ("Defendant Woodberry") in the above-captioned matter. I submit this declaration in support of Defendant Woodberry's motion for summary judgment.

2. A true and correct copy of the New York State Department of Corrections and Community Supervision ("DOCCS") *Standards of Inmate Behavior* handbook (rev. Nov 2017) produced in discovery in this case and Bates-stamped STATE DEF 000949-000972, and which was marked as Exhibit A during the deposition of Plaintiff Ruben Wills taken on April 24, 2023, is annexed as **Exhibit A** to the Exhibits in Support of Defendant Woodberry's Motion for Summary Judgment ("Exhibit Volume").

3. A true and correct copy of the DOCCS Lincoln Correctional Facility, *Offenders' Orientation Manual* (rev. Nov 2016) produced in discovery in this case and Bates-stamped WILLS 000530-000575, is annexed as **Exhibit B** to the Exhibit Volume.

4. A true and correct copy of the relevant excerpts of the transcript of Plaintiff Ruben Wills's ("Plaintiff") deposition, taken on April 24, 2023, appears as **Exhibit C** to the Exhibit Volume.

5. A true and correct copy of the relevant excerpts of the transcript of Maryann Genovese's deposition, taken on November 7, 2023, appears as **Exhibit D** to the Exhibit Volume.

6. A true and correct copy of the DOCCS Division of Health Services Policy 3.03: *Distribution of Over-The-Counter Medication*, dated February 26, 2019, produced in discovery in this case and Bates-stamped STATE DEF 000135-000136, is annexed as **Exhibit E** to the Exhibit Volume.

7. A true and correct copy of the Audio Recording of Plaintiff's June 14, 2018 Disciplinary Hearing, produced in discovery in this case and Bates-stamped STATE DEF 001275, is annexed as **Exhibit F** to the Exhibit Volume.

8. A true and correct copy of the Hearing Record Sheet, Disciplinary Hearing Disposition Rendered, and accompanying documents for Plaintiff's April 8, 2019 disciplinary hearing, produced in discovery in this case and Bates-stamped STATE DEF 000002-000014, is annexed as **Exhibit G** to the Exhibit Volume.

9. A true and correct copy of the Audio Recording of Plaintiff's April 8, 2019 Disciplinary Hearing, produced in discovery in this case and Bates-stamped STATE DEF 001277, is annexed as **Exhibit H** to the Exhibit Volume.

10. A true and correct copy of Plaintiff's Temporary Release Program Form 4187, dated April 9, 2019, produced in discovery in this case and Bates-stamped STATE DEF 000176, is annexed as **Exhibit I** to the Exhibit Volume.

11. A true and correct copy of the Hearing Record Sheet, Disciplinary Hearing Disposition Rendered, and accompanying documents for Plaintiff's March 30, 2019 disciplinary hearing, produced in discovery in this case and Bates-stamped STATE DEF 000028-000032, is annexed as **Exhibit J** to the Exhibit Volume.

12. A true and correct copy of Plaintiff's Notice of Disapproval for Work Release Removal Appeal produced in discovery in this case and Bates-stamped STATE DEF 000178, and Plaintiff's Acknowledgement of Receipt of Appeal Disapproval for Work Release, dated Aug. 7, 2019, produced in discovery in this case and Bates-stamped STATE DEF 000177 are annexed as **Exhibit K** to the Exhibit Volume.

13. A true and correct copy of Plaintiff's Temporary Release Program Form 4187, dated June 21, 2018, produced in discovery in this case and Bates-stamped STATE DEF 000329, is annexed as **Exhibit L** to the Exhibit Volume.

14. A true and correct copy of the Hearing Record Sheet, Disciplinary Hearing Disposition Rendered, and accompanying documents for Plaintiff's June 14, 2018 disciplinary hearing, produced in discovery in this case and Bates-stamped STATE DEF 000045-000051, is annexed as **Exhibit M** to the Exhibit Volume.

15. A true and correct copy of Plaintiff's Temporary Release Program Form 4187, dated July 5, 2018, produced in discovery in this case and Bates-stamped STATE DEF 000317, is annexed as **Exhibit N** to the Exhibit Volume.

16. A true and correct copy of Plaintiff's Draft Receipt from Lincoln Correctional Facility, dated Sep. 6, 2018, produced in discovery in this case and Bates-stamped STATE DEF 001185, is annexed as **Exhibit O** to the Exhibit Volume.

17. A true and correct copy of Plaintiff's DOCCS Medication List, dated July 1, 2017 to September 1, 2020, produced in discovery in this case and Bates-stamped WILLS 000439-000443, and which was marked as Genovese 3 during the deposition of Maryann Genovese taken on November 7, 2023, is annexed as **Exhibit P** to the Exhibit Volume.

Dated: New York, New York
February 5, 2024

                                                                                       /s Jennifer Goltche
                                                                                      JENNIFER GOLTCHE