UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
RUBEN WILLS,     :
    :
            Plaintiff,     :
    :
      -against-     :
    :
MICROGENICS CORPORATION,     :   No. 20-CV-4432 (BMC)
THERMO FISHER SCIENTIFIC, INC., and     :
SHEILA WOODBERRY,     :
    :
    :
           Defendants.     :
---------------------------------------------------------------- X

# INDEX OF EXHIBITS IN SUPPORT OF
# DEFENDANT WOODBERRY'S MOTION FOR SUMMARY JUDGMENT

                                LETITIA JAMES
                                Attorney General
                                State of New York
                                *Attorney for Defendant Sheila Woodberry*
                                28 Liberty Street
                                New York, New York 10005

Jennifer L. Goltche
  *Assistant Attorney General*
Linda Fang
  *Special Litigation Counsel*
      *of Counsel*

| Exhibit | Description |
|---|---|
| A | NYS Department of Corrections and Community Supervision ("DOCCS"), *Standards of Inmate Behavior: All Institutions* (rev. Nov. 2017) (STATE DEF 000949-000972) (admitted as Exhibit A at Plaintiff's deposition, taken on April 24, 2023) |
| B | Lincoln Correctional Facility, *Offenders' Orientation Manual* (rev. Nov. 2016) (WILLS 000530-000575) |
| C | Excerpts of the transcript of the deposition of Plaintiff Ruben Wills, taken on April 24, 2023 |
| D | Excerpts of the transcript of the deposition of Maryann Genovese, taken on November 7, 2023 |
| E | DOCCS, Division of Health Services Policy 3.03: *Distribution of Over-The-Counter Medication*, dated February 26, 2019 (STATE DEF 000135-000136) |
| F | Audio Recording of June 14, 2018 Disciplinary Hearing (STATE DEF 001275) Transcript of Audio Recording of June 14, 2018 Disciplinary Hearing |
| G | Hearing Record Sheet, Disciplinary Hearing Disposition Rendered, and accompanying documents for April 8, 2019 disciplinary hearing (STATE DEF 000002-000014) |
| H | Audio Recording of April 8, 2019 Disciplinary Hearing (STATE DEF 001277) Transcript of Audio Recording of April 8, 2019 Disciplinary Hearing |
| I | Temporary Release Program Form 4187, dated April 9, 2019 (STATE DEF 000176) |
| J | Hearing Record Sheet, Disciplinary Hearing Disposition Rendered, and accompanying documents for March 30, 2019 disciplinary hearing (STATE DEF 000028-000032) |
| K | Notice of Disapproval for Work Release Removal Appeal (STATE DEF 000178) Plaintiff's Acknowledgement of Receipt of Appeal Disapproval for Work Release, dated Aug. 7, 2019 (STATE DEF 000177) |
| L | Temporary Release Program Form 4187, dated June 21, 2018 (STATE DEF 000329) |
| M | Hearing Record Sheet, Disciplinary Hearing Disposition Rendered, and accompanying documents for June 14, 2018 disciplinary hearing (STATE DEF 000045-000051) |
| N | Temporary Release Program Form 4187, dated July 5, 2018 (STATE DEF 000317) |

| Exhibit | Description |
|---------|-------------|
| O | Draft Receipt, Lincoln Correctional Facility, dated Sep. 6, 2018 (STATE DEF 001185) |
| P | Plaintiff's DOCCS Medication List, July 1, 2017 to September 1, 2020 (WILLS 000439-000443) <br><br> (admitted as Exhibit 3 at Maryann Genovese's deposition, taken on November 7, 2023) |