# EXHIBIT B



**ANDREW M. CUOMO**
*Governor*

**ANTHONY J. ANNUCCI**
*Acting Commissioner*

# *Welcome to*
# *Lincoln Correctional Facility*

# *Offenders'*
# *Orientation Manual*

**(Revised November 16, 2016)**

Lincoln Correctional Facility, 31-33 West 110th Street, New York, New York 10026-4398
(212) 860-9400 | www.doccs.ny.gov

WILLS000530

# TABLE OF CONTENTS
## PAGE 1 & 2

**I.    Introduction**
Description of Lincoln Correctional Facility              3
Welcome Letter from Superintendent                       4
Temporary Release Program / Furlough Policy              5
Relapse                                                   6
Facility Directions & Telephone Numbers                  7
Staff Contact / Rules                                     8

**II.    Expectations**
Fire and Safety / Sanitation                             9
Safety in the Facility                                   10
Security Orientation Statement                           10 - 11
Prevention of Sexual Abuse in Prison                     12 - 19
Meal / Schedules                                         19 - 20

**III.    Daily Living**
State Shop / Laundry                                      20 - 21
Recreation                                                21
Clothing                                                  22
Dress Code in Facility                                    22
Visiting                                                  22
Housing Units                                             23
Offender Counts                                           23
Cleanliness and Unit Appearance                           23

**IV.    Authorized and Prohibited Items**
Unauthorized items                                        24
Jewelry                                                    24
Radio /Tape Players                                        24
Personal Hygiene                                           24

**V.    Correspondence**
Telephones                                                25
Mail                                                      25 - 26

**VI.    Medical / Health Care**
Healthcare Orientation                                    26 - 27
Sick Call                                                 27

WILLS000531

**VII.**   **Budgeting and Finance**
         **Inmate Accounts**                                        **28 - 29**
         **Picking up Checks**                                      **30**
         **Transfer of Funds**                                      **30**
         **Fees and Receipts**                                      **30**

**VIII.**  **Guidance and Counseling Services**
         **Guidance and Counseling**                                **31**
         **Assignment of ORC's / Initial Intake**                   **31 - 32**
         **Employment**                                             **32 - 33**
         **Family Tie Furloughs**                                   **33**
         **Catchment Areas**                                        **34**
         **Furlough Groups**                                        **34 - 35**
         **Day Reporting Status**                                   **35**
         **Temporary Release Committee / TRC**                      **35**
         **Drug Testing, Absconders**                               **36**
         **Arrests**                                                **37**
         **Motor Vehicle Issues, Grievances**                       **37**

**IX.**    **Community Supervision**
         **Mission of Community Supervision / Parole**              **37**
         **Function of the Parole Officer**                         **37**
         **Home Visits**                                            **38**
         **Responsibilities of Offenders**                          **38**

**X.**     **Inmate Records Office / IRC**
         **Time Computation**                                       **39**
         **Warrants**                                               **39**
         **Freedom of Information Law (F.O.I.L.)**                   **39**
         **Property**                                               **39**
         **Birth Certificates**                                     **39**
         **Social Security Cards**                                  **39**

**XI.**    **Ministerial Services**
         **Schedule for Chaplains**                                 **40**

**XII.**   **Appendix**
         • **Orientation Schedule**                                 **41 - 43**
         • **Orientation Sign-Off Sheet**                           **44**
         • **Procedure to have a Cell Phone**                       **45**

WILLS000532

# PART I. INTRODUCTION

_____

### I.    DESCRIPTION:

Lincoln Correctional Facility is classified as a minimum security correctional facility for males 16 years of age or older.  This facility provides for Work Release, Day Reporting, and Community Residential Treatment Programming.  Lincoln Correctional Facility is located at 31-33 West 110th Street in the borough of Manhattan in the city of New York.

### II.    FUNCTION:

Lincoln Correctional Facility's principle function is to provide inmates with a physical, motivational, and supportive setting for meaningful work and educational release program within or in close proximity to the communities in which they plan to reside following release.  The facility's programs centers around the individual, family counseling and upgrading marketable skills and abilities.

### III.    CRITERIA:

To be eligible for placement at Lincoln, an offender must be approved for Temporary Release.

### IV.    PHYSICAL ENVIRONMENT:

Housing units at Lincoln consist of both multiple occupancies and dormitories.

WILLS000533

## WELCOME TO LINCOLN CORRECTIONAL FACILITY

While here, we hope your stay will be helpful and productive.  Whether your status is Work Release and / or Day Reporting, you will be in the custody of the Department of Corrections and Community Supervision, and are subject to all Standards and Rules of the Department, including Temporary Release.

You are being provided with a unique opportunity to make the transition from prison life to Community Parole via the Temporary Release (Work) Program. Lincoln has all the benefits of being a minimum security facility in New York City with job opportunities and family contacts close at hand.

Lincoln staff will help you in achieving a satisfactory transition back to community life.  However, you can succeed only if you are willing to work at it yourself.  No amount of staff effort can be helpful if you choose not to develop a constructive Transitional Program.  The outcome is up to you.  Here you will not be subjected to the strict structure of General Confinement, but you are obligated to participate and perform in the Work Release Program.

Lincoln Correctional Facility is located in a residential area in Harlem.  It is important for the facility to be good neighbors by respecting the residents and the community.  Loitering in the community while you are out of the facility is not permitted.

Please remember that you are expected to conduct yourself in an appropriate manner at all times whether inside or out of the facility.  Failure to do so may result in disciplinary action and / or removal from the Temporary Release Program.

We hope that you will take full advantage of the programs available to you during your stay at Lincoln and that you will succeed in preparing for your eventual return to the community.

WILLS000534

## TEMPORARY RELEASE PROGRAM

Lincoln's primary focus is to involve you constructively in community life through a structured and continuous Temporary Release Program.  Current Programs options include:

- **Work Release**
- **Family Tie Furloughs**
- **Community Service Furloughs**
- **Osborne Association Career Pathways (4 week train to work program)**

**All programs are designed to assist you:**

- **Guidance and Counseling services**
- **Alcohol and Substance Abuse services**
- **Employment services**
- **Family services**
- **Medical services**
- **Religious services**
- **Referrals**

## FURLOUGH POLICY

**AUTHORITY:**  **Superintendent**

**PHILOSOPHY:**  Furloughs are a privilege, not a right.  Furloughs will be granted on a graduated basis to those offenders who have demonstrated that they are ready to renew and strengthen ties in the community as proven through satisfactory program and disciplinary adjustment.

**APPLICABILITY:**  All offenders are eligible for furlough consideration, except those in Restriction, under Temporary Release sanction.

**POLICY:**  Offenders will be considered for furloughs if the following conditions exist:

1. **The proposed residence has been investigated and recommended for approval by a Parole Officer and approved by the Superintendent or designee.**

2. **The occupant of the home is willing and able to permit the offender to stay there for a period stipulated by contract.**

3. **The offender has made a satisfactory adjustment in the program, has maintained a positive disciplinary record at this facility, and agrees to meet any individual requirements as determined by the Superintendent or designee.**

5

WILLS000535

**DEFINITIONS:**

1. **One Day Furlough:**   May be granted to these offenders who meet the above conditions.  These furloughs are usually granted for the purposes of either renewing community ties or attending to legitimate personal needs.

2. **Overnight Furlough**:   May be granted to those offenders who meet the above conditions and who have an approved furlough residence and employment.

3. **Approved Furlough Residence:**  The legal occupant of the proposed furlough residence must be one of the following:

   A. **Spouse**
   B. **Blood relative**
   C. **Legal guardian**
   D. **Common law spouse (in this case a verifiable stable relationship existing for more than one year prior to incarceration must exist.)**
   E.  **Friend**


### RELAPSE


With the Superintendent's approval, you may participate in the Relapse Program for your first substance abuse violation.  Participation in this program will ensure there is no disciplinary report in your record.  If you have a **SMRT, Merit**, or any other early release consideration, your initial date is imposed.  There is no relapse participation for a second (**2nd**) violation.  In order to remain in Work Release, you must remain @ 24 months to your earliest release date.  Anything beyond 24 months, you are ineligible for continued participation in the Work Release Program.  You will receive a misbehavior report for drugs and / or alcohol, and processed accordingly.

WILLS000536

**FACILITY ADDRESS / DIRECTIONS / TELEPHONE NUMBERS**

**LINCOLN CORRECTIONAL FACILITY**
**31-33 WEST 110TH STREET**
**NEW YORK, NEW YORK 10026**
**212-860-9400**

■

**DIRECTIONS BY SUBWAY**

**❻ Train to East 110th Street**
**Walk from 110th Street / Lexington Avenue**
**Towards 110th Street / 5th Avenue**

**❷ or ❸ Train to West 110th Street**
**Walk from 110th Street / Lenox Avenue**
**towards 110th Street / 5th Avenue**

■

**DIRECTIONS BY BUS**

**Manhattan Buses M1, M2, M3 & M4 stop in front of**
**or near Lincoln Correctional Facility.**

Usually, within 24 hours of your arrival, your ability to notify your
relatives and friends by telephone will be activated.  Should you
experience any problems while on Temporary Release, telephone
the facility immediately for instructions.  If your ORC is not
available, contact the Supervising Offender Rehabilitation Coordinator
or the Watch Commander.  Only in an emergency situation will collect calls
be accepted by facility staff.

**WATCH COMMANDER        212-860-9400, EXT. 5100**
**GUIDANCE UNIT          212-860-9400, EXT. 4340**
**MEDICAL                212-860-9400, EXT. 6100**

WILLS000537

**STAFF CONTACT**

- **SORC – Supervising Offender Rehabilitation Coordinator**

- **ORC – Offender Rehabilitation Coordinator**

For quick and direct assistance, we recommend that you sign the Request for Interview form to see your ORC (these forms are located on the Housing Units). The Unit Officer will forward your request to Supervising Offender Rehabilitation Coordinator or designee.

Regularly scheduled appointments with your ORC and / or Parole Officer will be stipulated in your Temporary Release contract when you receive it. All requested contacts with the Executive Team or other supervisory staff must be forwarded through facility mail.

**RULES**

All Department Rules (Standards of Offender Behavior, revised 2/06) apply to you while you are an offender at this facility. The Department's Temporary Release Rules and Regulations govern your conduct. Prior to participation in any Continuous Release Program, you will sign and receive a copy of the rules and regulations, and they will be explained to you by your ORC and Parole Officer. Make sure that you understand these rules and regulations and abide by them.

You are required to wear your Identification Card clipped to your shirt collar, and to produce it upon the request of any Lincoln C.F. employee. It is strongly recommended that you carry your approved Temporary Release contract on your person outside of the facility.

WILLS000538

# PART II. EXPECTATIONS

_____

### FIRE AND SAFETY / SANITATION

In case of a fire, the alarm will sound.  Follow the directions given by the staff.  Exits are clearly marked.  When exiting, do not waste time gathering personal effects.  Move quickly, quietly and orderly.  Fire safety information, smoke detectors are located throughout the building.  Lincoln Correctional Facility's emergency evacuation plans are posted throughout the facility.  Review the information on a regular basis and make yourself knowledgeable of this area.

### <u>NO SMOKING</u> inside the facility – <u>NO EXCEPTIONS</u>

When fire alarm activates, bells indicate that a problem is in progress.
You may be directed to line up and / or group together by the day rooms and wait for further instructions from your housing officer.
Don't forget to pick up your coats.  Your cooperation is of the utmost importance during emergency situations.

You may or may not have to evacuate, it depends on the situation.  If evacuations are necessary, you are expected to follow all instructions and to report directly to the Processing area or any other area directed by Security.
Once you arrive to the designated area, you are responsible to report to your unit officer.  He or she will check you off his / her list.  That will let us know that you are okay.  Be aware of all fire extinguishers on your unit.  They are very simple to use.  The silver fire extinguishers are water which you will use by simply pulling the "Ö" ring and squeezing the handle and directing the hose at the source of whatever is burning (wood, paper or cloth).  The red fire extinguishers are dry chemical, which you will use on grease or electrical fires and wood, paper and cloth.  Remember not to use water on electrical or grease fires.

Once you evacuate you must remain with your group and be accounted for.  Make yourself aware of all exit doors, which are painted the color red.  Notify the unit officer, then alert everyone in the area and assist the officer with the fire extinguisher if at all possible or necessary.  Above all, remember that no matter how simple the plan, without your cooperation the plan will not work.

Elevators are off limit to offenders, especially during an emergency situation.  Do not use the elevators.

Keep in mind the following:

- There is no unnecessary talking during a fire drill.  Do not run.
- Fire blankets are located in the officer's station in the white cabinet.
- Smoking is allowed on roof area only.
- Cigarette lighters and matches are prohibited in the facility.

WILLS000539

## SAFETY IN THE FACILITY

You are to report any accident or injury to the Correction Officer on Unit, who will contact the Medical Department or the Watch Commander's Office.  First Aid kits are located on each floor and in the kitchen.  First Aid means one time treatment for minor scratches or cuts.  AED's (Automatic External Defibrillators) are located in the Watch Commander's Office and on the Housing Units.  Our aim is for you to stay safe and healthy while you are at Lincoln C.F.

No offenders will be assigned to operate a machine (e.g., a buffer) or use a tool without first being instructed by Maintenance staff or Security staff, as to its safe operation.  All housekeeping equipment such as buffers, vacuums and mop pails will be maintained in proper operating condition and cleaned after each use.  Safety signs for wet floors must be used.  Do not block or leave any equipment in the middle of corridors as this will cause tripping injuries.  DO NOT obstruct the front of offices, intersections, stairway landings and entrance ways.  Always hang mops, brooms and store supplies in an orderly manner.

If you handle caustic or potentially dangerous liquids (compounds), you are to wear gloves, eye goggles and body protection as necessary.  Protective equipment will be provided by the area supervisor.

If you work in the laundry area, you're to check all dryers daily to avoid an accumulation of lint.  To avoid laundry fires, no linen or clothing will be left in the dryers to "cool down."  Hot or damp laundry items must be placed in laundry hampers or carts in order to avoid any spontaneous combustion which could ultimately lead to a fire.

Loose fitting clothing shall not be worn in areas where machinery or power tools are in operation.  State issued work boots are required in these areas.  If you wear your hair long, it is to be fastened, or covered with a hair net if you are working in areas where machinery or power tools are in operation.

Offenders working in the Food Service area – When working in the Mess Hall you are mandated to wear a hair net or white hat, apron and gloves.  Any powered equipment i.e. slicer, peeler, mixer etc. will only be operated by offenders trained in its use.  Offenders' training will be documented on form #1574.

## SECURITY ORIENTATION STATEMENT

While at Lincoln CF, you are subject to the strict structure of ongoing confinement but you are required to participate in programs, work and obey rules.

Note: *Changes and subtractions to rules will be posted in Processing area and on the unit bulletin boards.  You are responsible to relate to outgoing change in rules and regulations.

10

WILLS000540

- Offenders cannot not wear hats in the facility.
- Clothes to be dropped off (one time basis) - **2 pairs of pants, 2 shirts, 1 coat, a pair of shoes and hygiene products.**
- Sign in and out on the unit and swipe in and out in Processing.
- Orders of staff will be obeyed promptly and without argument.
- No tote bags in the mess hall and no food / soda are to be brought into the mess hall. Also, no food / snacks or soda are to be brought into the housing units.
- Non allowable items- tank shirts, black plastic bags, electronic devices, cellular phones, beepers, camouflage clothing, newspaper, and food. See list in Processing area.
- OFFENDERS ARE NOT ALLOWED TO RIDE THE ELEVATOR.
- Allowable jewelry-wedding band with no stones, watch, religious medal with chain worn underneath shirt. (No rosary and / or beads of any kind).
- Offenders are not allowed to wear two pairs of pants, or wear sandals without socks.
- ID's must be visible on left collar or left pocket, whenever off the unit.
- Possession and use of drugs, alcohol and other intoxicants is not permitted.
- No smoking on units, only on the roof.
- Second floor is off limits to all, eighth floor is off limits except for meals and ID.
- Your bed must be made up daily, on furlough days, turn in linen. You must be fully dressed all day to 4:00 PM, not in bed and not covered.
- While here, you will do unit details and facility details.
- Change of appearance on ID $26.00; Lost ID $10.00.
- You cannot bring Walkman or radios with plugs into the facility (on units use earphones only).
- If running late, notify your ORC or Watch Commander 212 860-9400 ext. 5100/5200.
- On unit you must be dressed presentable at all times.
- When paroled, you must turn in laundry or pay for it.
- You are required to return as per your contract. Returning late will subject you to be **Restricted**. If you return more than ten (10) hours late, you will be declared an **ABSCONDER.**
- Offenders are not allowed to yell or converse with persons directly outside the facility.
- In-house offenders seeing an ORC must have permission from their unit officer and ORC.
- Offenders wishing to go to sick call must sign up on their housing unit before count.
- You are responsible to read and follow the rules posted on the first (1st) floor.
- Offenders may only have one (1) bag / backpack. Dimensions as follows: length 22 inches x width 14 inches x height 9 inches. There is a box in the entrance of Processing with the above same measurements that the bag must comply to.

_**Note:**_  **If you have any questions or concerns on any rules, regulation or information, address it to a staff member and _NOT_ another offender. This may be done in person or on the phone.**

# The Prevention of Sexual Abuse in Prison

WILLS000541

# What Inmates Need to Know

**Policy**

Sexual abuse is unwanted sexual contact with another inmate or any sexual contact with a staff member. Sexual harassment includes repeated sexual comments or gestures.

## The Department of Corrections and Community Supervision has

## Zero Tolerance

## for Sexual Abuse and Sexual Harassment

**The Department does not tolerate sexual abuse or sexual harassment. All reports of sexual abuse, sexual harassment or retaliation because of such a report will be investigated. Anyone who sexually abuses or harasses someone will be disciplined and/or prosecuted.**

## You have the right to be free from sexual abuse and sexual harassment.

**About Your Safety:** No one has the right to make you do a sexual act. You do not have to put up with sexual harassment, sexual abuse or being forced to have unwanted sexual contact with anyone. If you are being pushed, threatened or blackmailed into a sex act by another inmate or by staff, you should report it. You should also report if anyone tries to get back at you because you reported such an incident or spoke to an investigator about sexual abuse.

**Definitions**

**Inmate-on-Inmate Sexual Abuse** is when one or more inmates have sexual contact with another inmate when he or she doesn't want it, or by using coercion, threats or force.

**Staff-on-Inmate Sexual Abuse** is when an employee, volunteer, intern or outside contractor has any type of sexual contact with an inmate. Staff asking for sex or making sexual threats are also types of sexual abuse.

**Sexual Harassment** includes:

(1) Repeated and unwelcome sexual advances, requests for sexual favors, or verbal comments, gestures, or actions of a derogatory or offensive sexual nature by one inmate directed toward another; and

(2) Repeated verbal comments or gestures of a sexual nature to an inmate, parolee, detainee, or resident by a staff member, contractor, or volunteer, including demeaning references to gender, sexually suggestive or derogatory comments about body or clothing, or obscene language or gestures.

**See Directives #4027A and #4028A.**

**What to do if you are abused:** If you are sexually abused, report it immediately to staff. **Staff will protect you from the abuser and take you to Medical.**

Help will be provided whether or not you name your abuser, but be as clear as you can when you report the abuse. The more you tell staff, the easier it will be to help you.

WILLS000542

Even though you may want to clean up after the abuse, it is important to go to Medical **_BEFORE_** you shower, wash, drink, eat, change clothing or use the bathroom.  Medical staff will check you for injuries that you may or may not be able to see right away.

They can also check you for sexually transmitted diseases, and help decide if you need to go to the hospital where they can collect evidence of the sexual abuse.  Medical staff will also discuss the possibility of pregnancy with a female victim.  You will receive contact information for rape crisis services.

**Reporting**

**How do you report sexual abuse if it happens**?  It is important to tell staff that you have been sexually abused or harassed.  **_You can tell your facility's designated PREA Compliance Manager or PREA Point Person, or any S.O.R.C., O.R.C., Chaplain, security staff person, medical staff, or any other employee._** All staff must report the abuse, and they can only talk about the abuse with officials who **_must_** know about it to do an investigation or provide you with care. You may also talk to Mental Health staff.

If you report the abuse in writing first, you may write to the Superintendent, a member of the facility Executive Team, a S.O.R.C., your O.R.C., a chaplain, a security supervisor, the Inmate Grievance Program Supervisor, Central Office, the PREA Coordinator or the Department's Office of Special Investigations (OSI). If you want to report to an outside agency, you may contact the New York State Commission of Correction.  You can report the abuse at any time, but the sooner you report it, the sooner it can be investigated and steps can be taken to protect you.

*"Staying safe is not snitching."*

If you feel that you have been a victim of sexual abuse or harassment, you should report it right away.  You can also have someone else report the abuse for you.  If you think someone else is being sexually abused or sexually harassed, you should report that too.

**What happens with reports of sexual abuse?** All reports of sexual abuse, sexual harassment, or retaliation for reporting or being part of an investigation will be thoroughly investigated.  Cases may also be reported to law enforcement officials by the Department's Office of Special Investigations **(OSI).**

*The persons responsible shall be held accountable to the fullest extent of the law.*

**Confidentiality**:   All records of reports of sexual abuse are confidential under Civil Rights Law § 50-b.  The identity of a victim of sexual abuse, the person reporting sexual abuse, any witnesses and the facts of the report itself are confidential.  Information is only shared with the people involved in the reporting, investigation, discipline and treatment process, or as otherwise required by law.

**Retaliation is not allowed.** An inmate will not be punished for good faith reporting of sexual abuse or sexual harassment. OSI or law enforcement may charge a person with making a false report if, after investigation, it is proven that the person made the statement knowing it was false or baseless, or the person reported an alleged crime or incident knowing it did not  occur (e.g., Penal Law §§ 210.45, 240.50).  **A report made in good faith is** <u>**not**</u> **falsely reporting an incident or lying even if the investigation does not substantiate the allegation.**

13

WILLS000543

**Unwanted sex with another inmate or any sex with a staff member is sexual abuse.** Here are some things you can do to reduce your risk of sexual abuse:

1. **Do not believe an inmate who says he will protect or take care of you in exchange for sexual favors.**

***"Nothing's free in here."***

2. **Do not gamble or take gifts from others. Sexual abuse is one way people are sometimes forced to pay off a debt.**

3. **Do not use drugs and alcohol. You are more likely to make poor choices when you are drunk or high.**

4. **Pay attention to uncomfortable feelings about others. If you think something is dangerous, it probably is. If you think you are not safe, tell staff.**

5. **Do not flirt or talk to other inmates or staff about having sex. If someone asks you to do something sexual, you have the right to say "no."**

6. **Tell a staff member if you are being harassed or threatened for sex.**

***"Report it. Right away. Don't even hesitate."***

7. **If you are sexually abused by another inmate or staff, report it. DOCCS will protect you from the abuser and help will be provided whether or not you name your abuser.**

## Report Sexual Abuse

**To report an incident of sexual abuse, notify facility staff or contact:**

**DOCCS Office of**
**Special Investigations**
**1220 Washington Ave**
**Albany, NY 12226-2050**
**518 457 - 2653**

**If you wish to report to an outside agency:**

**The New York State Commission of Correction**

**Alfred E. Smith State Office Building**

**80 South Swan Street, 12th Floor**

**Albany, New York 12210**

WILLS000544

**State of New York**

**Andrew M. Cuomo, Governor**

**Corrections and Community Supervision**

**Anthony J. Annucci, Acting Commissioner**



**The Harriman State Campus**

**1220 Washington Avenue**

**Albany, New York 12226-2050**

**www.doccs.ny.gov/prea/preainfo.html**

**Inmate access to outside confidential support services:**

Inmates may have access to outside victim advocates for emotional support services related to sexual abuse. The facility shall enable reasonable communication between inmates and such organizations and agencies, in as confidential a manner as possible.

Any inmate can add a telephone number for a Rape Crisis Program to his or her telephone list at any time. Submit a request to your assigned O.R.C. in accordance with Directive #4423 ("Inmate Telephone Calls"). Note that toll-free telephone numbers (800, 888, 877, 866 and 855) cannot be used on the inmate telephone system. Calls to rape crisis programs are treated as confidential to the extent possible, however, such calls placed on the inmate telephone system are recorded and subject to random monitoring. You may wish to consider using privileged correspondence or having legal visits as an alternative for confidential communications. Staff assisted "legal" calls with rape crisis program providers are not monitored by facility staff and are considered confidential.

The New York Resource Guide compiled by Just Detention International contains additional resources. This Just Detention International Resource Guide is available for your use in the library, law library and Transitional Services area.

# La Prevención del Abuso Sexual En la Prisión
# Lo Que los Reclusos Necesitan Saber

15

## El Departamento de Correcciones y Supervisión Comunitaria tiene
## **Cero Tolerancia**
## para el Abuso Sexual y Hostigamiento Sexual

**Política**

El abuso sexual es contacto sexual indeseado con otro recluso o cualquier contacto sexual con un empleado. El hostigamiento sexual incluye algún comentario o gesto sexual repetido.

**El Departamento no tolera el abuso sexual ni el hostigamiento sexual.** Todos los reportes de abuso sexual u hostigamiento sexual o represalia debido a tal reporte se investigarán. Cualquiera que abuse u hostigue sexualmente a alguien será sujeto a disciplina y/o enjuiciado.

**Usted tiene el derecho a estar libre del abuso sexual
y el hostigamiento sexual.**

**Acerca de su Seguridad:** Nadie tiene el derecho a obligarlo a hacer un acto sexual. Usted no tiene que soportar el hostigamiento o abuso sexual ni ser obligado a tener contacto sexual indeseado con nadie. Debe reportar si otro recluso o un empleado lo está empujando, amenazando o extorsionando para tener sexo. Debe reportar también si alguien trata de cobrárselas porque reportó tal incidente o habló con un investigador acerca del abuso sexual.

**Definiciones**

**El Abuso Sexual de Recluso a Recluso** es cuando uno o más reclusos tiene contacto sexual con otro recluso cuando él no lo desea o al usar coerción, amenazas o fuerza.

**El Abuso Sexual de Empleado a Recluso** es cuando un empleado, voluntario, internista o contratista externo tiene cualquier tipo de contacto sexual con un recluso. Un empleado pidiendo sexo o hacienda amenazas sexuales son tipos de abuso sexual.

**El Hostigamiento Sexual incluye:**

**(1)** Avances sexuales repetidos y no deseados, pedir favores sexuales, o comentarios verbales, gestos o acciones de una naturaleza sexual degradante u ofensiva por un recluso hacia otro; y

**(2)** Comentarios verbales o gestos repetidos de una naturaleza sexual a un recluso, liberado bajo palabra, detenido o residente por un empleado, contratista o voluntario, incluyendo referencias humillantes al género, comentarios sexuales sugestivos o humillantes acerca del cuerpo o ropa o lenguaje o gestos obscenos.

Vea las Directivas 4027A and 4028A.

**Qué hacer si lo abusan:** Si es abusado sexualmente, repórtelo de inmediato al personal**. El personal lo protegerá del abusador y lo llevará a Salud.** Le proveerán ayuda aunque no nombre a su abusador, pero sea lo más claro posible cuando reporte el abuso. Mientras más le diga al personal, más fácil será ayudarlo.

WILLS000546

A pesar de que quiera limpiarse después del abuso, es importante que vaya a Salud **_ANTES DE_** ducharse, lavarse, beber, comer, cambiarse la ropa o usar el baño. Un empleado de salud la cotejará para heridas que usted pueda ver enseguida o no.

Pueden chequearla para enfermedades de transmisión sexual y ayudarla a decidir si necesita ir al hospital donde pueden recoger evidencia del abuso sexual. El personal de salud también discutirá la posibilidad de preñez con una reclusa víctima. Recibirá información de contacto para servicios de crisis por violación.

**Reportar**

**¿Cómo reporta el abuso sexual si pasa?** Es importante decirle al personal que ha sido abusado u hostigado sexualmente. **_Puede decirle al Administrador de Cumplimiento PREA designado, a la persona contacto PREA o a cualquier SORC, ORC, Capellán, empleado de seguridad, de salud o cualquier otro empleado._** Todo empleado tiene que reportar el abuso y solo pueden hablar acerca del abuso con oficiales que _tienen que_ saberlo para investigar o proveerle cuidado. Puede hablar también con Salud Mental.

Si reporta el abuso por escrito primero, puede escribirle al Superintendente, un miembro del Equipo Ejecutivo de la institución, un SORC, su ORC, capellán**,** supervisor de seguridad, Supervisor del programa de Querellas del Recluso, Oficina Central, Coordinador PREA o la Oficina de Investigaciones Especiales (OSI) de DOCCS. Si desea reportarlo a una agencia externa, puede contactar al New York State Commission of Correction. Puede reportar el abuso en cualquier momento, pero mientras más pronto lo reporte, más pronto se investigará y tomarán medidas para protegerlo.

*"El mantenerse seguro no es chotear."*

Si siente que ha sido una victima de abuso u hostigamiento sexual, repórtelo enseguida. Puede pedir también que alguien reporte el abuso por usted. Si piensa que están abusando u hostigando sexualmente a alguien, debe reportar eso también.

**Qué pasa con los reportes de abuso sexual?** Todos los reportes de abuso u hostigamiento sexual; o represalias por reportar y ser parte de una indagación se investigarán a fondo. La Oficina de Investigaciones Especiales (OSI) de DOCCS puede también reportar los casos a los oficiales de la ley.

*Las personas responsables tendrán que rendir cuentas a la medida total de la ley.*

**Confidencialidad:** Todos los reportes de abuso sexual son confidenciales bajo la Ley de Derechos Civiles § 50-b. La identidad de una víctima de abuso sexual, la persona que reporta el abuso sexual, cualquier testigo y los hechos del reporte mismo son confidenciales. La información solo se comparte con la gente envuelta en el proceso de reportar, investigar, disciplinar y de tratamiento o como se exija de otra manera por ley.

**No se permiten las represalias.** Un recluso no se castigará por reportar el abuso u hostigamiento sexual de buena fe. El OSI o agentes de la ley pueden cargar a una persona con hacer un reporte falso si, después de la investigación, se prueba que la persona hizo la declaración sabiendo que era falsa o sin base o que la persona reportó un crimen o incidente alegado sabiendo que no ocurrió (p.ej., Código Penal §§ 210.45, 240.50). Un informe hecho en buena fe <u>no</u> es reportar falsamente un incidente ni mentir aunque la investigación no dé sustancia al alegato.

WILLS000547

**Reducir su Riesgo**

**El sexo indeseado con otro recluso o sexo con cualquier empleado es abuso sexual.** He aquí algunas cosas que puede hacer para reducir su riesgo de abuso sexual:

8. No le crea a un recluso que le dice lo protegerá o se encargará de usted en intercambio por favores sexuales.

*"No hay nada gratis aquí."*

9. No apueste ni acepte regales de otros. El abuso sexual es una forma en que la gente se ve forzada a pagar una deuda.

10. No use drogas y alcohol. Es más probable que haga malas selecciones si está borracho o arrebatado.

11. Preste atención si se siente incómodo. Si piensa que algo es peligroso, es probable que lo sea. Si piensa que no está seguro, dígaselo a un empleado.

12. No coquetee ni hable con otros reclusos empleados sobre tener sexo. Si alguien le pide que haga algo sexual, tiene derecho a decir "no."

13. Dígale a un empleado si lo hostigan o amenazan para tener sexo.

*"Repórtelo. Enseguida. No titubee."*

14. Si otro recluso o empleado lo abusa sexualmente, repórtelo. DOCCS lo protegerá del abusador y le dará ayuda aunque nombre a su abusador o no.

## Reportar el Abuso Sexual

**Para reporter un incidente de abuso sexual, notifíquele al personal institucional o contacte a:**

**DOCCS Office of
Special Investigations
1220 Washington Ave
Albany, NY 12226-2050**

**Si desea reportar a una agencia externa:**

**The New York State Commission of Correction
Alfred E. Smith State Office Building
80 South Swan Street, 12th Floor
Albany, New York 12210**



**State of New York
Andrew M. Cuomo, Governor
Corrections and Community Supervision
Anthony J. Annucci, Acting Commissioner**

**The Harriman State Campus
1220 Washington Avenue**

WILLS000548

Albany, New York 12226-2050
www.doccs.ny.gov/prea/preainfo.html

**Acceso a servicios de apoyo confidenciales de afuera para el recluso:**

Los reclusos pueden tener acceso a partidarios de afuera para la víctima para servicios de apoyo emocional relacionados con el abuso sexual. La institución permitirá la comunicación razonable entre los reclusos y tales organizaciones y agencias de la manera confidencial más posible.

Cualquier recluso puede añadir un número de teléfono para un Programa de Crisis de Violación a su lista de teléfono en cualquier momento. Someta la solicitud a su ORC asignado de acuerdo con la Directiva 4423 (Llamadas Telefónicas del Recluso). Los números telefónicos gratuitos (800, 888, 877, 866 y 855) no pueden ser usados en el sistema telefónico para los reclusos. Las llamadas para los programas de crisis de violación son tratadas con lo más confidencialidad como sea posible, pero tales llamadas hechas en el sistema telefónica para los reclusos son grabadas y están sujetas al monitoreo al azar. Es posible que desee considerar el uso de la correspondencia privilegiada o tener visitas legales como una alternativa para las comunicaciones confidenciales. Las llamadas legales con ayuda del personal a los proveedores de los programas de crisis de violación no son monitoreadas por el personal de la institución y se consideran confidenciales.

La Guía de Recursos de Nueva York compilado por Just Detention International contiene recursos adicionales. Esta guía de recursos de Just Detention International está disponible para su uso en la biblioteca, la biblioteca legal y el área de Servicios de Transición.

## MEALS

Breakfast is served for employed offenders or those on job search leaving the facility early. At the conclusion of each meal, each offender is responsible for cleaning his area, returning the dishes, utensils, trays etc., and neatly placing them in the area provided. State food, dishware and utensils are not permitted outside of the mess hall/dining area.

Special diets require approval. It is mandatory that you stick to the diet; violations will result in a misbehavior report.

No alternatives are served. If you do not eat a particular item, you can receive "seconds" of one of the other items being served. If you do not want what is being served and want to give it to another offender, you must take it on the line in front of the serving staff and give it to the other offender at the table.

Mess Hall work crews are assigned by ORC, not by the Mess Hall staff. If you encounter any problems, please see the Head Cook between the hours of 11:00 A.M. and 7:00 P.M., Tuesday through Friday.

WILLS000549

**MESS HALL SERVICE HOURS:  MONDAY – FRIDAY**

| | |
|---|---|
| **EARLY BREAKFAST** | **6:00 AM … to … 6:30 AM** |
| **GENERAL BREAKFAST** | **7:30 AM … to … 8:00 AM** |
| **LUNCH** | **11:30 AM … to … 12:00 PM** |
| **DINNER** | **5:00 PM … to … 6:30 PM** |

**MESS HALL SERVICE HOURS:  SATURDAY & SUNDAY**

| | |
|---|---|
| **BREAKFAST** | **7:30 AM … to … 8:00 AM** |
| **LUNCH** | **11:30 AM … to … 12:00 PM** |
| **DINNER** | **4:45 PM … to … 6:00 PM** |

# PART III.  DAILY LIVING

### STATE SHOP / LAUNDRY

The following items will be issued to offenders according to procedure set forth in New York State Department of Correctional Services Directive #3081.  See the Unit Officer if you need any of the items listed below.

- **State Greens**
- **Towels & Wash Cloths**
- **Bed Linen and Blanket**
- **Shoes / Sneakers**
- **Furlough Clothing**

The State Shop / Laundry has a laundry schedule is on each unit.  Tuesdays 6th Floor, Wednesdays 5th Floor, Thursdays 4th Floor and Restriction

No personal clothing is washed in the State Shop / Laundry unless it is in a net bag.

You may purchase net laundry bags at a cost of $2.60 each.  A disbursement must be prepared and approved first for the purchase of these bags.  In the event that you do not have sufficient funds when you first arrive, you may still receive a laundry bag; the money will be deducted from your account at a later date.

If you need furlough clothing from the State Shop, you must make certain that you have a contract prior to requesting any clothing.

WILLS000550

## LAUNDRY SCHEDULE AND RULES

1. The cost to purchase a personal laundry bag from the facility is $2.60.
2. The laundry will close down on Mondays.

The laundry porter scheduled to work on Monday will work on the Lobby Officer's work crew on this day.  The new schedule will be as follows:

- **MONDAY:**          **CLOSED**
- **TUESDAY:**         **6TH FLOOR**
- **WEDNESDAY:**    **5TH FLOOR**
- **THURSDAY:**       **4TH FLOOR & RESTRICTION**
- **FRIDAY:**            **MAKE UP DAY**
- **SATURDAY:**       **CLOSED**
- **SUNDAY:**          **CLOSED**

3. Each offender will be allowed to wash two (2) personal shirts, personal underwear and all state issued clothing.  **If a net bag is discovered with extra clothing inside, it will be returned to the housing unit un-washed.**  Only white or color fast items will be washed.  **No blue jeans may be washed**.

4. A laundry cart will be placed on the housing unit for the purpose of depositing and retrieving the unit's laundry bags.  It will be picked up at 8:00 AM, washed and returned to the unit the same day according to the facility schedule.

5. Under no circumstances is Lincoln C.F. responsible for lost or damaged clothing.

6. The only offenders allowed access to the laundry room are offenders assigned to work there.

7. Any violations of the laundry procedure may result may result in a misbehavior report.

## RECREATION

Please be advised that Lincoln Correctional is a Work Release Facility and as such does not provide for recreational activities.

Leisure time activities for Work Release inmates include watching television, table games such as cards etc. and general conversation.  Day Room leisure activities are available to offenders seven 7 days per week from 7:00 A.M. -11:00 P.M.  On weekends, from 7:00 AM - 12:00 Noon.  Leisure activities will be suspended by the housing officer if general housekeeping assignments are not completed as assigned.

The Day Room of each unit is available for recreation.  The roof is also open various hours of the day for outdoor recreation.  Netflix and/or Redbox movies are shown on Friday, Saturday, Sunday and legal Holidays in the evening in the 4th floor Orientation Room.

21

WILLS000551

## CLOTHING

Once you get your bed assignment and unpack your personal items, you must turn your draft bag over to the officer on your unit.

You may request through your ORC to do your personal laundry at an outside laundromat. State issued items will be laundered at the facility according to an established procedure.

Offenders are encouraged to keep just the necessary amount of clothing here, due to the limited space.

## DRESS CODE IN FACILITY

**A. Offenders Must Wear Full State Greens When:**

1. **In Restriction**
2. **During Orientation**
3. **Assigned To All Facility Details, Inside/Outside**
4. **While On Hold Status**
5. **On Program Unit Floor**

**B. Offenders May Only Wear Civilian Clothes When:**

1. **Leaving Or Returning On Temporary Release Furlough**
2. **On Housing Unit If not In Orientation Status**
3. **Off the Housing Unit if not in Orientation Status**

**The Definition of <u>Civilian Clothes</u> is: Clean and neat clothes that are appropriate for the following:**

1. **Job search - shirt and long pants**
2. **Work clothes to go to work - no shorts unless approved by offender's employer**
3. **Home furlough - casual clothing**
4. **Pants must be pulled up not hanging down**
5. **Undershirts - must have sleeves (no tank tops, cut offs, etc.) and may not be of any see – through design. No torn or tattered clothing.**
6. **No hooded sweat shirts are allowed in the facility.**

## VISITING

**In accordance with Department Directive #4403, Inmate Visiting Program, visiting is not allowed at Work Release facilities unless the offender is in Restriction.**

1. **Only offenders on Restriction status are permitted to have family / friend visitors.**
2. **Visiting times are 12 Noon until 2:00 PM either Saturday or Sunday (not both days).**
3. **Visiting will be held in the first floor Processing area.**
4. **All visitors must have a valid identification to be presented upon request.**

WILLS000552

## HOUSING

You will be assigned a bed in a dorm. You are required to maintain your area in an orderly and clean manner at all times for health, safety, and sanitation reasons. All offenders are required to be in their beds at **11:30 P.M.** on week nights and **2:30 A.M.** on weekends. All personal property should be secured in your assigned locker.

## OFFENDER COUNTS

There are master counts and unscheduled counts conducted throughout the course of the day. You are required to be in or by your bed for these counts when the announcement is made for the count.

## CLEANLINESS AND HOUSING UNIT APPEARANCE

Each offender is responsible for the clean and orderly arrangement of his living quarters. Daily responsibilities include:

1. **Bed is to be made up neatly upon rising (no later than 0800 hours daily). It will be left neat when leaving unit.**
2. **Clean all trash and place in the proper receptacles.**
3. **All clothing, footwear *, and other personal items will be neatly placed in your assigned locker. Towels may hang neatly on your headboard until they are dry. They will be placed in your locker.**
4. **Posters, photos, etc., may be displayed on the inside of your locker. NOTHING will be affixed to the outside of your locker.**
5. **Windows and window sills are to remain clean and free from obstruction. Do not damage or tamper with the screens.**
6. **Floors will be cleaned daily; light fixtures are to be cleaned as needed.**
7. **The area behind the lockers is to be kept clean and free of debris.**

   **\*Shoes (3 pairs) may be left neatly under the beds. However, this is at your own risk.**

WILLS000553

# PART IV.  AUTHORIZED AND PROHIBITED ITEMS

## ITEMS NOT PERMITTED IN THE FACILLITY

- Weapons, explosive or ingredients
- Nude pictures / photos, magazines cards
- Tools of any kind
- Alcoholic contents or ingredients
- Food, gum, candy or chips of any kind
- Plastic containers
- Markers of any kind
- Wire coat hangers, hard hats
- Dice, games or playing cards
- Nail clippers with file
- Newspapers, magazines or books
- Electronic razors, clippers or toothbrushes
- Extension cords, fans or televisions
- Coffee pots, hot pots, Droppers (water)
- Batteries, pagers or beepers
- VCR or tapes, video games, CD's
- Drugs, abusive language
- Large or heavy belt buckles
- Can openers, box cutters or flashlights
- Ski masks or face masks
- Cellular telephones
- Nike Air Sneakers

- Hats worn in the facility
- Large umbrellas (small tote size)
- Kufi with protrusion (visor, tassels)
- Visine bottles, oils glass or plastic
- Credit cards or bank account cards
- Lottery cards / tickets, food stamps
- Food Stamp ID
- Motor Vehicle keys / Registration
- Drivers license (facility permit only)
- Shorts (Bermuda, gym etc.)
- Caps, T-shirts (promoting violence)
- Sleeveless shirts (tank, tops, cutoff)
- No pressurized cans
- Lamps of any kind
- Tape recorders of any kind
- Cameras of any kind, toys
- Earrings, jeans/pants with metal plates
- Belts with metal studs
- Reflector type glasses
- Bandanas or du-rags
- * Hooded sweatshirts
- No back Packs or Gym Bags
  **(Larger than 22"L  X  14"  W  X  9"H)**

## PERMITTED ITEMS

**Jewelry:**    **Only the following jewelry is permitted at Lincoln C.F.**

- One (1) chain with a religious medal (no stones)
- One (1) watch with a band (limit $50.00 value)
- One (1) wedding band – no stones

**Radios / Tape Players:**

You may own no more than one of the following items at the same time: AM / FM radio with headphones, tape player with headphones, or one radio/tape player combination with headphones.  These items must be battery operated only.  No recording capabilities and no CD's.

## PERSONAL HYGIENE

Upon arrival at Lincoln Correctional Facility, if needed, you will receive a package with personal hygiene products.  Thereafter, it will be your responsibility to maintain your needs.

WILLS000554

# PART V. CORRESPONDENCE

## TELEPHONES

1. Offenders are allowed to use the offender telephone on the housing unit any time of the day or evening prior to the final count.

2. **Telephone calls made on the Restriction Unit**: Offenders may request that the Offender Rehabilitation Coordinator covering the Restriction Unit make telephone calls on their behalf.

3. **TTY Telephone:** A Telephone Telecommunication Device (TTY) is available for offenders with a hearing impairment or whose recipient of the telephone call is hearing impaired. Use of the TTY device is readily available at the offender's discretion.

.

## MAIL

1. **No packages are allowed –** This is a Work Release facility and we do not have a package room. Any packages received will be returned to sender, unless the package was sent prior to your leaving the general confinement facility.

2. **You are allowed to send letters out –** You must fill a disbursement form (even for legal mail), put your letter into an offender envelope with your name and DIN # on the front and the back. **No letter will be mailed if it is any other kind of envelope.** When you have your letter ready, you can give it to the Correctional Officer on your unit or place it in the mailbox on the unit. All mail is taken to the Post Office on a daily basis, from Monday through Friday. Letters will be mailed the same day once received in the Mailroom before noon.

3. **Stamps for legal mail are free –** Maximum of five **(5)** per week, but just for regular envelope, or one first class stamp. Any other type of postage must be paid by you.

4. **For corresponding with other offenders incarcerated in another State facility –** You need special approval from the Superintendent in this facility and from the Superintendent in the receiving facility. If you already received approval from the facility from where you were transferred, that is accepted, and you do not need to ask for another approval.

5. **Stamps and any item considered contraband are not allowed through the mail. Remember, all receiving correspondence is opened and inspected.** Before it is forwarded to you, if stamps are found, they will forwarded to IRC for keeping as part of your property until the date you will be released to parole or you are transferred to another facility.

WILLS000555

6. **All incoming mail is distributed the same day it is received –** Regular mail is sent to the Housing Units.  Legal Mail is delivered by the mailroom staff to inmate or given to the offender's ORC.

7. **Money received through the mail for offenders –** Is forwarded to Offender Accounts Unit to be deposited in your account.  We recommend that you tell your relatives not to send cash.  You will receive a receipt for money from Mail Room staff in your mail.

8. **Birth Certificates, Social Security Cards, Identification cards and any other official documentation received through the mail –** Are forwarded to the Offender Records Coordinator.  You will receive a notification from the Mailroom Clerk informing you of the receipt of your document (s).

9. The day that you are released from Lincoln C. F., you may file a Change of Address Order form with the IRC office to ensure the forwarding of the mail received after your release.  The mail room keeps this form for two months.

# PART VI.  MEDICAL HEALTH CARE ORIENTATION

Lincoln Correctional Facility is a Work Release Program, which has medical care Monday through Friday with the exception of some holidays.  In order to access health care services, you must complete an individual "Sick Call Request Form" for non-emergency services, and place it in the MEDICAL box located in the Processing Unit.  You may then attend sick call between 12:00 P.M. and 4:00 P.M. on Mondays, Wednesday, Thursdays, and Fridays.

If you have private health insurance from your employer or family, you will be expected to use it for any visits to a Community Provider upon authorization.  However, you must submit a letter stating you will be responsible for payment associated with such visit(s).

1. You must first follow the sick call procedure and see the Health Care Staff on duty.  He / she will provide you with the necessary care or proper referral.

2. If a health care need develops while you are inside the facility and you feel it's an emergency, report to your Unit Officer who will then contact medical or the Watch Commander.

3. If a health need develops while outside the facility e.g. at work, school or home, you must call the facility Nurse, your ORC or Watch Commander for directions on what should be done.

4. If you are injured while at work, report the injury to your employer immediately and be sure he/she has a written record of the injury.  If he / she has a company doctor or health unit he /she may send you there at his / her expense.  If your employer sends you to a hospital, you should have someone notify the facility as soon as your medical condition is known.

WILLS000556

When leaving the hospital emergency room, you must notify the facility at once. If your employer asks you to make your own arrangements, you must first call your facility Nurse, ORC or Watch Commander for advice on what should be done about your problem.

5. If you are at home and it becomes necessary to go to the emergency room or be admitted to the hospital, you must have someone notify the facility as soon as your medical condition is known. Once you are allowed to leave the hospital emergency room, or are discharged from the hospital you must return to the facility immediately.

6. Each time you are treated in an outside clinic or emergency room, you must request that a copy of the treatment record be given to you and brought back to the facility to be included in your medical record.

7. Under no circumstances are you to make any medical follow-up appointment without the explicit knowledge and approval of the Medical Department. The Health Services staff will determine whether you should return to the hospital or go elsewhere.

8. In the event a Community Doctor prescribes medication, ensure that it is well documented on the Consultation form or Emergency Room form that is given to you. You must immediately bring it to the attention of the Medical Staff. The nurse will arrange a consultation with the doctor either in person or over the telephone. The doctor will determine, based on your medical chart and the documentation that you have from the Community Doctor if the medication is appropriate, if not a substitute will be prescribed.

9. If you are on prescribed medication, and need a refill please notify the Medical Department and schedule an appointment for a new prescription, at least two weeks before your medication runs out. Prescription refills from upstate facilities are not honored.

10. You can take over the counter medications (OTC); however, many cold and cough remedies contain alcohol. If you have any questions in regards to medication, contact the Medical Department.

11. Annual TB skin testing is mandatory.

12. For dental services, sign up for sick call.

## ➔ SICK CALL ⬅

**NURSE'S MEDICAL CALL-OUT HOURS ARE AS FOLLOWS:**
**MONDAYS, WEDNESDAYS, THURSDAYS & FRIDAYS**
**12:00 NOON TO 4:00 P.M.**

——————————

**DOCTOR'S SICK CALL HOURS ARE AS FOLLOWS:**
**MONDAYS: 2:45 P.M. TO 5:45 P.M.**

**NOTE:** **Any deviation in the hours that the Doctor is scheduled will be posted on The Bulletin Board in the Medical Unit**
*All offenders need to be seen by the Nurse to be scheduled for the Doctor's Sick Call.*

27

WILLS000557

# PART VII.  BUDGETING & FINANCE

_____

**1.  Disbursement:**

During the orientation phase eligible offenders may receive an approved advance and / or a Metro Card in order to job search.  Offenders with open dates, approved release dates will be given a Disbursement form for one Metro Card for job search.  Upon deposit of funds into your account, the advanced money will be automatically collected your account.

To withdraw funds from your account, you must complete a disbursement form (**# 2706**) and it must me signed off by your Offender Rehabilitation Coordinator.

Checks and / or Metro Cards will be issued Monday through Thursdays after 4:00 PM in the Processing Area**.**

Any questions regarding the disbursement of monies should be directed in writing to the Business Office or to your Offender Rehabilitation Coordinator.

**2.  Budget:**

You will be able to sign-up for an automatic biweekly budget check once you have $250.00 in your account.  The amount is set up in agreement with your Offender Rehabilitation Coordinator.  Budget checks are for a **TWO WEEK PERIOD.**

**3.  Special Purchase:**

Special Purchase checks are issued on the first Tuesday and Thursday of the month, based on your status.  Disbursement forms should be submitted one or two weeks in advance.  Special Purchases as well as funds needed for an upcoming holidays need one to two weeks, so plan ahead.  You must have money in your account and your Offender Rehabilitation Coordinator must approve it.

**4.  Family Support:**

Once you've been working for a sufficient time and you have the money in your account, you can request to send money home to wherever you are residing or to your children.  You must meet with your Offender Rehabilitation Coordinator and set up an amount that is reasonable and affordable.  This check will be sent out the first Friday of the month, payable to the person receiving the check. You must submit the persons complete address; apartment number, zip code and the name on the mailbox with your request.

**5. Surcharge:**

If you didn't pay your surcharge when you were at your last facility, we will start the encumbrance of the money until we collect the full amount.

WILLS000558

**6. Bounced Check (Insufficient Funds):**

If you give us a check and the bank returns it, we will make an adjustment by taking the funds out of your account. The check will be returned to your Offender Rehabilitation Coordinator who will return it to you.

You must get a replacement check from your employer. Two (2) or more bounced checks, you will be removed from that employment.

**7. Check Deposits:**

All checks are to be signed by employer and endorsed by offender. Also, review facility receipt for verification of correct entry.

**8. Unclaimed Funds:**

If you abscond or get arrested while on Work Release program status, we will hold your money for six (6) months. If you do not claim your monies by then, we will send them to Unclaimed Funds. Upon returning to DOCCS custody, you need to contact the Offender Accounts office to obtain the receipt number for your unclaimed funds. You must reference this number in your letter when you write to NYS Department of Unclaimed Funds to request your money.

**9. Stop Payments:**

If you do not receive a check that was posted for you, write immediately to offender accounts and notify your Offender Rehabilitation Coordinator. Request a stop payment and we will process same. Let us know if you want the check to be reissued or credited to your account.

**10. Monthly Statements:**

Statements are only given out by request from your Offender Rehabilitation Coordinator or yourself. It is your responsibility to monitor your money.

Please feel free to write to the Offender Accounts office, after you have conferred with your Offender Rehabilitation Coordinator if you believe there is a discrepancy in your current balance.

The Disbursements you sign at Orientation will be given to the Supervising Offender Rehabilitation Coordinator.

WILLS000559

## PROCEDURES FOR PICKING UP CHECKS

Offenders with an open or set date will receive one $25.00 metro card to be issued by Processing Officer the first Friday after you arrive at Lincoln.

All Metro Cards will be available in the Processing area after 4:00 PM on Tuesday or Thursday, based on your status.

All offenders will be given a $10.00 advance for emergency telephone calls while job search status.

A list will be posted outside the Processing area, with the offenders' Name, DIN and check number on the bottom of the page will be a letter and number, let the officer know what page you are on.

Pick up your check even if you are not going out.  Checks will be posted for two (**2**) days.

## TRANSFERRED FUNDS:

Allow at least 10 days for your money to arrive.  If you do not receive a pink receipt copy, your money has not arrived here.  It is your responsibility to write a letter to the sending facility.  We can not handle your money problems until your money actually arrives.

## FEES TO BE PAID

1. **Work Release Participation Fee:**  This is a fee that you pay for participating in the Work Release Program.  Twenty percent (**20%**) of Work Release wages will be collected.

2. **Administrative Fee:**   Day Reporting offenders will pay $10.00 a week regardless of your salary.

3. **Gate Money of Lag:**   A percentage of your Work Release wages will be held for "gate money."  This money is not available to you until you are ready to be paroled.

## RECEIPTS

You will receive a receipt each time you turn in your paycheck.  You must keep your receipts for your record; this is your proof that you turned in your money.

You must also present this receipt and your pay stub to your Offender Rehabilitation Coordinator and Parole Officer weekly or biweekly.

WILLS000560

# PART VIII. GUIDANCE & COUNSELING SERVICES

## GUIDANCE AND COUNSELING

The staff of Guidance and Counseling consists of the Assistant Deputy Superintendent for Programs, Supervising Offender Rehabilitation Coordinator, Offender Rehabilitation Coordinators. ASAT-PA and Office Assistants. Within five business days of your arrival at Lincoln Correctional Facility, you will be interviewed by assigned Offender Rehabilitation Coordinator. After 10 business days, you will be issued a job search contract beginning on the 11th day except for Fridays. Religious passes will be issued on the 2nd weekend of your arrival. You will also be assigned to a Parole Officer. The Offender Rehabilitation Coordinator is responsible for your supervision while in the facility, completing all Work Release contracts and ensuring that you sign them. Under no circumstances are you to leave the facility without a signed contract. The Parole Officer is responsible for your supervision in the community, while on Temporary you will be assigned to one of two statuses: Work Release, or Day Reporting. Seeking and maintain employment is primarily your responsibility. However, your assigned Offender Rehabilitation Coordinator is available to assist you.

## RULES

As a Participant in the Temporary Release program, you are required to obey all the rules of the Department of Corrections and Community Supervision and the Local policies of Lincoln Correctional Facility. Security rules are posted in the processing area. Day Report rules are posted in the corridor adjacent to the Parole Office. The Offender Grievance procedures are posted on the housing units. Be sure to familiarize yourself with them. Any questions or doubts are to be directed to an Offender Rehabilitation Coordinator, Parole Officer, or Corrections Officer (not another offender).

## ASSIGNMENT OF ORC's / INITIAL INTAKE

***The Offender Rehabilitation Coordinator sees offenders through a call-out system only.***

1.  **Offender will be placed on Call-Out for Initial Intake interview which includes:**

    - **Initial Intake Forms**
    - **Rules and Regulation**
    - **Special Conditions**
    - **Emergency Contact**
    - **Short/Long term Goals**
    - **Job Search Contract**

31

WILLS000561

2. **Call out procedures to see an Offender Rehabilitation Coordinator; when not on scheduled-out.**

- Secure request slip on housing unit
- Once completed, submit request slip to appropriate contact person
- Be sure to include current location on slip
- After submitting slip, wait on housing unit to be placed on call-out or call-down.
- You will be seen the same day you submit your slip or the following day (depending on your emergency).
- Offender will not be seen by an Offender Rehabilitation Coordinator without foregoing call-out procedure.

## EMPLOYMENT

A. Job Search – Offenders must not leave State of New York under any circumstances for employment purpose. You will, for employment purposes, need your Birth Certificate and Social Security card for employment. Review new Social Security memorandum of understanding.
B. Time frame will be six (6) weeks to find employment. Offenders are responsible for maintaining and submitting to their ORC their Job Search sheets weekly.
C. All offenders must report to an ORC weekly.
D. Job Search Sheets will be given at initial intake interview and at subsequent Weekly Meetings with Offender Rehabilitation Coordinator.

E. **Employment Criteria:**

1. All employment must be verified by the Offender Rehabilitation Coordinator via telephone contact with the potential employer.
2. Offender has to inform his employer of his Work Release status.
3. Jobs must be on the books. This means taxes are to be taken out of your salary.
4. Minimum wage is $7.25 an hour. You are not allowed to work for less than minimum wage.
5. **No security jobs are permitted.**
6. Paid "on the book" messenger work is permissible.
7. Employment as barber only with barbers' license and TRC approval.
8. No employment permitted when related to an offender's instant offense.
9. Employment in family owned business only with TRC approval.
10. **Driving:** If employment requires driving and TRC gives approval, Offender Rehabilitation Coordinator will give details of procedure. Offenders are not allowed to have a license unless approved by TRC. If you have a license at home, you **must surrender it to the facility**.
11. Work on the weekends and after 12:00 A.M. is permissible.
12. Full time employment is considered to be 35 - 40 hours a week. Part time is 25 hours weekly and may include educational/vocational programming.
13. Telemarketing jobs permitted within the guidelines of programs.
14. Offenders are allowed a maximum 14 hours of work each day; this includes travel time and overtime. If any employer wants an offender to work overtime, the employer or immediate supervisor must call offenders' ORC / backup to request an extension for overtime (**they must call before 3:00 P.M**.)

WILLS000562

The Offender Rehabilitation Coordinator will document this occasion. **The overtime must be reflected on the offenders pay stub.**

15. During work hours you are expected to be at work. If for some reason you are not, the Offender Rehabilitation Coordinator and Parole Officer must be notified.
16. If you are ill and unable to report to work, you must contact the Medical Department/ Offender Rehabilitation Coordinator for instruction (s).
17. If you are laid off or terminated from your job, you must notify the Offender Rehabilitation Coordinator and Parole Officer for direction and report back to the facility immediately.
18. Any changes in employment must be pre-approved by the Offender Rehabilitation Coordinator. All changes must be reflected in an updated facility contract. Contract changes need 24-48 hours approved.

### F. Payments / Reporting Wages

1. Offenders must be paid by check. Taxes must be deducted and noted on check stubs.
2. Prior to reporting to ORC, offender must deposit his earnings into the facility and present a pink receipt and pay stub showing earnings and deductions to the Offender Rehabilitation Coordinator.
3. Offenders on Work Release will be on a biweekly work expense budget approved by their assigned ORC.

## FAMILY TIE FURLOUGHS

Participation in family tie furloughs while on Work Release is a privilege, not a right. The purpose of these furloughs is to strengthen family ties and/or solve family problems. An approved residence is required for one day or extended family tie furlough (s). **The residence must be one of the following:**

1. **Blood relative;**
2. **Verifiable guardian;**
3. **Spouse;**
4. **Common law spouse where the relationship had existed for more than one year before the incarceration.**
5. **Friends**

**The following conditions must be met for residence approvals:**

1. The occupant of the dwelling is **willing and able** to allow you to stay with them.
2. Residence verification is conducted by the Department of Corrections and Community Supervision.
3. The offender has **no disciplinary dispositions** which prohibit furloughs.
4. The offender's **overall attitude** in program is deemed acceptable.
5. The offender meets individual requirements as specified by the Superintendent or his designee.

WILLS000563

## <u>CATCHMENT AREAS</u>

1. **Brooklyn County**
2. **Queens County**
3. **Richmond County**
4. **Nassau County**
5. **Suffolk County**
6. **Westchester County**
7. **Manhattan County**
8. **Bronx County**

## OVERNIGHT FURLOUGHS

Offenders must have a furlough residence approved by the Community Supervision, and be employed full time before receiving overnight furloughs. Approval and increase of furlough status are dependent upon custodial adjustment that includes program attendance, progress in community treatment programs, the rules and regulations governing the Temporary Release Program and the Standards of Offender Behavior.

## FURLOUGH GROUPS

**The following groups have been established:**

- **GROUP U - Job Search – no furlough for unemployed offenders.**

- **GROUP C - Employed – Must work 1 week (5 days) and have approved furlough residence; and through the first 30 days - Saturday to Sunday.**

- **GROUP D - Employed – after 30 days of continuous employment and furlough status, Friday to Sunday.**

- **GROUP E - Employed – after 60 days of <u>continuous</u> employed and furlough status, Friday to Monday.**

- **GROUP F – Long Island job searches only – 30 day limit, Sunday – Wednesday.**

- **GROUP A or B - Employed – 5/2 status 90 days of continuous employment and furlough status.**

  > **A:     Wednesday to Monday**

  > **B:     Friday to Wednesday**

- **GROUP Z - Employed – <u>No</u> Parole approved residence – 5 hour furlough pass.**

- **GROUP Z - Employed – Parole approved residence for day pass(es): Saturday/Sunday (8 - 12 hours) No overnight permitted.**

34

WILLS000564

Offenders living on Long Island will be given a Group 'F' Job Search Contract (Sun. – Wed.).  Contract will be effective for thirty (**30**) days.  Offenders not employed within thirty (**30**) days, will be placed on '**U**' Job Search for two (**2**) additional weeks.  If not employed within six (6) weeks, referral to TRC.  To obtain Group 'F' Furlough Status, a furlough residence approval is needed from Community Supervision.  Once employed, offenders who work and live on Long Island will remain on Group 'F' furlough status for one hundred and twenty (**120**) days then upgrade to 5 & 2 Furlough Status.

## DAY REPORTING STATUS

**1. Offender must satisfy the time to release* requirement.**

- CASAT graduates within eighteen (**18**) months to earliest release date.
- Non-CASAT graduates within six (**6**) months to earliest release date.
- Earliest release dates included: parole eligibility date; conditional release date; and APPROVED presumptive and merit release dates.

**2. Offenders must be in full time employment status for the following periods of time, by category:**

- **CASAT graduates - one hundred & twenty (120) continuous days**
- **Non-CASAT offenders - one hundred & fifty (150) continuous days**

**3. FINANCES:**

- **Minimum of $250.00 in facility's Offender's Accounts**
- **Offender deposits all wages.**
- **Offender has satisfied all financial obligations to the State.**

Offenders must be satisfactorily participating in community treatment programs, when applicable.  Offenders will lose Day Reporter status when they become unemployed or lose approved Furlough residence.  Offenders may be reinstated to Day reporter status upon securing new employment and or new approved furlough residence and TRC approval.

## TEMPORARY RELEASE COMMITTEE

**I.      Temporary Release Committee**

**The Temporary Release Committee (TRC) is the body responsible for determining your suitability to remain in the Temporary Release Program. As a result of a Temporary Release Committee decision, an offender may receive as little as a counseling; a probationary period; a reduction in furlough status; or even a removal from Temporary Release Program participation.**

WILLS000565

## II.    Re-Orientation & Probation

A. Offenders who fail to make positive adjustments, or who violate one or more "program rules" may, upon TRC recommendation, be required to start his program all over in terms of earning his furlough status. Such inmates will also be placed on TRC probation and removed if they fail to live up to their new program contracts.

B. Placement on probation and being required to start the program all over again, will be determined on a case by case basis when offenders are found to have:

- **Cashed employment checks without permission.**
- **Changed residences without permission.**
- **Have been unable to secure employment.**
- **Have been late returning to the facility.**
- **Have demonstrated a poor attitude toward programming.**

## III.    Random Urinalysis

Facility will conduct random and suspicious urine testing. Albany sends a random list of Offenders for testing. Parole, ORC's and Correction Officers can request urine testing for drugs due to suspicion.

- Offenders are not to use any illegal narcotics, abuse alcohol or use any medications without prior approval of the facility medical department.

- Offenders with positive urine test will be the subject of a hearing by Disciplinary and TRC, which could result in program removal.

- Relapse Program is available to those inmates with positive urine, if certain criteria are met.

- Offender will be tested for use of Alcohol on a basis of suspicion through the use of a Breathalyzer type tester.

## IV.    Absconders

- If an offender fails to report as scheduled to the facility (as per contract), after 10 hours a warrant for his arrest will be issued. Offenders who are late reporting, must call the facility to avoid being declared absconders. Repeated lateness will result in a TRC referral for programmatic review.

- Discussion of property left behind and signing of property destroy form.

- Offender may be prosecuted with additional felony charge for absconders.

- Removal from Temporary Release Program will affect Merit Time, Presumption Eligibility and Parole Release date.

WILLS000566

### V.    Arrests

- Offenders must contact the facility's Watch Commander, Parole Officer and their Offender Rehabilitation Coordinator as a result of contact with law enforcement.
- If arrested while on Work Release, participation is suspended by a referral to TRC for Program review.
- Parole must provide facility with circumstances of the arrest (i.e. Police Report) within five (5) business days.

## MOTOR VEHICLE ISSUES

- **Offenders cannot possess Drivers license or a non-Drivers license ID card.**
- **Offenders can not own or register a motor vehicle in his name.**
- **Offenders can not drive a vehicle without TRC permission.**
- **If approved, offenders can <u>only</u> drive for employment purposes.**
- **If approved to drive for employment purposes, vehicle must be registered, owned and insured by offender employer.**

## GRIEVANCES

Offenders who wish to file a grievance are to obtain a grievance from the unit officer or assigned Offender Rehabilitation Coordinator. In absence of a form, you can write your grievance on a plain piece of paper and address it to the Offender Rehabilitation Coordinator.

# PART IX.  COMMUNITY SUPERVISION

## Mission of Community Supervision / Parole

Our mission is to assist offenders in becoming law abiding and productive members of the community, while at the same time limiting risk to public safety. Community Supervision is a key participant in the Temporary Release Program run by the New York State Department of Corrections and Community Supervision. Our Parole Officers collaborate in a partnership with Offender Rehabilitation Coordinators to ensure that all Program Offenders are serviced and supervised in accordance with the law and the rules of Temporary Release**.**

## Function of Parole Officer

Community Supervision's primary function in the Temporary Release Program is to oversee and supervise your activities while away from the facility and while in the community. All offenders conduct themselves as good citizens in the community and also comply with the terms of their contract agreed upon with their ORC. A major role of the Parole Officer is to investigate and approve or reject our furlough residence program. It is imperative that you provide your Parole Officer with full details of your residence situation.

WILLS000567

## Home Visits

In visiting homes and discussing matters with your family and / or friends that can impact on your re-adjustment to the community, Parole Officers utilize their skills in addressing case needs and taking appropriate course action. The Parole Officer is one of three members on the Temporary Release Committee that review alleged offender misbehavior and determines whether an offender should be removed from the program.

## Other Duties

Among other specific duties of your Parole Officer is to visit your job / program, verify your participation and evaluate your performance. Problems in this regard or changes in status must be brought by you to your Parole Officer's immediate attention. Additionally, your Parole Officer will be monitoring your overall behavior in the community and will investigate and report all allegations of misconduct. This could result in charges that lead to your removal from the program and / or rescission of your open date, if you have previously met the Parole Board. It is your Parole Officer who prepares the offender status report to the Parole Board describing your background along with progress or lack of the same that you have made since your confinement. Obviously, this has a significant bearing on if and when you are paroled. Make the most of this Temporary Release opportunity.

## Responsibilities of Offenders

While in the Temporary Release program, you are required to report to your Parole Officer a minimum of once every week, or as otherwise directed. During these interviews, you are expected to fully report your community activities, contacts with law enforcement and problems of any sort that you may be experiencing. Follow the rules and work with both your Parole Officer and ORC, you will succeed.

WILLS000568

# PART X.  INMATE RECORDS / IRC OFFICE

## TIME COMPUTATION / JAIL TIME

It is your responsibility to take care of any discrepancies or additional jail time owed to you.  You must have the proper authorities forward any amendments of jail time to the IRC's office.  They must be mailed to us by them, not hand delivered by you or a family member.

## WARRANTS

**All incoming offender records are checked for open / active warrants.**

## FREEDOM OF INFORMATION LAW (F.O.I.L.)

Any requests for copies of information from your records must be in writing.  You will receive a response within five (5) business days.  You are required to pay for the copies, twenty-five cents (**.25¢**) per page.

## PROPERTY

Property will be distributed on **Thursdays from 2:30 PM**.  If you have property at another facility, it is your responsibility to track it down.  We will only be able to give you information on property that traveled with you.  Your ORC should assist you in obtaining information regarding property at other facilities.  Your ORC will be notified if any property arrives through the mail.  Property left at a County Jail does not follow you to NYS Corrections.  Once you are released on parole, you can go there to retrieve any property.

## BIRTH CERTIFICATES / SOCIAL SECURITY CARDS

Offenders born in the five boroughs may apply for a Birth Certificate at **NYC Department of Health, 125 Worth Street, New York, NY 10013**.  For offenders not born in New York City, see your Offender Rehabilitation Coordinator if you need verification of citizenship.  Your assigned Offender Rehabilitation Coordinator will assist you in obtaining a Social Security card.

WILLS000569

# PART XI.  MINISTERIAL SERVICES

_____

### CHAPLAINS' SCHEDULES

- **Monday & Friday Rev. Petero Sabune**      **8:00 PM - 4:00 PM**

- **Tuesday**          **Reverend Dr. Jones**      **1:00 PM - 5:00 PM**

- **Wednesday**      **Imam Abdul-Mubdi**      **1:00 PM - 5:00 PM**

**All Chaplains are located on the third floor, telephone extension #4800. Offenders may also worship in the community.**

40

WILLS000570

# APPENDIX 1

### ORIENTATION SCHEDULE

*(revised 03-11-16)*

**TUESDAY**

**1:00 - 200 PM**                    **MINISTERIAL SERVICES**

                                     **Religious Services**

**THURSDAY**

**12:00 - 12:15 PM**                 **MESSAGE FROM THE SUPERINTENDENT**

                                     **(IF AVAILABLE)**

**12:15 - 2:20 PM**                  **GUIDANCE**

                                     **Review Videos**

1. **Mental Health (VHS)**
2. **Communicable Diseases: Are You at Risk? (VHS)**
3. **Shaken Baby Syndrome (DVD)**
4. **Acknowledgement of Paternity (DVD)**
5. **Suits: VA support for Incarcerated Veterans (DVD)**
6. **Re-entering Society (DVD)**
7. **Ending Sexual Abuse –Behind the Walls: Male Inmate Orientation (DVD)**

**3:00 - 3:30 PM**                   **F.A.C.E.S.**

- **Hepatitis**
- **Video**
- **Sexually Transmitted Disease**
- **Handouts**

**FRIDAY**

**9:00-9:15 AM**                     **INMATE RECORDS**

41

WILLS000571

| | |
|---|---|
| **9:15 - 9:30 AM** | **INMATE ACCOUNTS** |

- **ICAS System**
- **Advances/Disbursements**
- **Open Dates**
- **Interest/outside accounts**
- **Work Release/DR Fees**
- **Comm. Crew/ Mandatory Surcharges, Restitution, Crime Victim fees.**

| | |
|---|---|
| **9:30 - 9:45 AM** | **CORRESPONDENCE** |

- **Packages**
- **Mail**
- **Legal Mail**

| | |
|---|---|
| **9:45 - 10:00 AM** | **WR/ASAT** |

- **ASAT Program Requirements**
- **Expectations**

| | |
|---|---|
| **10:00 - 10:30 AM** | **PAROLE** |

- **Parole Mission**
- **P.O. Function**
- **Home Visits**
- **Inmate Responsibility**

| | |
|---|---|
| **10:30 - 11:30 AM** | **GUIDANCE** |

- **Guidance & Counseling Unit**
- **Goals and Objectives**
- **TRP Rules/Regulations**
- **Temporary Release Committee**
- **Inmate/CC Assignments**
- **Grievance Procedures**
- **Inmate Manual**
- **Superintendent & DSP Statements**
- **Family Tie Furloughs**
- **Catchments Area**
- **Furlough Status**
- **Employment**
- **Day Reports**
- **Resource Room, Clothing.**
- **Sex Abuse**
- **MTA Rules of Conduct**

| | |
|---|---|
| **11:30 - 12:00 PM** | **LUNCH** |

WILLS000572

**12:15 - 12:30 PM**                    <u>**FOOD SERVICE**</u>

- **Hours of Operation**
- **Special Diets/Alternatives**

**12:30 - 1:15 PM**                    <u>**SECURITY**</u>

**Fire and Safety**

- **Facility Detail**
- **Recreation**
- **Dress Code**
- **Housing Units**
- **Inmate Counts**
- **Authorized/Unauthorized Items**
- **Restriction**

**1:15 - 2:15 PM**                    <u>**MEDICAL**</u>

- **Sick Call**
- **Work Related Injuries**
- **Unreported Illness**
- **Medication Refills**
- **Mental Health/Dental Referrals**
- **Diagnostic Procedures**
- **HIV Counseling and Testing**
- **Complaint Steps**

**2:20 - 3:00PM**                    <u>**NEW YORK PUBLIC LIBRARY**</u>

- **Library Cards**
- **Technology**
- **Resources**
- **G.E.D. Preparation**
- **Workshops**

**3:00 - 3:30 PM**                    <u>**Osborne Foundation (every 3rd Friday)**</u>

- **Training To Work Program (T2W)**
- **Job Development**

43

WILLS000573

# APPENDIX 2

## OFFENDER ORIENTATION
## SIGN-OFF SHEET

*This is to certify that I have attended and completed the Lincoln Correctional Facility Orientation that was presented by the following disciplines or representatives.*

### Staff Initials

A. **Guidance** _____

B. **Security** _____

C. **Health Services** _____

D. **Inmate Records / IRC** _____

E. **Inmate Accounts** _____

F. **Community Supervision** _____

G. **ASAT** _____

H. **Food Service** _____

I. **Mailroom** _____

J. **Ministerial Services** _____

K. **Fire & Safety** _____

L. **PREA** _____


_____    _____    _____
*Offender Signature*                            *DIN #*                   *Date*


_____                    _____
*Witness Signature*                                           *Date*

44

WILLS000574

**APPENDIX 3**

<u>**PROCEDURE TO HAVE A CELL PHONE**</u>

Any inmate wishing to carry a cell phone, must fill out the appropriate form. **All the information on this form is mandatory.** A copy will be placed in the inmate's file, with copies given to the Parole Officer and the Superintendent.

- Having a cell phone while on Work Release is a privilege not a right.
- Inmates are not allowed to sign any contracts or have a bill in their name.
- Inmates are not allowed to have **<u>any pornographic</u>** pictures of any kind on the phone.
- The lockers are subject to random searches.
- No unauthorized or illegal items are allowed in the lockers.
- The cell phones must be placed in the lockers before you enter the Processing Area.
- Any inmate that is removed from the program, for any reason, must sign a disposal form or have someone pick up the phone before they leave the facility.
- If an inmate is declared an absconder, his phone will only be held for ten (10) days, after which it will be destroyed.

**Inmate Name:** _____     **DIN:** _____

**Signature:** _____     **Date:** _____

WILLS000575