# EXHIBIT D

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

RUBEN WILLS,

       Plaintiff,

                Case No.

                1:20-cv-04432-BMC-VMS

    -against-

MICROGENICS CORPORATION, et al.,

       Defendants.

- - - - - - - - - - - - - - - - - x

          via Zoom teleconference

          November 7, 2023

          10:07 a.m.


   EXAMINATION BEFORE TRIAL of MARYANN GENOVESE, M.D., the Non-Party Witness, by The Respective Parties, in the above-entitled action, held at the above time and place, pursuant to Subpoena, and to the Federal Rules of Civil Procedure, taken before MARCI GLOTZER, a shorthand reporter and Notary Public within and for the State of New York.



```
 1                DR. M. GENOVESE
 2   internal medicine at -- it was called
 3   Misericordia Hospital in the Bronx.  It's now
 4   called Our Lady of Mercy.  After that, I had
 5   a job with Grumman Aerospace in Long Island,
 6   and then I went into private practice in
 7   Goshen, New York, from 1986 to 1997.  From
 8   there, I gave up my practice.  I worked about
 9   a year for one of my colleagues part time,
10   and after that, I worked about a year for a
11   -- in a chiropractor, seeing patients to make
12   sure they didn't have any significant medical
13   problems.
14          After that, I did two years in a
15   federal prison in Otisville, New York, as an
16   internist, kind of like the medical director.
17   I did two months, I think, in maybe May of
18   2003 as a fee-for-service physician for DOCS,
19   and then in July, 2003, I joined DOCS.
20       Q.  When you joined DOCS in July of
21   2003, did you join DOCS as an internist?
22       A.  They call you a clinical physician.
23   That's what they call you.
24       Q.  Are you currently employed by DOCS?
25       A.  No.  I retired in December of 2019.
```



1                    DR. M. GENOVESE
2         Q.  You were a clinical physician at
3    DOCS between July of 2003 and December of
4    2019?
5         A.  Correct.
6         Q.  Did you maintain that role
7    throughout the entire period of time, or were
8    there different titles you may have achieved,
9    or was it just the same role?
10        **A.  At Sing Sing, I was the medical**
11   **director.  When I was at Wallkill, I was the**
12   **medical director, and probably I -- at**
13   **Shawangunk also.  But I was by myself.**
14   **Still, I'm, like, the clinical physician and**
15   **medical director.**
16        Q.  How many different correctional
17   facilities were you at between 2003 and 2019?
18        **A.  I was at Fishkill, Shawangunk, Sing**
19   **Sing, and Wallkill.**
20        Q.  During the year 2019, where were
21   you?
22        **A.  Wallkill.  Wallkill Correctional**
23   **Facility.**
24        Q.  Were you ever a clinical physician
25   or medical director or a doctor in any



```
 1                    DR. M. GENOVESE
 2     capacity at Lincoln Correctional Facility?
 3          A.   No.
 4          Q.   Did you have specific training to
 5     become a doctor for DOCS, meaning separate
 6     and apart from what you learned in medical
 7     school, after medical school, did you have
 8     specific training with respect to the rules
 9     and regulations of DOCS?
10          A.   Well, we had to go through some
11     security training, but no.  As a physician,
12     you are just hired as a physician.
13          Q.   There were no special directives or
14     regulations or anything like that that you
15     were trained on when you began working for
16     the Department of Corrections in New York?
17          A.   No.  I just started my job when I
18     got hired and saw patients.
19          Q.   What were your duties when you were
20     a clinical physician at DOCS?
21          A.   See patients, review diagnoses,
22     order the proper tests, and refer them if
23     they needed to be referred to a specialist.
24          Q.   Were there any specific rules and
25     regulations with respect to medications,
```



13

1  DR. M. GENOVESE
2  meaning when an inmate was able to obtain and
3  then fill and be administered a medication,
4  were there any rules and regulations with
5  respect to that at DOCS?
6      A.  Well, I ordered the medication.  If
7  it was nonnarcotic or not a controlled drug
8  or a drug of abuse, they did not get that.
9  That would be administered by the nurse.
10     Q.  When you say "they did not get
11 that," what do you mean by that?
12     A.  They didn't get the bottle of
13 medication to take with them.  They did not
14 carry their own medicine if it was a narcotic
15 or controlled substance.  That was
16 administered by the nurse.
17     Q.  A nurse in the facility where they
18 were housed; right?
19     A.  Right.  The patients would come to
20 the medical department.  There would be a
21 window there.  The nurse would be behind the
22 window and she would distribute certain
23 medications.
24     Q.  Were there other medications that
25 inmates were allowed to take with them to



```
 1                    DR. M. GENOVESE
 2     their cell?
 3        A.   Yes.  Hypertensive medications.
 4     Nonsteroidal anti-inflammatories.  Cardiac
 5     medicines.
 6        Q.   Those were types of medications that
 7     inmates were given the full bottle and they
 8     would be allowed to take it back to their
 9     cell and administer the medications to
10     themselves; is that right?
11        A.   Yes.
12        Q.   What about over-the-counter
13     medications that were not prescription
14     medications?  Were inmates allowed to have
15     those in their cells and administer those by
16     themselves?
17        A.   If I prescribed one of those and it
18     was in a bottle, yes, they could have it.
19        Q.   With respect to prescribing
20     medication, whether prescription medication
21     or over-the-counter medication, did these
22     medications all have to go through the
23     medical department in order for the inmate to
24     be allowed to have them or use them?
25        A.   Say the question again?
```



1           **DR. M. GENOVESE**

2      Q.  Sure.  I'm just trying to

3   understand, in order for an inmate to have a

4   medication at all, whether it be an

5   over-the-counter medication, a prescription

6   medication, any medication, would that

7   medication need to have been prescribed and

8   have gone through the medical department at

9   DOCS?

10     **A.  Yes.  You have to get your**

11  **medication through the medical department.**

12     Q.  That means whether it's Tylenol or

13  something prescribed; is that right?

14     **A.  Correct.  They could come to the**

15  **window and during the times of medication,**

16  **they could get, like, a sample of Tylenol,**

17  **you know.  They could come and get a Tylenol**

18  **that's at the nurse's station, at the nurse's**

19  **window.**

20     Q.  Everything, all medications have to

21  go through some sort of central medical

22  department; they can't just have them without

23  medications being, I guess, prescribed by the

24  medical department at DOCS, so there would be

25  a record of any sort of medication that the



1                    DR. M. GENOVESE
2      inmate is on; right?
3           A.   Yes.  Yes.  When I would order
4      medication, it was written in my note.
5           Q.   That was my next question.  Is it
6      logged, the medication, in some capacity at
7      the facility level, or is there a
8      record-keeping method at DOCS that's not at
9      the facility level that's more electronically
10     kept overall?  How are records of inmates'
11     medication kept?
12          A.   If I prescribed the medication and
13     ordered it for a week or a month and there
14     was a refill, I would write a prescription.
15     That prescription would go to the pharmacy.
16     If it was a medicine that was controlled or a
17     medicine that we considered a medicine of
18     abuse, or if I thought the patient really
19     didn't have the capability to take his
20     medicine, they were given out by the nurse
21     from the nurse's station, and they had a log.
22     They wrote down that they gave the
23     medication.
24          Q.   When you say "medication is sent out
25     to the pharmacy," what do you mean by that?



1                    DR. M. GENOVESE

2        A.   The medications that I would order,

3    the prescriptions, if I remember correctly,

4    would go in some bag and they would go to

5    central pharmacy and then they would get

6    delivered.   We would get the medications

7    delivered.   We didn't have a pharmacy in

8    Wallkill.   We had to get from -- if I'm not

9    -- maybe from another facility.   We did not

10   have pharmacy here so we could not -- I could

11   not -- I would write a prescription but there

12   was really no medication like hypertensive

13   medication, cardiac medication there.   There

14   was some stock medications, but that would

15   be, like, for an emergency.

16        Q.   When you wrote a prescription, did

17   you enter the prescription into a central

18   database at DOCS?

19        A.   No.   When I -- the last year or so,

20   if you were going to order a narcotic or some

21   other medicine, you would put it in the

22   computer, and those medicines also had to be

23   approved by the regional medical director.

24        Q.   But --

25        A.   There wasn't much computer work.



1                    DR. M. GENOVESE

2          A.   Nonprescriptions were tracked by

3     they got a bottle of 30 pills.  Not in the

4     nurse's station log.

5          Q.   How were those --

6          A.   Pharmacy -- pharmacy would have a

7     log.

8          Q.   The pharmacy that the facility used

9     would have a log, you are saying?

10         A.   Yes.  The pharmacy would have a log,

11    and on our computer system, the nurse could

12    go on there and she could get a printout of

13    the medications the patient was on.  And

14    that, we would put in their chart.

15         Q.   This printout, is that from a system

16    called SIFS, S-I-F-S?

17         A.   I don't know the name of the system.

18         Q.   Was there some sort of system that

19    contained this printout of the patient's

20    medications?

21         A.   Yes.

22         Q.   Does that contain all of their

23    medications, that system?

24         A.   I don't remember if the mental

25    health medications were on there, or just the



```
 1                  DR. M. GENOVESE
 2    medications that I ordered.
 3          Q.   Meaning the medications that a
 4    doctor ordered; right?
 5          A.   The doctor did order the psych
 6    medicines.  The psychiatrist ordered them.  I
 7    didn't order psychiatry medicines.
 8          Q.   The psychiatrist orders the mental
 9    health medications, and you would order --
10    the physical doctor would order the other
11    medications?
12          A.   Correct.
13          Q.   The nurse wouldn't order any
14    medications; right?  It would be either the
15    psychiatrist or a regular doctor, MD doctor?
16          A.   Yes.
17          Q.   You are not sure if the mental
18    health medications are tracked by this
19    computer system; right?
20          A.   I don't remember.
21          Q.   The nonprescription medications are;
22    right?  It's not just the prescription
23    medications that are tracked by this computer
24    system, it's all medications; right?
25          A.   Yes, because every medication --
```



1             DR. M. GENOVESE

2     **Tylenol or ibuprofen, I have to write a**

3     **prescription for that, so yes.  That's on the**

4     **log also, the computer printout.**

5         Q.  For the prescription medications or

6     nonprescription medications that the inmate

7     doesn't take in his cell by himself, but that

8     are administered by the nurse at the medical

9     department, is there a log kept every time an

10    inmate comes and the medication is

11    administered?

12        A.  **Yes.**

13        Q.  Is that kept electronically, or is

14    it kept physically, handwritten?

15        A.  **Handwritten.**

16        Q.  Do you know how long those logs are

17    kept for?

18        A.  **I can't tell you how many years.**

19        Q.  Are you familiar with inmates when

20    they are on work release and the medication

21    protocols with respect to them?

22        A.  **I didn't work in any facility that**

23    **had work release.**

24        Q.  You are unfamiliar with that?

25        A.  **I'm unfamiliar with that.**



30

```
 1                  DR. M. GENOVESE
 2        Q.  Did you ever treat inmates for drug
 3   use?
 4        A.  What do you mean by "drug use"?
 5        Q.  Overdosing.
 6        A.  No.
 7        Q.  Did you find drug use was a problem
 8   in any of the facilities you worked in?
 9        A.  I would say it was a problem.
10        Q.  Why would you say that?
11        A.  Well, if they showed up to my
12   medical department high or not acting right
13   -- are you still there?
14        Q.  Yes.  I'm here?
15        A.  I would send them out.
16        Q.  What do you mean, "send them out"?
17   Would you send them away?
18        A.  I would send them to the hospital.
19        Q.  How often would you say that would
20   happen?
21        A.  The ones that needed to be sent to
22   the hospital?
23        Q.  Yes.  When someone came to you and
24   they were clearly high on drugs, how often
25   would that happen?
```

