# EXHIBIT E

| New York State Department of Corrections and Community Supervision Division of Health Services **POLICY** | Title: Distribution of Over-The-Counter Medication | Number |
|---|---|---|
| | Section: Pharmacy Services | 3.03 |
| Supersedes: 3.03 – 6/3/13 | Page: 1 of 2          Date: 2/26/19 | |
| References: | | |
| Approved by: *John Morley, MD* | | |

## I. POLICY:

It is the policy of the Department of Corrections and Community Supervision (DOCCS) to limit inmate access to over-the-counter (OTC) medications.

## II. PROCEDURE:

A. OTC medications are defined as medications available without a provider's prescription.

B. Nurses are allowed to distribute OTC medications to inmates under the following provisions:

1. A limited supply of OTC medications may be offered to inmates by a Nurse at sick call. These distributions must be documented in the Ambulatory Health Record Progress Note Form 3105. Only the medications listed on the *Allowed Medications List* are permitted for distribution under this policy

2. Nursing staff are responsible for ordering OTC medications from Central Warehouse.

3. Only appropriately labeled and packaged formulary OTC medications are available in DOCCS. Medication must be in consumer packaging (see OTC consumer packaging label example below). If consumer packaging is not available, the medication cannot be distributed.

4. As a guideline, the quantity distributed to the inmate should be sufficient to resolve the presenting complaints, but generally should not exceed a three day supply.

5. Inmates presenting to sick call three times for persistent symptoms MUST BE SCHEDULED for prescriber call out. If the prescriber decides to continue the OTC medication, a prescription must then be written.

6. OTC distributed items will not be labeled with the inmate's name (unless a prescription is written as per #5 above) and may be kept as personal property in quantities limited to three days maximum.

**STATE DEF 000135**

| Department of Corrections and Community Supervision Health Services Policy |||| |
|---|---|---|---|
| Title: Distribution of Over-The-Counter Medication | Number: 3.03 | Date: 2/26/19 | Page 2 of 2 |

**Drug Facts**

**Active ingredient** (in each tablet) — **Purpose**
Chlorpheniramine maleate 2 mg..................................................Antihistamine

**Uses** temporarily relieves these symptoms due to hay fever or other upper respiratory allergies: ■ sneezing  ■ runny nose  ■ itchy, watery eyes  ■ itchy throat

**Warnings**
Ask a doctor before use if you have
■ glaucoma   ■ a breathing problem such as emphysema or chronic bronchitis
■ trouble urinating due to an enlarged prostate gland
Ask a doctor or pharmacist before use if you are taking tranquilizers or sedatives
When using this product
■ drowsiness may occur   ■ avoid alcoholic drinks
■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ be careful when driving a motor vehicle or operating machinery
■ excitability may occur, especially in children
If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away.

**Directions**

| | |
|---|---|
| adults and children 12 years and over | take 2 tablets every 4 to 6 hours; not more than 12 tablets in 24 hours |
| children 6 years to under 12 years | take 1 tablet every 4 to 6 hours; not more than 6 tablets in 24 hours |
| children under 6 years | ask a doctor |

**Drug Facts** (continued)
**Other information** ■ store at 20-25° C (68-77° F)   ■ protect from excessive moisture
**Inactive ingredients** D&C yellow no. 10, lactose, magnesium stearate, microcrystalline cellulose, pregelatinized starch

**STATE DEF 000136**