# EXHIBIT F

# Audio Recording of June 14, 2018 Disciplinary Hearing

STATE DEF 001275

(submitted electronically to the Court as per instructions from chambers)

NEW YORK STATE

OFFICE OF THE ATTORNEY GENERAL


====================================================

AUDIO FILE:

"Wills 17A3437 6-14-18"

====================================================




Appearances:

    Male Speaker 1

    Ruben Wills




Transcribed by: ANP Transcriptions

STATE DEF 001037

```
 1            [START RECORDING - Wills 17A3437 6-14-18]
 2            MALE SPEAKER 1:  It's Hudson Correctional
 3   Facility.  My name is [unintelligible], the Hearing
 4   Officer.  This is tape recorder 321 for inmate
 5   Wills.  17A3437.  All right.  Today is June 14,
 6   2018.  Time is approximately 10:53 a.m.  I'm
 7   [unintelligible], the Hearing Officer designated by
 8   [unintelligible] to conduct this hearing down at
 9   [unintelligible] at Hudson Correctional Facility.
10   In the room [unintelligible] inmate Wills.  Just
11   state your name and DIN number for the record.
12            MR. RUBEN WILLS:  Wills, 17A3437.
13            MALE SPEAKER 1:  All right.  This is a
14   tier 2 [unintelligible] disciplinary procedure.
15   Everything's recorded.  Speak up clearly and
16   [unintelligible] speaking [unintelligible] will
17   record all of your testimony.  You may have
18   witnesses on your behalf.  Nothing said by you will
19   be held against you in any criminal proceeding.
20   Present any oral or documentary evidence you wish
21   to be considered by me during the hearing.  Any
22   claims, defenses, or objections you raise should be
23   made properly during this hearing, so that they may
24   be considered by me and if possible responded to.
25   Right.  Do you understand those rights and
```

1    obligations?

2             MR. WILLS:  Yes.

3             MALE SPEAKER 1:  All right.  With a copy

4    of the [unintelligible] report on June 4th at 5:40

5    p.m. by [unintelligible].  Did you get your copy?

6             MR. WILLS:  Yes.

7             MALE SPEAKER 1:  All right.  I'm gonna

8    read and [unintelligible] it into the record.

9    Hudson Correctional, Wills, Reuben, 17A3437,

10   [unintelligible] location [unintelligible] incident

11   location with the [unintelligible].  Incident date

12   was June 1, 2018, [unintelligible].  Three

13   violations.  All right.  [Unintelligible]

14   unauthorized type of medication in

15   [unintelligible].  All right.

16   Smuggling -- smuggling contraband and

17   [unintelligible] prescription on the above date and

18   approximate time while conducting a search of

19   inmate Wills' locker, I discovered a prescription

20   medication bottle with two different types of pills

21   inside.  After conducting the search, I bought the

22   bottle to nurse [unintelligible] to identify the

23   pills.  She identified 14 of the pills as

24   [unintelligible].  [unintelligible] prescription

25   pills nor are they allowed inside the vicinity by

STATE DEF 001039

1  inmates.  [Unintelligible] report date of June 1,

2  2018, [unintelligible] correctional officer.  Okay.

3  You have two charges.  You got to plea.  I'll read

4  each one to you.  Unauthorized medication, 1/13/14,

5  do you plead guilty or not guilty?

6          MR. WILLS:  Not guilty.

7          MALE SPEAKER 1: All right.  So, not

8  guilty.  And smuggling, 1/14/10?

9          MR. WILLS:  Not guilty.

10         MALE SPEAKER 1:  Not guilty.

11 [Unintelligible] not guilty plea to the weapon.

12 Check them out.  Those are your pleas, right?

13         MR. WILLS:  Yes.

14         MALE SPEAKER 1:  Not guilty.  All right.

15 So, sign on line 12.  Sign, date and time.  Put the

16 date and time.

17         MR. WILLS:  Yes, sir.

18         MALE SPEAKER 1:  [unintelligible].  Did

19 you put --

20         MR. WILLS:  I put [unintelligible], sir.

21         MALE SPEAKER 1:  [Unintelligible].

22         MR. WILLS:  [unintelligible] initially?

23         MALE SPEAKER 1:  Yeah.  [Unintelligible].

24 Okay.  All right.  Do you have an explanation?  Go

25 ahead.  Tell me your side, what happened.

1          MR. WILLS:  Smuggling, [unintelligible]

2     is that how do you get somebody [unintelligible]

3     smuggling because you came in possession something

4     you don't have a place to [unintelligible].

5     Because if somebody bringing something in, I don't

6     see how you can charge somebody with that.

7          MALE SPEAKER 1:  Anything that's

8     unauthorized --

9          MR. WILLS:  That's not --

10         MALE SPEAKER 1:  Anything that's not

11    authorized by superintendent into the facilities,

12    contraband its smuggling.  So, it -- it ends up

13    inside the jail.  But before we get to that

14    charge, --

15         MR. WILLS:  Right.

16         MALE SPEAKER 1:  -- types of medication

17    is -- what do you say about the pills that they

18    found in your locker?

19         MR. WILLS:  Because they found in my

20    locker, obviously, that from another facility.

21         MALE SPEAKER 1:  Did you have

22    authorization to have them in this facility?

23         MR. WILLS:  How would I get authorization

24    to have something to have [unintelligible]?

25         MALE SPEAKER 1:  You got to go through

6

1    medical.  [Unintelligible] -- who gave you NyQuil?

2              MR. WILLS:  They gave me --

3              MALE SPEAKER 1:  Were they NyQuil pills?

4              MR. WILLS:  Yes.

5              MALE SPEAKER 1:  Do you agree that they

6    gave you a NyQuil pills?

7              MR. WILLS:  At another facility, legally,

8    yes.

9              MALE SPEAKER 1:  And who's

10   that -- where's that?

11             MR. WILLS:  At Ulster.

12             MALE SPEAKER 1:  Ulster gave it to you?

13             MR. WILLS:  Yes, they did.

14             MALE SPEAKER 1:  All right.  When did you

15   get to Hudson?

16             MR. WILLS:  I got to Hudson this year

17   in --

18             MALE SPEAKER 1:  I looked it up but then

19   you can --

20             MR. WILLS:  At -- roughly

21   May -- April -- April 6th.

22             MALE SPEAKER 1:  So, you've been here

23   over a month or two months.

24             MR. WILLS:  I've been here for two

25   months.

```
 1              MALE SPEAKER 1:  Two months?

 2              MR. WILLS:  Right.  Yes, sir.

 3              MALE SPEAKER 1:  So, you had those NyQuil

 4  pills and you didn't think to go to medical and

 5  say, hey, I got these pills?

 6              MR. WILLS:  I didn't think to do it?

 7              MALE SPEAKER 1:  Yeah.

 8              MR. WILLS:  No.

 9              MALE SPEAKER 1:  Who gave them to you at

10  Ulster?

11              MR. WILLS:  A nurse at Ulster gave them

12  to me on a quick trip because I had a severe

13  infection and that's in my medical records.

14              MALE SPEAKER 1:  All right.

15              MR. WILLS:  I had a ear infection, I had

16  a fever.  I had just been remanded.  I was going

17  down to court to the city on a court trip.  I was

18  in a wheelchair.

19              MALE SPEAKER 1:  All right.

20              MR. WILLS:  He goes [unintelligible]--

21              MALE SPEAKER 1:  Any pills -- any

22  medication you have in this facility --

23              MR. WILLS:  Yes.

24              MALE SPEAKER 1:  -- has to be -- come

25  from this facility.
```

1           MR. WILLS:  Okay.

2           MALE SPEAKER 1:  All right.  And when

3    they usually give you pills, they don't -- they

4    don't last forever.  They only -- they usually put

5    a date on those pills.  All right?

6    [Unintelligible] some pills, they're good for a

7    week.  They're good for 30 days.  You know what I

8    mean?  You don't get pills and say, okay,

9    [unintelligible].

10          MR. WILLS:  I -- I -- I -- I am very

11   familiar with that --

12          MALE SPEAKER 1:  All right.

13          MR. WILLS:  -- and I know about over the

14   counter, expired medication, I'm familiar with

15   that.

16          MALE SPEAKER 1:  Exactly.

17          MR. WILLS:  But the -- I was given them

18   to me by a nurse in Ulster and I went through

19   Marcy, --

20          MALE SPEAKER 1:  Uh-huh (affirmative).

21          MR. WILLS:  -- had them because every

22   time you come back, you -- you have to search in my

23   [unintelligible] --

24          MALE SPEAKER 1:  Uh-huh (affirmative).

25          MR. WILLS:  -- come back from a court

1  trip, several times I went back down and forth, I

2  took the same medication.  And when I came through

3  here, --

4          MALE SPEAKER 1:  Uh-huh (affirmative).

5          MR. WILLS:  -- I had the medication.  So,

6  for me to be hit with a [unintelligible], even the

7  contraband is [unintelligible] smuggling.

8          MALE SPEAKER 1:  It's not contraband,

9  it's [unintelligible].  This is even worse than

10  contra.  This is unauthorized types of meds.

11          MR. WILLS:  Oh, so that's even worse.

12  Smuggling.

13          MALE SPEAKER 1:  That's a serious charge.

14          MR. WILLS:  Yeah, its a serious charge.

15  And it's -- it's -- you know, I have a document

16  that I had a ear infection, a bad ear infection and

17  a fever.  I believe it was September or October of

18  2017 when I first got remanded.  The nurse was very

19  concerned, because I was in a wheelchair for six

20  and a half months.  He [unintelligible] and he say

21  that I'm not [unintelligible].  He said I wasn't

22  getting medical attention that I should have got

23  somewhere else.  And he gave me permission to take

24  these and you'll be all right.  That was it.  Now

25  for me to come through the facility and get

10

1  searched, all in your records, you can see that --

2          MALE SPEAKER 1:  Well, you say that you

3  came here with them.  I don't know if you brought

4  them in on the trip, or did you bring them from

5  outside because you go outside.

6          MR. WILLS:  But when I go outside, I'm

7  straight, sir.  When we come outside,

8  [unintelligible] --

9          MALE SPEAKER 1:  You know how much stuff

10  we get into the facility when they're searching?

11  How many drugs that we find in the facility?

12          MR. WILLS:  I have no doubt

13  that's -- yeah, I see that.  [Unintelligible] --

14          MALE SPEAKER 1:  So, don't -- it doesn't

15  matter.

16          MR. WILLS:  No, I'm not pleading that

17  [unintelligible].  I see the [unintelligible]

18  myself like that, but at the same time, every

19  inmate can't be held responsible for things other

20  inmates do.

21          MALE SPEAKER 1:  Exactly.

22          MR. WILLS:  And at the same time, if you

23  look at my record, my record is impeccable.  I've

24  never had any --

25          MALE SPEAKER 1:  So, what I'm gonna do --

1                MR. WILLS:  [unintelligible].

2                MALE SPEAKER 1:  All right.  Do you have

3      any witnesses other than what you told me?

4                MR. WILLS:  No.

5                MALE SPEAKER 1:  You don't?

6                MR. WILLS:  Witnesses to what, sir?

7                MALE SPEAKER 1:  Anything.  So, your

8      content is not that they found the pills, it's that

9      you had them, you were given to in another

10     facility, and you find that you had them here

11     and -- and that --

12               MR. WILLS:  I had a search prior to this.

13               MALE SPEAKER 1:  All right.

14               MR. WILLS:  So, even if --

15               MALE SPEAKER 1:  Again, a prior search

16     doesn't mean that they -- you had them then.  Do

17     you understand?

18               MR. WILLS:  Okay.

19               MALE SPEAKER 1:  So, what I'm gonna do is

20     I'm gonna check with the nurse in

21     your -- and -- and see if you were issued them, and

22     how long you were issued them for, if -- if it's

23     written in your medical documentation.

24               MR. WILLS:  Okay.

25               MALE SPEAKER 1:  All right?  And then

1   we're going to come back, because the issue is and

2   whether you had them or not, all right, you had

3   them.  You had them in your possession, you admit

4   to having them.

5           MR. WILLS:  I never lied.

6   [Unintelligible].

7           MALE SPEAKER 1:  [Unintelligible] saying.

8   Whether you got them through -- and then you bring

9   them into the facility, that's why you got a charge

10  of smuggling.  So, I'm gonna check with your

11  medical record, see what I find out.  And then I'm

12  going to come back and we're going to -

13          MR. WILLS:  You can check specifically in

14  September or October.

15          MALE SPEAKER 1:  I will.

16          MR. WILLS:  I had a bad ear infection

17  when I was at Ulster.  And they gave me that and

18  they also gave me my [unintelligible] and whats the

19  [unintelligible]?

20          MALE SPEAKER 1:  [Unintelligible].

21          MR. WILLS:  It was [unintelligible]

22  medication at -- that ulster, I mean, at

23  [unintelligible].  And I've been through Marcey and

24  [unintelligible].

25          MALE SPEAKER 1:  That's what I'm gonna

1  do.  I'm gonna adjourn the hearing now at 11:01

2  a.m. on June 14, 2018.  I'm gonna check with the

3  medical department and then we'll come back and

4  finish up.

5          MR. WILLS:  Okay.

6          [OFF THE RECORD]

7          [ON THE RECORD]

8          MALE SPEAKER 1:  All right.  Time now is

9  12:02 p.m. on June 14, 2018.  Lieutenant

10 [unintelligible], the Hearing Officer.

11 Continuation of the hearing of inmate Wills.

12 [unintelligible] could you state your name and

13 number?

14          MR. WILLS:  Wills, 17A3437.

15          MALE SPEAKER 1:  Okay.  I -- I called the

16 medical unit and I talked to Mr. Costa [phonetic].

17          MR. WILLS:  Okay.

18          MALE SPEAKER 1:  I had to look it on your

19 file now.

20          MR. WILLS:  Okay.

21          MALE SPEAKER 1:  During the hearing

22 before we'll see when -- when and if you were

23 issued the NyQuil pills in Ulster.

24          MR. WILLS:  Right.

25          MALE SPEAKER 1:  [Unintelligible] to look

14

1  up your file.  [Unintelligible] nurse

2  [unintelligible].  Oh, okay.  Lieutenant

3  [unintelligible], I'm doing a hearing on inmate

4  Wills.  I called you earlier to review his medical

5  folder.  Okay.  I'm gonna put you on speaker.  Can

6  you hear me?  All right, hold on.

7       MALE SPEAKER 2:  [Unintelligible].

8       MALE SPEAKER 1:  I can't hear you.  The

9  volume is [unintelligible].  Yeah, [unintelligible]

10 we can't hear you.  How about now?  How about now?

11      FEMALE SPEAKER 1:  All right.  Still hear

12 you.

13      MALE SPEAKER 1:  All right, ma'am.

14 You're on -- you're on tape, so just state your

15 name and title.

16      FEMALE SPEAKER 1:  Okay.  My name is Amy

17 Picasta [phonetic], and I'm an RN.

18      MALE SPEAKER 1:  All right.  Nurse

19 Picasta, I'm doing a hearing on inmate Wills, who

20 was issued a [unintelligible] report for having

21 NyQuil pills and [unintelligible] pills in his

22 possession.  Inmate stated that he received them at

23 Ulster Correctional prior to coming to Hudson.

24      MS. PICASTA:  Okay.

25      MALE SPEAKER 1:  And I asked you to look

1  up in his medical record, if there's anything when

2  and if he was ever issued them in Ulster.  What did

3  you find out?

4          MS. PICASTA:  I did not find that he was

5  issued the pills at Ulster.

6          MALE SPEAKER 1:  How about Hudson?

7          MS. PICASTA:  [Unintelligible] had

8  nothing -- nothing was issued here either.

9          MALE SPEAKER 1:  Okay.  Nothing in his

10  file saying that he got them from anybody?

11          MS. PICASTA:  No, nothing in his file.

12          MALE SPEAKER 1:  Can I -- let me ask you

13  this.  Do we -- we give inmates NyQuil here or any

14  Quill?

15          MS. PICASTA:  We do not.

16          MALE SPEAKER 1:  Oh, we don't.  If we

17  did, that would be for a limited amount of time or

18  for an open ended period?

19          MS. PICASTA:  We do not give it at all.

20  That's what I was told.

21          MALE SPEAKER 1:  But all medications are

22  usually given when -- for a certain amount of time?

23          MS. PICASTA:  Uh-huh (affirmative).

24          MALE SPEAKER 1:  It's not like you can

25  take them for four months later?

1       MS. PICASTA:  No.

2       MALE SPEAKER 1:  Normally, right?

3       MS. PICASTA:  Right.

4       MALE SPEAKER 1:  All right.  Nothing.

5  Okay.  Wait.

6       MR. WILLS:  [Unintelligible].

7       MALE SPEAKER 1:  You -- you'll have your

8  chance to ask your questions.  You ask me first,

9  and then I'll ask [unintelligible].

10       MR. WILLS:  Can you please ask her that

11  if my record reflects that in September or October,

12  when I went to Ulster, I was treated for ear

13  infection or any type of infection?

14       MALE SPEAKER 1:  Okay.  Now, what's that

15  got to do with this stuff?

16       MR. WILLS:  Because that's what I got the

17  medication that would show that --

18       MALE SPEAKER 1:  Okay.  Well, he claims

19  that he had an ear infection when he went to Ulster

20  in September, October last year, and then

21  [unintelligible] check that area, right?  Maybe

22  just double check.

23       MS. PICASTA:  Yes.

24       MALE SPEAKER 1:  Did you check with an

25  ear infection?  He claims that's when he got

1  the -- the pills?

2           MS. PICASTA:  I am not seeing any record

3  of that.

4           MALE SPEAKER 1:  Okay.  Do you will have

5  all his medical records right now?

6           MS. PICASTA:  Yes.  I mean, there are

7  quite a few records here to go through.  I would

8  have to, you know, fine tooth comb them.  I don't

9  know if that's something --

10          MALE SPEAKER 1:  And that's regard to the

11 ear infection you're talking about, right?

12          MS. PICASTA:  Correct -- correct.

13          MALE SPEAKER 1:  All right.  Any other

14 questions you have?

15          MR. WILLS:  Yeah, can she please read

16 through the medical records at Ulster.

17          MALE SPEAKER 1:  She's got all the

18 records -- all the records in [unintelligible].

19          MR. WILLS:  [Unintelligible].  Yeah, if

20 she can please read through it and see either in

21 November -- October or November, I went --

22          MALE SPEAKER 1:  No, she can't.  She just

23 said she didn't see it in the record.

24          MR. WILLS:  No, she said she didn't see

25 it as a fine tooth comb.  I know that they were

18

1    there and I know I had an ear infection and that's

2    why they gave it to me.  But there was another time

3    in October, November when I went and they gave me

4    more medication.

5              MALE SPEAKER 1:  All right.

6              MR. WILLS:  That is medication I was not

7    supposed to have, so you can't look at those.

8              MS. PICASTA:  Yes, there -- there might

9    be -- I mean, if there -- did you want me to call

10   Ulster and see if there is any of that on hand?

11             MALE SPEAKER 1:  Well, you -- you -- they

12   might give it out there, but I want to know if

13   it -- if it was given to him.

14             MS. PICASTA:  Correct.

15             MALE SPEAKER 1:  All roight.

16             MS. PICASTA:  Okay.  So, you tell me if

17   you'd like me to call Ulster.

18             MALE SPEAKER 1:  Okay.  You can call them

19   and -- does that satisfy you if they call Ulster?

20             MR. WILLS:  [Unintelligible] look at my

21   record.

22             MALE SPEAKER 1:  But -- and then just

23   look through the record again in September,

24   October, and see if he was issued.  Not so much he

25   had an ear infection, but -- but whether he was

 1  given the NyQuil pills.  I know you said that you

 2  already did.

 3            MS. PICASTA:  Yeah.

 4            MALE SPEAKER 1:  And maybe just give it

 5  one more look --

 6            MS. PICASTA:  Sure thing.

 7            MALE SPEAKER 1:  -- and check with Ulster

 8  and then I'll check back with you.

 9            MS. PICASTA:  No problem.

10            MALE SPEAKER 1:  All right.

11            MS. PICASTA:  Okay.

12            MALE SPEAKER 1:  All right.  Thank you,

13  ma'am.  Thank you, nurse [unintelligible].

14            MS. PICASTA:  Thank you.  Okay.

15            MALE SPEAKER 1:  Thank you.  Okay.  So,

16  let's do this hearing again.  And until I get her

17  back on the phone, okay.?

18            MR. WILLS:  Okay.

19            MALE SPEAKER 1:  Doing this hearing on

20  June 14, 2018.  Okay.  We will adjourn this hearing

21  at this time.  Time is -- which I don't have the

22  other watch.

23            MR. WILLS:  [Unintelligible].

24            MALE SPEAKER 1:  All right.  12:09 p.m.,

25  June 14, 2018.  We'll conclude this -- we'll

1    adjourn this hearing at this time.

2              [OFF THE RECORD]

3              [ON THE RECORD]

4              MALE SPEAKER 1:  The time now, which I

5    don't have again.  Do you have the time, ma'am?

6              MS. PICASTA:  Yes, I do.

7              MALE SPEAKER 1:  What do you have?

8              MS. PICASTA:  The time right now --

9              MALE SPEAKER 1:  yeah.

10              MS. PICASTA:  -- is 12:34.

11              MALE SPEAKER 1:  All right.  So, 12:34

12   p.m. on June 14, 2018.  [Unintelligible] hearing on

13   inmate Wills.  [Unintelligible] state your name and

14   DIN number.

15              MR. WILLS:  Wills, 17A3437.

16              MALE SPEAKER 1:  Okay.  On the phone, I

17   have nurse Picasta.  Just state your name and

18   title.

19              MS. PICASTA:  Nurse Picasta, REGISTERED

20   NURSE.

21              MALE SPEAKER 1:  Okay.  Ms. Picasta, we

22   adjourned before you went to, again, look through

23   inmate Wills' medical folder and also to check with

24   Ulster.  What did you find out?

25              MS. PICASTA:  I do see that on September

1   29, 2017, inmate Wills was seen at Ulster

2   Correctional Facility.  He did have a right ear

3   infection, was given Ciprodex, which is an

4   antibiotic type [unintelligible].  There was no

5   NyQuil given to the inmate as we do not give that

6   out.  It does contain alcohol.  We did speak with

7   and verify it with the nurse administrator at

8   Ulster.

9           MALE SPEAKER 1:  Okay.  And there's no

10  record of them on file?

11          MS. PICASTA:  There is no record of that.

12          MALE SPEAKER 1:  All right.  Do you have

13  any questions for the nurse while she's still on

14  the phone?

15          MR. WILLS:  No, [unintelligible].  No.

16          MALE SPEAKER 1:  Okay.  Thank you nurse

17  Picasta.  I appreciate your time.

18          MS. PICASTA:  Okay.  Thank you.

19          MALE SPEAKER 1:  Thank you.

20          MS. PICASTA:  Bye-bye.

21          MALE SPEAKER 1:  All right.  Do you have

22  anything else you want to tell me before I start to

23  take my deposition?  No?

24          MR. WILLS:  Uh-uh [negative].

25          MALE SPEAKER 1:  Nothing?

```
 1            MR. WILLS:  Nothing.

 2            MALE SPEAKER 1:  All right.  Time

 3  now -- I got the time back now, the time is 12:35

 4  p.m.  I'm going to start taking my written

 5  deposition, then we'll come back and -- and finish

 6  up.

 7            [OFF THE RECORD]

 8            [ON THE RECORD]

 9            MALE SPEAKER 1:  The time now is 12:44

10  p.m.  Lieutenant [unintelligible], Hearing Officer.

11  Continuation of hearing of inmate Wills

12  [unintelligible].  [Unintelligible] please state

13  your name and number for the record.

14            MR. WILLS:  Wills, 17A3437.

15            MALE SPEAKER 1:  All right.  On the

16  charge of unauthorized medication 113.14, I do find

17  you guilty.  And on the charge of smuggling 114.10,

18  I'm going to find you not guilty, even though you

19  had unauthorized medication.  I'm going to find the

20  smuggling, they didn't find you in the act whether

21  you smuggled them in or not, or how you brought

22  them in, if you brought them in yourself, you had

23  somebody else give them to you, we don't know.

24  But -- but I will find you not guilty on that

25  charge.  The penalty I will impose will be 30 days
```

1   [unintelligible] key block.  Rec package commissary

2   phones, it's your first ticket, you know, so I

3   consider that a serious charge.  I have medication

4   of [unintelligible].  I'm suspending key block 30

5   days.  I'm not going to give you any key block

6   time.  I'm gonna put it over your head, suspended,

7   you understand that?

8          MR. WILLS:  Yes.

9          MALE SPEAKER 1:  So, you're gonna have 30

10  days key block and 90 days -- after 90 days is up,

11  you don't get no tickets, no other hearings, that

12  will go away.  All right?  But you're going to be

13  on [unintelligible] of rec package commisary phones

14  for 30 days starting today, June 14th, you'll get

15  everything back on July 14th.  So, whether you go

16  on -- if you go on a furlough, whatever, this still

17  runs.  So, you understand that?

18         OFC PEREZ:  Yes.

19         MALE SPEAKER 1:  So -- so, you got 30

20  days.  So, on July 14th, you get all your

21  privileges back.  Key block will be suspended and

22  after 90 days, that'll go away.  All right?  Do you

23  understand that?

24         MR. WILLS:  Oh, yeah, yes -- yes.

25         MALE SPEAKER 1:  All right.

```
 1             MR. WILLS:  Can I reply to it?  All

 2    right.

 3             MALE SPEAKER 1:  No, we'll get to that.

 4    Evidence relied upon is medical report by Officer

 5    [unintelligible], which I find to be credible.  And

 6    here's just one, your testimony [unintelligible]

 7    having the pills in your possession, in your

 8    locker.  And I called [unintelligible] testimony by

 9    Mr. Costa, who states after reviewing your medical

10    file that there's no record of it in the file, that

11    you haven't -- haven't been issued any medical

12    pill.  She also testified that she contacted

13    Ulster.  They don't give that out because it

14    contains alcohol.  All that is evidence relied

15    upon.  Also the physical evidence which was

16    recovered by Officer [unintelligible] in your -- in

17    your locker .  [Unintelligible] contraband which

18    will be destroyed.  Okay.  All that was evidence.

19    All right.  The reason for this possession of any

20    unauthorized medication is against the Department

21    rule and it's a danger to the facility and of

22    concern to staff and other inmates and yourself.

23    This type of misconduct has the potential to create

24    unsafe situations and medical concerns.  This

25    deposition [unintelligible] upon you.  Any future
```

25

1  misconduct of that nature will result in a more

2  severe sanction [unintelligible].  Do you have any

3  questions on what I just said?

4          MR. WILLS:  No, not about what you said.

5          MALE SPEAKER 1:  Okay.  All right.  So,

6  what you gonna do is just sign here for your

7  copies.  I'm gonna give you copies of everything.

8  So, you gonna sign here and date and time for your

9  copies.  Okay?  If you want to file an appeal, I'll

10  give you an appeal form before you go.  All appeals

11  are sent directly to the Superintendent Lewin,

12  L-E-W-I-N.  Write that down.

13          MR. WILLS:  L-E --

14          MALE SPEAKER 1:  L-E-W-I-N.

15  Superintendent Lewin.  You have 72 hours to file.

16  So, you have to get it in the mail within 72 hours.

17  And she'll get back to you when she gets a

18  [unintelligible].  I'll let you know.

19          MR. WILLS:  So, penalties are established

20  even if you're appealing?

21          MALE SPEAKER 1:  Yes.  You got to -- you

22  got to -- when you write -- when you appeal to

23  superintendent, you got to be specific.  Right?

24  You got to be very specific, so she knows what

25  you're objecting to, whether I didn't do this

```
 1   hearing right.  You're objecting to the penalty.

 2   The penalty is too severe for the charge

 3   [unintelligible], it has to be specific.  She'll

 4   review it.  She'll -- she'll send it back to you

 5   and her decision.  It's up to her.  Okay?  Sign

 6   that for your copies if you want all of these

 7   copies.

 8            MR. WILLS:  So --

 9            THE COURT:  All right.

10            MR. WILLS:  All right.

11            MALE SPEAKER 1:  Time now is 12:48 p.m.,

12   all right, on June 14, 2018.  All right. This

13   concludes this hearing.

14            [END RECORDING - Wills 17A3437 6-14-18]

15

16

17

18

19

20

21

22

23

24

25
```

STATE DEF 001062

```
1                    C E R T I F I C A T E

2    I, Hector Solomon, certify that the foregoing

3    transcript of audio file Wills 17A3437 6-14-18 was

4    prepared using the required transcription equipment

5    and is a true and accurate record of the

6    proceedings.

7

8         Certified By

9

10

11    _____

12

13        Date: January 30, 2023

14

15

16

17

18

19

20

21

22

23        ANP Transcriptions

24        135 West Morehead Street Unit 11

25        Charlotte, NC, 28202
```