# EXHIBIT G

```
04/05/19        NYS DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION
DCP100          HEARING RECORD SHEET - LINCOLN
                                            REVIEW OFFICER   LT   SINDONI, M A
                                            REVIEW DATE       04/05/19 TIER 2
                                            C.R. DATE 08/09/2021  M.E. DATE 08/09/2023
```

1) NAME WILLS, RUBEN W                DIN    17A3437 LOCATION 06-NA-20S
2) INCIDENT DATE 04/03/19  INCIDENT TIME 03:15 PM   REPORT DATE 04/04/19
3) INMATE WAS NOT CONFINED
4) INMATE           RELEASED AT REVIEW
5A) SERVING OFFICER CO   MCBRIDE, A M        SERVING DATE/TIME 04/05/19 12:08 PM
5B) RELEASED FROM PREHEARING CONFINEMENT? —
    AUTHORIZED PERSON   N/A            DATE AUTHORIZED __/__/__
6) ASSISTANT NAME    N/A
7) INTERVIEW DATE __/__/__          INTERVIEW TIME __:__
8) HEARING EXTENSION NUMBER   None       (IF APPLICABLE)
9) IF APPLICABLE, CHECK REQUIRED DRUG TESTING FORMS PROVIDED TO INMATE
   PURSUANT TO DIRECTIVE 4937 OR 4938
   TEST REQUEST FORMS N/A   TEST PROCEDURE FORMS N/A
   TEST RESULT FORMS  N/A   ATTACHMENT A N/A   OTHER (SPECIFY) ____
10) INMATE  IS  ENGLISH SPEAKING
    A) IF NOT, WERE CHARGES TRANSLATED AND SERVED TO INMATE? ____
    B) INTERPRETER AT HEARING   N/A
11) HEARING BEGIN:DATE 4/8/19  TIME 4:25 PM  END:DATE 4/8/19  TIME 5/8 PM
12) CHARGES: SPECIFY INMATE'S PLEA TO THE CHARGES CONSIDERED AT THE HEARING
    CHARGE                                                    INMATE'S
    NUMBER   DESCRIPTION OF CHARGES         REPORTED BY        PLEA
    113.14   UNAUTHORIZED MEDICATION     LT  MCCROREY, M       NG
    114.10   SMUGGLING                   LT  MCCROREY, M       NG

                                         cmpr.
                                         04/10/19  REVIEWED

    SIGNATURE OF INMATE _____
        DATE 4/8/19       TIME 4:25 pm
13) WITNESSES: IF NONE REQUESTED, CHECK HERE ✓
    A) REQUESTED BY INMATE         TESTIFIED        IN INMATE'S PRESENCE
       ~~LT MCCROREY~~              Y__ N__          Y__ N__
                                    Y__ N__          Y__ N__
                                    Y__ N__          Y__ N__
                                    Y__ N__          Y__ N__
                                    Y__ N__          Y__ N__
    B) REQUESTED BY HEARING OFFICER TESTIFIED        IN INMATE'S PRESENCE
                                    Y__ N__          Y__ N__
                                    Y__ N__          Y__ N__
                                    Y__ N__          Y__ N__
                                    Y__ N__          Y__ N__
                                    Y__ N__          Y__ N__

*NOTE* IF ANY WITNESS IS DENIED OR IF A REQUESTED WITNESS TESTIFIES OUTSIDE THE
PRESENCE OF THE INMATE CHARGED, AND/OR THE INMATE IS NOT PERMITTED TO
REVIEW TESTIMONY OF SUCH WITNESS, FORM 2176 EXPLAINING THE REASON FOR THAT
DETERMINATION MUST BE GIVEN TO THE INMATE AND INCLUDED AS PART OF THE RECORD.

HEARING OFFICER SIGNATURE: _____  LT.

***SUCCESSFUL PRINT COMPLETION**

**STATE DEF 000002**

```
                LINCOLN                              TAPE NUMBER  19-36

DIN: 17A3437  NAME: WILLS, RUBEN W                   LOCATION: 06-NA-20S

INCIDENT DATE & TIME:    04/03/2019   03:15 PM   TIER 2
REPORT DATE:             04/04/2019
REVIEW DATE:             04/05/2019              BY:  LT  SINDONI, M A

DELIVERY DATE & TIME:    04/05/19    12:08 PM   BY:  CO  MCBRIDE, A M

HEARING START DATE & TIME:  4/8/19  4:25 PM  BY:  Lt Woodberry
HEARING END DATE & TIME:    4/8/19  5:18 PM  BY:  Lt S Woodberry


CHARGE
NUMBER        DESCRIPTION OF CHARGES              REPORTED BY          DISPOSITION

113.14        UNAUTHORIZED MEDICATION          LT   MCCROREY, M            G

114.10        SMUGGLING                                                    NG
```

ANY GUILTY DISPOSITION WILL RESULT IN A MANDATORY DISCIPLINARY SURCHARGE IN THE
AMOUNT OF FIVE($5.00) DOLLARS BEING ASSESSED AUTOMATICALLY AGAINST THE INMATE.
SANCTION DATES BELOW ARE SUBJECT TO REVIEW/CHANGE, AND WILL BE CONSECUTIVELY ADDED TO
ANY SIMILAR CURRENT SANCTION. IN ADDITION, WHENEVER A CONFINEMENT PENALTY IS BEING
SERVED AND A MORE RESTRICTIVE CONFINEMENT PENALTY IS IMPOSED AS A RESULT OF ANOTHER
HEARING, THE MORE RESTRICTIVE PENALTY SHALL BEGIN TO BE SERVED IMMEDIATELY, AND ANY
TIME OWED ON THE LESS RESTRICTIVE PENALTY SHALL BE SERVED AFTER COMPLETION OF THE
MORE RESTRICTIVE PENALTY PERIOD.

| PENALTY CODE | DESCRIPTION | PENALTY MO DAYS | START DATE | RELEASE DATE | SUSPEND MO DAYS | DEFERRED MO DAYS | RESTITUTION $$$$ . ¢¢ |
|---|---|---|---|---|---|---|---|
| D000 | LOSS OF REC | 00015 | 4/9/19 | 4/24/19 | | | |

STATE DEF 000003

DIN: 17A3437  NAME: WILLS, RUBEN W                HEARING DATE: 4/8/19

A. STATEMENT OF EVIDENCE RELIED UPON:
-----------------------------------

Misbehavior Report

I/m testimony

B. REASONS FOR DISPOSITION:
---------------------------

To deter future occurrences such as this.
To ~~promote~~ @ To follow rules of Temp Rel.

C. SPECIAL INSTRUCTION ON CORRESPONDENCE RESTRICTIONS AND REFERRALS

None needed @.t.t.

STATE DEF 000004

DIN: 17A3437  NAME: WILLS, RUBEN W                    HEARING DATE: 4/8/19

## SUPERINTENDENT HEARING DISPOSITION RENDERED

| CHARGE | DESCRIPTION OF CHARGES | 5 YEAR PRIORS | 10 YEAR PRIORS |
|---|---|---|---|
| 113.14 | UNAUTHORIZED MEDICATION | 1 | 1 |
| 114.10 | SMUGGLING | 0 | 0 |

AT THE TIME OF THE HEARING, WAS THIS INMATE HOUSED IN A SHU CELL: ___ YES  X NO

---

X  THE SANCTIONS IMPOSED ARE WITHIN THE PUBLISHED GUIDELINES

OR

___ I HAVE IMPOSED SANCTIONS THAT HAVE DEPARTED UPWARD FROM THE PUBLISHED GUIDELINES, FOR THE FOLLOWING REASON(S):

   ___ OVERALL CLIMATE OF FACILITY
   ___ SEVERITY OF OFFENSE
   ___ LOCATION OF OFFENSE
   ___ MANNER OFFENSE WAS COMMITED
   ___ RISK TO SECURITY
   ___ RISK TO PERSONAL SAFETY
   ___ PROPERTY DAMAGE - RESTITUTION
   ___ DISCIPLINARY HISTORY
   ___ OTHER - EXPLAIN: _____

I HAVE RECEIVED A COPY OF THIS HEARING DISPOSITION DATED: 4/8/19

_[signature]_                    _[signature]_                    4/8/19 ©
HEARING OFFICER SIGNATURE        INMATE SIGNATURE                 DATE & TIME RECEIVED

YOU ARE HEREBY NOTIFIED OF THE FOLLOWING APPEAL PROCEDURES:

X  FOR TIER II HEARING - APPEAL TO SUPERINTENDENT WITHIN 72 HOURS

___ ~~FOR TIER III HEARING - APPEAL TO COMMISSIONER WITHIN 30 DAYS~~

***SUCCESSFUL PRINT COMPLETION***

STATE DEF 000005

4/5/19

_____L  ) COLD_____ Correctio.  Facility

# INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| 1. NAME OF INMATE (Last, First) ♦ NOMBRE DEL RECLUSO (Apellido, Nombre) | NO. ♦ NÚM. | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| Wills, Ruben | 17A3437 | 6N-205 |

| 2. LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE | INCIDENT DATE ♦ FECHA | INCIDENT TIME ♦ HORA |
|---|---|---|
| 6 North - 205 | 04/03/19 | 3:15 pm |

**3. RULE VIOLATION(S) ♦ VIOLACIÓN/ES**

113.14 - Inmate shall not possess unauthorized medication
114.10 - An inmate shall not smuggle any item in or out of facility

**4. DESCRIPTION OF INCIDENT ♦ DESCRIPCIÓN DEL INCIDENTE**

On the above date and approximate time, I, Lt. McCroley was present on the unit when Officer Ridley conducted the search of Inmate Wills locker 17A3437. During the search, Officer Ridley discovered a prescription medication bottle with two different types of pills. After the search, I brought the bottle to Nurse Murphy to identify the pills. She could not readily identify 3 of the pills. On 04/04/19 @ approximately 12:30pm Nurse Murphy identified the 3 pills as Benadryl. Inmate Wills does not have a prescription for Benadryl nor were they issued by the facility Nurse.

| REPORT DATE ♦ FECHA | REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME | SIGNATURE ♦ FIRMA | TITLE ♦ TÍTULO |
|---|---|---|---|
| 04/04/19 | McCroy | [signature] | Lt |

**5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)** SIGNATURES:
ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay) FIRMAS: 1. _____
2. _____ 3. D. Ridley

NOTE: Fold back Page 2 on dotted line before completing below.

| 6. WERE OTHER INMATES INVOLVED? | YES ☐ | NO ☑ | IF YES, GIVE NAME & # _____ |
| ¿HUBO OTROS RECLUSOS ENVUELTOS? | SÍ ☐ | NO ☐ | DE SER SÍ DÉ LOS NOMBRES Y DIN _____ |

7. AT THE TIME OF THIS INCIDENT: (A) WAS INMATE UNDER PRIOR CONFINEMENT/RESTRICTION? YES ☐ NO ☑  (B) WAS INMATE HOUSED IN A SHU CELL? YES ☐ NO ☑
¿ESTUVO EL RECLUSO CONFINADO/RESTRINGIDO PREVIO AL INCEDENTE? SÍ ☐ NO ☑  ¿ESTUVO EL RECLUSO EN UNA CELDA DEL SHU? SÍ ☐ NO ☑
OR ♦ O

(C) AS A RESULT OF THIS INCIDENT, WAS INMATE CONFINED/RESTRICTED? YES ☐ NO ☐
¿SE CONFINÓ/RESTRINGÓ AL RECLUSO COMO RESUTADO DE ESTE INCIDENTE? SÍ ☐ NO ☐

8. WAS INMATE MOVED AT ANOTHER HOUSING UNIT? YES ☐ NO ☑
¿MUDARON AL RECLUSO A OTRA UNIDAD DE VIVIENDA? SÍ ☐ NO ☑
IF YES, (a) CURRENT HOUSING UNIT ____N/A____ (b) AUTHORIZED BY _____
DER SER SÍ, (a) UNIDAD DE VIVIENDA ACTUAL _____ (b) AUTORIZADO POR _____

9. WAS PHYSICAL FORCE USED? YES ☐ NO ☑ (IF YES, FILE FORM 2104) _____
¿SE USÓ FUERZA FISICA? SÍ ☐ NO ☑ (DER SER SÍ, SOMETA EL FORMULARIO No. 2104) _____

AREA SUPERVISOR ENDORSEMENT ___[signature] McCroy Lt.___
ENDOSO DEL SUPERVISOR DEL ÁREA _____

_____ C.F. _____ Correction Facility

## INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

1. NAME OF INMATE (Last, First) ♦ NOMBRE DEL RECLUSO (Apellido, Nombre): Wills, Ruben
   NO. ♦ NÚM.: 17A3437
   HOUSING LOCATION ♦ CELDA: 6N-205

2. LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE: 6 North-205
   INCIDENT DATE ♦ FECHA: 04/03/19
   INCIDENT TIME ♦ HORA: 3:15

3. RULE VIOLATION(S) ♦ VIOLACIÓN/ES:
   113.14 - Inmate shall not possess unauthorized medication
   114.10 - An inmate shall not smuggle any item in or out of facility

4. DESCRIPTION OF INCIDENT ♦ DESCRIPCIÓN DEL INCIDENTE:
   On the above date and approximate time, I, Lt. McCreary was present on the unit when Officer Bridley conducted the search of Inmate Wills locker (17A3437). During the search, Officer Bridley discovered a prescription medication bottle with two different types of pills. After the search, I brought the bottle to Nurse Murphy to identify the pills. She could not readily identify 3 of the pills. On 04/04/19 @ approximately 12:30pm Nurse Murphy identified the 3 pills as Benadryl. Inmate Wills does not have a prescription for Benadryl nor were they issued by the facility Nurse.

   Inmate Signature: [signature] 1208pm

REPORT DATE ♦ FECHA: 04/04/19
REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME: McCreary
SIGNATURE ♦ FIRMA: [signature]
TITLE ♦ TÍTULO: Lt

5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any) / ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)
   SIGNATURES / FIRMAS:
   1. _____
   2. _____
   3. Bridley

NOTE: Fold back Page 2 on dotted line before completing below.
DATE AND TIME SERVED UPON INMATE / FECHA HORA DADO AL RECLUSO: 1208pm 4/4/19
NAME AND TITLE OF SERVER / NOMBRE Y TÍTULO DEL QUE ENTREGA: CO AMCBride

You are hereby advised that no statement made by you in response to the charges or information derived therefrom may be used against you in a criminal proceeding. ♦ Por este medio se le informa que no se puede usar ninguna declaración hecha por usted como respuesta al cargo o la información derivada de ella en una demanda criminal.

### NOTICE ♦ AVISO

**REVIEWING OFFICER (DETACH BELOW FOR VIOLATION HEARING ONLY)**

You are hereby notified that the above report is a formal charge and will be considered and determined at a hearing to be held. ♦ Por este medio se le notifica que el informe anterior es un cargo formal el cual se considerará y determinará en una audiencia a celebrarse.

The inmate shall be permitted to call witnesses provided that so doing does not jeopardize institutional safety or correctional goals. ♦ Se le permitirá al recluso llamar testigos con tal de que al hacerlo no pondrá en peligro la seguridad de la institución o los objetivos del Departamento.

If restricted pending a hearing for this misbehavior report, you may write to the Deputy Superintendent for Security or his/her designee prior to the hearing to make a statement on the need for continued prehearing confinement. ♦ Si está restringido pendiente a una audiencia por este informe de mal compartamiento, puede escribirle al Diputado del Superintendente para Seguridad o su representante antes de la audiencia para que haga una declaración acerca de la necesidad de continuar bajo confinamiento, previo a la audiencia.

Distribution: WHITE - Disciplinary Office   CANARY - Inmate (After review)   BLANCA - Oficina Disciplinaria   AMARILLA - Recluso (después de la resión)

Case 1:20-cv-04432-BMC-VMS   Document 104-8   Filed 02/05/24   Page 7 of 14 PageID #: 1251
STATE DEF 000007

```
INMATE ID#: 17A3437 WILLS, RUBEN W                          LOCATION: 06-NA-20S
-------------------------------------------------------------------------------
TIER 2  HEARING : 06/14/18 12:48 PM  LT   OCCHIBOVE, J P     HUDSON IT
        INCIDENT: 06/01/18 06:00 PM  CO   CRIPPEN, A P       HUDSON IT
113.14 UNAUTH MEDIC
     30 D RECREATION     PACKAGE       COMMISSARY   SERVICE DTES 06/14/18 07/14/18
     30 D PHONE                                     SERVICE DTES 06/14/18 07/14/18
     30 D KEEPLOCK                                             SUSPD TO 09/12/18
-------------------------------------------------------------------------------
TIER 2  HEARING : 03/30/19 07:54 PM  LT   HINEY, C J         LINCOLN
        INCIDENT: 03/28/19 11:48 AM  CO   JOHN, O A          LINCOLN
108.14 TEMP RELEASE    113.24 DRUG USE
     30 D KEEPLOCK                                             SUSPD TO 05/29/19
-------------------------------------------------------------------------------
```

***SUCCESSFUL PRINT COMPLETION***

STATE DEF 000008

Agency _____ Case No. _____
Item No. _____ Offense _____
Suspect Inmate W. Ills 17A3437
Victim N/A
Date and Time of Recovery 04/03/19 3:15 pm
Recovered By C.O. Ridley N
Description and/or Location ~~Inmate was~~
3 Benadryl gel pills found inside another
medication bottle

## CHAIN OF CUSTODY

| FROM | TO | DATE |
|---|---|---|
| C.O. Ridley | Lt. McCreary | 04/03/19 |
| Lt. McCreary | General Contraband Locker | 04/03/19 |
| General Contraband Locker | Nurse Murphy | 04/04/19 |
| Nurse Murphy | General Contraband Locker | 04/04/19 |
| | | |
| | | |
| | | |
| | | |

**TO USE:**
1) Remove Release Liner from Flap.
2) Fold Where Indicated. BAG IS NOW SEALED.
3) Tear Where Indicated and Retain Evidence Receipt.
**CAUTION: ATTEMPTS TO REOPEN WILL DISTORT SEALED AREA.**

CONDITION OF BAG WHEN OPENED: ☐ SEALED
☐ OTHER _____
OPENED BY _____ DATE _____

SIRCHIE® FINGER PRINT LABORATORIES, INC.
100 HUNTER PLACE, YOUNGSVILLE, N.C. 27596
PHONE: (919) 554-2244, (800) 356-7311  FAX: (919) 554-2266, (800) 899-8181

CAT NO. IEB7500

TO REMOVE CONTENTS — CUT ALONG BOTTOM

Inmate cell# 17A3137
3 (three) pills piloso 01/04/10 (identified by nurse)

STATE DEF 000010

FORM #2077 (REV. 4/16)

# NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
## CELL FRISK/CONTRABAND RECEIPT
**LINCOLN** CORRECTIONAL FACILITY

Original – Inmate
Copy – DSS

Date: **04-03-19**    Frisk Start Time: **3:15 pm**    Frisk End Time: **3:40 pm**

Inmate Name: **Wills, Ruben**    DIN: **17A3437**    CELL/CUBE/ROOM: **6 N-205**

Officer Conducting Search: **C.O. N. Ridley**    **N. Ridley**
Print Name Legibly    Badge #    Signature

| ITEMS CONFISCATED OR DAMAGED | WHERE FOUND | DISPOSITION OF ITEMS LISTED |
|---|---|---|
| 3 bwadryl pills (gel) in | inside of another medication bottle | general contraband locker |
| | | |
| | | |
| | | |

____ NO CONTRABAND FOUND    ✓ NO PROPERTY DAMAGED DURING SEARCH

**NOTICE TO INMATE:** YOU MAY WRITE TO THE DEPUTY SUPERINTENDENT FOR SECURITY WITHIN 7 DAYS OF THIS RECEIPT REGARDING THE CONFISCATION OR DISPOSITION OF THESE ITEMS.

**NOTE:** DURING THIS CELL FRISK, MY INITIALS BELOW INDICATE THAT THE CELL INTEGRITY CHECK HAS BEEN COMPLETED AS FOLLOWS:

FLOORS: **NR**    SINK/TOILET: **N/A**
AIR VENT: **N/A**    WINDOW CHECKED/INTACT: **N/A**
CEILING: **N/A**    WALLS: **N/A**
BARS: **N/A**    MISC: **N/A**

**IN ADDITION:** THE FOLLOWING ITEMS WERE CHECKED FOR COMPLIANCE:
PROPERTY LIMITS (No more than 4 bags of property): ____
PHOTOGRAPH/PICTURE COMPLIANCE (No nudes visible from the front of cell. All photos/pictures confined in the appropriate 2' x 4' section.) ____
INMATE ID MATCHES CURRENT APPEARANCE (Checked ID to inmate's current appearance, if the inmate was present for the search.) ____

Comments: ____

STATE DEF 000011

NAME: Wills Ruben    DIN #: MA3437

DATE OF MISBEHAVIOR: 4/3/19

DATE OF RESTRICTION: NA

HEARING OFFICER: ~~Lt Stott~~ Lt. Woodberry

NOTIFIED OF RELAPSE: NA

OTHER: Hearing illict Continuance + complete by 4/10/19

DATE HEARING ISSUED: ____

TAPE #: 19-36

Hearing can be held 4/6/19 after 1208 pm.

# REPORT OF STRIP SEARCH OR STRIP FRISK

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

FORM 1140 (7/11)
Ref. Dir. #4910

**DATE:** 4-3-19
**TIME:** 3:45 PM

**INMATE NAME:** Wills, Ruben
**DIN:** 17A3437
**FRISK LOCATION:** Process Room Frisk

**BASIS OF SEARCH/FRISK:**
[X] PROBABLE CAUSE
[ ] OTHER

**GIVE REASONS:** Canine Indicated (HIT)

**TYPE OF SEARCH:**
[ ] STRIP SEARCH
[X] STRIP FRISK

**NAME/RANK OF PERSON(S) CONDUCTING FRISK:**
1) Attanasio C.O.   **SIGNATURE:** [signature]
2) N/A   **SIGNATURE:** N/A

**AUTHORIZED BY:** McCormuy Lt.   **SIGNATURE:** [signature]

-- If Other Staff are Present, List Name/Rank, and Explain Why Their Presence was Necessary and Who Authorized Their Presence:
N/A

**RESULTS OF SEARCH:** No contraband found

**WAS FORCE REQUIRED TO COMPLETE THE SEARCH?** [ ] YES [X] NO

**SIGNATURE:** [signature] C.O.

Orig. IRC (Inmate File)   cc: Captain (Retain 1 Yr.)   cc: DSS

**STATE DEF 000013**

#2077 (REV. 1/16)

# NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## CELL FRISK/CONTRABAND RECEIPT

Original – Inmate
Copy – DSS

_Lincoln_ CORRECTIONAL FACILITY

Date: 4/3/19   Frisk Start Time: 3:15 pm   Frisk End Time: 3:40 pm

Inmate Name: Willsg Ruben   DIN: 17A3437   CELL/CUBE/ROOM: 6-205

Officer Conducting Search: N. Rielly   25861
Print Name Legibly    Badge #    Signature

| ITEMS CONFISCATED OR DAMAGED | WHERE FOUND | DISPOSITION OF ITEMS LISTED |
|---|---|---|
| pottatoe chip bags | In Locker | N/O |
| medication | In Locker |  |
|  |  | DAMAGe |
|  |  |  |
|  |  | Done |

___ NO CONTRABAND FOUND       ✓ NO PROPERTY DAMAGED DURING SEARCH

**NOTICE TO INMATE:** YOU MAY WRITE TO THE DEPUTY SUPERINTENDENT FOR SECURITY WITHIN 7 DAYS OF THIS RECEIPT REGARDING THE CONFISCATION OR DISPOSITION OF THESE ITEMS.

**NOTE:** DURING THIS CELL FRISK, MY INITIALS BELOW INDICATE THAT THE CELL INTEGRITY CHECK HAS BEEN COMPLETED AS FOLLOWS:

FLOORS: NCF          SINK/TOILET: N/A
AIR VENT: NCF        WINDOW CHECKED/INTACT: NCF
CEILING: NCF         WALLS: ✓
BARS: N/A            MISC: NCF

**IN ADDITION:** THE FOLLOWING ITEMS WERE CHECKED FOR COMPLIANCE:
PROPERTY LIMITS (No more than 4 bags of property): Complied
PHOTOGRAPH/PICTURE COMPLIANCE (No nudes visible from the front of cell. All photos/pictures confined in the appropriate 2' x 4' section.) Complied
INMATE ID MATCHES CURRENT APPEARANCE (Checked ID to inmate's current appearance, if the inmate was present for the search.) On Hold

Comments: _____

STATE DEF 000014