# EXHIBIT H

# Audio Recording of April 8, 2019 Disciplinary Hearing

STATE DEF 001277

(submitted electronically to the Court as per instructions from chambers)

NEW  YORK  STATE

OFFICE  OF THE ATTORNEY GENERAL

========================================

AUDIO  FILE:

"Wills Ruben 17A3437 – Lincoln cf 4-18-19 tier 2"

========================================

Appearances:

Lieutenant Woodberry

Ruben Wills

Transcribed by:  Sam Kim

[ START RECORDING – Wills Ruben 17A3437 – lincoln cf 4-18-19 tier 2]

LIEUTENANT WOODBERRY:  We're recording a tier two hearing for inmate, Wills, 17A347.  The date is April 8, 2019.  I will now stop the tape to test it.  The date is April 8, 2019.  The time is 4: 25 p.m.  My name is Lieutenant Woodberry [phonetic], Hearing Officer.  I was designated to conduct this hearing by the superintendent pursuant to chapter seven NYCRR. This hearing is being held in the disciplinary office 4th floor.  Identify yourself, by stating your name and DIN number.

MR. RUBEN WILLS:  Ruben Wills ID – DIN Number is 17A3437.

LIEUTENANT WOOBURY:  This is a tier two of the disciplinary procedure.  The entire proceeding is recorded.  Speak clearly and refrain from speaking while others are speaking, so that the tape recorder will record all testimony that is given.  You may have witnesses on your behalf. Nothing said by you will be used against you in any criminal proceeding.  You should present any oral or documentary evidence that you wish to be considered to me during this hearing.  Any

1    procedural objections or claims that you

2    raise, should be made properly during

3    the hearing, so that they may be considered by me

4    and if possible, responded to.  Do you understand

5    these rights and obligations?

6         MR. WILLS:  Yes, ma'am.

7         LIEUTENANT WOODBERRY:  The record

8    indicates that you were served the copy of your

9    misbehavior report on April 6, 2019, by Officer

10   McBride.  Is that correct?

11        MR. WILLS:  Yes.

12        LIEUTENANT WOODBERRY:  Okay.  The record

13   indicates that you have not chosen

14   employee assistance.  Is that correct?

15        MR. WILLS:  No one told me that.

16        LIEUTENANT WOODBERRY:  When you was in

17   keeplock.  Okay. Uhm.

18        MR. WILLS:  Maybe they did not.  You know

19   what I'm saying?

20        LIEUTENANT WOODBERRY:  Okay.

21   That's fine.

22        MR. WILLS:  The Lieutenant offered me that

23   the last time.

24        LIEUTENANT WOODBERRY:  Which one?

25        MR. WILLS:  Ilene/Ivy [phonetic].

3

1   LIEUTENANT WOODBERRY:  I'm checking now.

2   MR. WILLS:  Okay.

3   LIEUTENANT WOODBERRY:  Do you need

4   assistance?

5   MR. WILLS:  What does this employee

6   assistance do?

7   LIEUTENANT WOODBERRY:  If you need them to

8   get you any records or anything, copies or

9   anything.  It's – it's –

10  MR. WILLS:  Oh.

11  LIEUTENANT WOODBERRY:  it's really only

12  entitled if you –

13  MR. WILLS:  Oh.

14  LIEUTENANT WOODBERRY: -- are in keep lock and

15  you're not able to move around.  That's why

16  they took it out because you're not entitled.

17  You're able to go and get your own evidence and

18  come to the hearing on your own and everything.

19  MR. WILLS:  And we getting

20  our own is not included in a report requesting things

21  like that right?

22  LIEUTENANT WOODBERRY:  Yeah, anything,

23  you have evidence and stuff.  Like if you needed a copy

24  of that record or anything like that.

25  MR. WILLS:  We would have

4

1   to FOIL and then –

2   LIEUTENANT WOODBERRY:  Uh-huh

3   [affirmative].

4   MR. WILLS: -- Oh yeah, okay.

5

6   LIEUTENANT WOODBERRY:  So, your counselor,

7   you're able to go to your counselor.

8   MR. WILLS:  All right.

9   LIEUTENANT WOODBERRY:  Anything like that.

10  MR. WILLS:  Okay.  So I need to –

11  LIEUTENANT WOODBERRY:  Anything.

12  MR. WILLS:  So that means I gotta get upstair,

13  yes.  Okay.  I understand.

14  LIEUTENANT WOODBERRY:  The record further

15  indicates that you chose Lieutenant McCorry

16  [phonetic] to appear as a witness on your behalf?

17  MR. WILLS:  Yeah, I needed a couple of

18  other witnesses also.

19  LIEUTENANT WOODBERRY:  Okay.  It isn't

20  stated.

21  MR. WILLS:  Because uhm, Officer McBride

22  asked me at that point in time, I hadn't really had

23  time to think about it.

24  LIEUTENANT WOODBERRY:  Okay.

25  MR. WILLS:  Yes.

5

1    LIEUTENANT WOODBERRY:  Who's your
2  witnesses?
3    MR. WILLS:  I would like to ask the
4  nurse.
5    LIEUTENANT WOODBERRY:  Uh-huh
6  [affirmative].
7    MR. WILLS:  What's here name, Nurse Murphy
8  [phonetic], CO Ritley [phonetic] and the
9  investigators that came down, that was with the
10  dogs?
11    LIEUTENANT WOODBERRY:  I don't know – I
12  don't know who that's gonna be.
13    MR. WILLS:  And can I ask you for that
14  documentation, or do I have to go through the FOIL
15  request, how does that work?
16    LIEUTENANT WOODBERRY: What kind of
17  documentation.
18    MR. WILLS:  Like I need the report
19  that was written out before the search.  I know
20  that Lieutenant McCorry said that the search was
21  done because of probable cause, that the dogs hit
22  me on my locker.  And I know she further said the
23  report had the same probable cause on it.  I don't know
24  what the report is called or recall the number of the
25  report.  So, --

6

1    LIEUTENANT WOODBERRY:  Uh-huh
2    [affirmative].
3    MR. WILLS: -- I – I – I'm ignorant to
4    that.
5    LIEUTENANT WOODBERRY:  Which report are
6    you referring to?
7    MR. WILLS:  I'm ignorant to that, I don't
8    know.
9    LIEUTENANT WOODBERRY:  Which report?
10   Are you – what report?
11   MR. WILLS:  There was a, I guess there
12   was a report that she had.  That CO Ritley filled on
13   that day.
14   LIEUTENANT WOODBERRY:  Uh-huh
15   [affirmative].
16   MR. WILLS:  And she said that for the
17   search – and she said for the search, she wanted
18   to make sure I sent the probable cause of the search,
19   where the dogs, because they – the dogs that come
20   through that day.
21   LIEUTENANT WOODBERRY:  I'm not sure
22   which report you're referring to.
23   MR. WILLS:  I don't know either.
24   LIEUTENANT WOODBERRY:  So, how you get
25   this information?  How you requested it and you

don't even know –

MR. WILLS:  I was standing there, when they was filling it out.

LIEUTENANT WOODBERRY:  Okay.

MR. WILLS:  So, --

LIEUTENANT WOODBERRY:  Just wait 'til your witness come.

MR. WILLS:  Okay.

LIEUTENANT WOODBERRY:  So, you said Nurse Murphy, CO Ritley and the K9 unit that came in –

MR. WILLS:  Yeah.

LIEUTENANT WOODBERRY:  -- with the dogs?

MR. WILLS:  Yes, ma'am.

LIEUTENANT WOODBERRY:  And Lieutenant McCorry?

MR. WILLS:  Yes.

LIEUTENANT WOODBERRY:  Okay.  I have before me a misbehavior report, dated 4/4 at 6th floor housing unit.  The statute with the following rules, the report is dated on 4/3, signed by Lieutenant McCorry, counter signed by CO Ritley. The charge is 113.14 inmate shall not possess unauthorized medications. 114.10, an inmate shall not smuggle any items in or out of the facility.  The report reads on above

8

date, at – at approximate time, the time is 3:15

p.m.  As CO McCorry was present on the unit and

Officer Ritley conducted the search at inmate Wills

locker, 17A3437.  During the search, Officer

Ritley, discovered a prescription medication bottle

with two different pills – two different types of

pills.  After the search, I brought the bottle to

the nurse to identify the pills.  She cannot

readily identify three of the pills.  On 4/4/19 at

approximately, 12:30 p.m., Nurse Murphy identified

the three pills as Benadryl.  Inmate Wills does not

have a prescription for the Benadryl, nor were they

issued by the facility nurse, signed Lieutenant

McCorry, counter signed by PO Ritley.  Okay.  How

do you plead to the charges I have read to you?

     MR. WILLS:  Not guilty.

     LIEUTENANT WOODBERRY: Hold on one

second.  113.14 unauthorized medication.

     MR. WILLS:  I'm not guilty.

     LIEUTENANT WOODBERRY: 114.10, smuggling?

     MR. WILLS:  Definitely not guilty.

That's 114.10?

     LIEUTENANT WOODBERRY:  Yes, 114.10.  So,

both no, you're not guilty, 113.14, not guilty and

114.10, not guilty.

1    MR. WILLS:  Yep.

2    LIEUTENANT WOODBERRY:  Is that correct,

3    not guilty –

4    MR. WILLS:  Yep.

5    LIEUTENANT WOODBERRY:  -- to all charges?

6    MR. WILLS:  Uh-huh [affirmative].

7    LIEUTENANT WOODBERRY:  Okay.  Indicated

8    not-guilty both – and that's to both charges.

9    Will you sign by 12, right here?  Let the record

10   reflect, inmate Wills has now signed on the section

11   12.  The time is 4:34 p.m.  The hearing starts.  Do

12   you have any defense, objections or statements or

13   explanations regarding the charges of your

14   misbehavior report?

15   MR. WILLS:  Yeah, 114.10 smuggling, an

16   inmate shall not smuggle or attempt to smuggle or

17   solicit others to smuggle any item in or out the

18   facility or from the before area to another.  And

19   how'd they come up with smuggling?

20   LIEUTENANT WOODBERRY:  You asking me

21   questions, this is your defense.  You have to –

22   MR. WILLS:  Well, --

23   LIEUTENANT WOODBERRY:  -- present your –

24   MR. WILLS: -- I mean –

25   LIEUTENANT WOODBERRY:  -- evidence.

MR. WILLS: -- because what Lieutenant McCorry told me that they put down smuggling, because it was in – it wasn't in the same container that it came in, that it was purchased in.  So, how is that smuggling, if you take out one container and put it in another one or if you bring it into the facility, how did it – how'd that –

LIEUTENANT WOODBERRY:  In another container other than what the original packaging.

MR. WILLS:  No – no, the – it could've been brought into the facility in another container unless it was in the packaging in there.  Because then it would be really that the nurse gave me the pills, because all of my medications went to the nurse when I got there.

LIEUTENANT WOODBERRY:  Okay.

MR. WILLS:  So, how could that be smuggling if that's the case?  Are they saying that the nurse didn't (unintelligible),  so they (unintelligible)?  And I'm trying to figure out what smuggling is.

LIEUTENANT WOODBERRY:  The smuggling is it wasn't in the container it came in, original packaging.  The one container you had, said it was for one medication but the Benadryl was mixed in

with that, in that container and that was the other

medication, correct?

MR. WILLS:  So, they're saying that –

LIEUTENANT WOODBERRY:  Correct or no?

MR. WILLS:  No, it's not correct.

LIEUTENANT WOODBERRY:  You didn't have

Benadryl in another bottle of another medication?

MR. WILLS:  We not – we not – we not – we

not discussing that charge yet, we

discussing this charge.

LIEUTENANT WOODBERRY:  My question to

you is, did you have –

MR. WILLS:  You checked – they tried to

check –

LIEUTENANT WOODBERRY:  -- Benadryl in

another container?

MR. WILLS:  Lieutenant Woodberry, you can't

ask me that question, you know I just said –

LIEUTENANT WOODBERRY:  I can ask you any

question I want to.

MR. WILLS:  I just said not guilty to

both of them.

LIEUTENANT WOODBERRY:  I am the Hearing

Officer.

MR. WILLS:  Okay.  I'm sorry.

1    LIEUTENANT WOODBERRY:  I can ask any
2  question I want to.
3    MR. WILLS:  Yes, you can you're right and
4  you –
5    LIEUTENANT WOODBERRY:  And if you do not
6  want to comply with the rules of this hearing or –
7    MR. WILLS:  Oh, I don't.
8    LIEUTENANT WOODBERRY:  -- you don't want
9  to answer or you refuse to do the hearing, we can
10  end this tape --.
11    MR. WILLS:  No, I want to.
12    LIEUTENANT WOODBERRY:  -- right now.
13    MR. WILLS:  No – no – no, I want to do
14  the hearing.  No.
15    LIEUTENANT WOODBERRY:  My question to
16  you, --
17    MR. WILLS:  No.
18    LIEUTENANT WOODBERRY:  Did you have
19  Benadryl in another bottle of medication?
20    MR. WILLS:  No.
21    LIEUTENANT WOODBERRY:  No?
22    MR. WILLS:  No.
23    LIEUTENANT WOODBERRY:  So, this
24  misbehavior clearly says that the prescription
25  bottle – that Benadryl was found in the

13

1    prescription bottle that was – that wasn't marked
2    Benadryl.
3        MR. WILLS:  Right.  And that's what I'm
4    asking and because it occurred before that, because
5    if they're saying that, that's not the definition
6    of smuggling 114 – 114.10.  The definition of
7    smuggling is to bring it in to a facility and I'm
8    assuming – shall not smuggle, attempt to smuggle
9    and solicit others to smuggle it in.  So, I'm
10    assuming that's bringing it in, not clearly being
11    legal or something like that.  So, how can
12    smuggling be a charge, if they're saying it has to
13    be brought in that manner.
14        LIEUTENANT WOODBERRY:  No, it's saying
15    that you had – you were hiding,
16    concealing it --
17        MR. WILLS:  Yes, ma'am.
18        LIEUTENANT WOODBERRY:  In another
19    container –
20        MR. WILLS:  Yes, ma'am.
21        LIEUTENANT WOODBERRY:  -- that wasn't
22    that – that's the smuggle, right?
23        MR. WILLS:  What was – where they report
24    at?
25        LIEUTENANT WOODBERRY: I don't know if you

14

1   got it from the – I'm not here to say if you got

2   it from the nurse, that's on you.  This says you have

3   Benadryl bottles and Benadryl pills –

4        W:  (unintelligible).

5        LIEUTENANT WOODBERRY:  -- in another

6   bottle, that's not – that wasn't marked Benadryl,

7   yes or no?

8        MR. WILLS:  That's what it says, yes.

9        LIEUTENANT WOODBERRY:  No, yes or no?

10       MR. WILLS:  Yes.

11       LIEUTENANT WOODBERRY:  Was there

12  Bendaryl pills in another bottle?

13       MR. WILLS:  No.

14       LIEUTENANT WOODBERRY:  No?

15       MR. WILLS:  Yes.

16       LIEUTENANT WOODBERRY:  So, where they

17  found the Benadryl pills?

18       MR. WILLS:  They found it in my bag, in

19  the locker.  I had the pills.  I'm not saying I

20  didn't have the pills.

21       LIEUTENANT WOODBERRY:  Was the pills in a

22  bottle with another medication?

23       MR. WILLS:  Not at that time, no.

24       LIEUTENANT WOODBERRY:  Not at the time?

25       MR. WILLS:  No.

LIEUTENANT WOODBERRY:  So, they put the Benadryl pills into –

MR. WILLS:  I don't know.  I want to get into the smuggling aspect of it, (unintelligible).

LIEUTENANT WOODBERRY:  I'm trying to explain it to you but you're trying to go around the question.

MR. WILLS:  No, I'm not.

LIEUTENANT WOODBERRY:  Smuggling comes in, you're – you're concealing something that's not in its original container in something else.  You're telling me the –

MR. WILLS:  Right.

LIEUTENANT WOODBERRY:  -- Benadryl pills, wasn't mixed in with another prescribed medication, --

MR. WILLS:  No – no.

LIEUTENANT WOODBERRY:  -- is that what you saying?

MR. WILLS:  They were in – the pills – my pill bottle.

LIEUTENANT WOODBERRY:  That's smuggling, it's in another container and it did not come in its original packaging.  You're hiding the Benadryl pills in another bottle.  It wasn't prescribed to

1   you – it wasn't prescribed to you.

2        MR. WILLS:  If the medication's not

3   prescribed, then it's unauthorized medication.

4        LIEUTENANT WOODBERRY:  correct.  That's –

5        MR. WILLS:  I understand that –

6   I understand.

7        LIEUTENANT WOODBERRY:  -- that's one of

8   the charges.

9        MR. WILLS:  I understand that.

10        LIEUTENANT WOODBERRY:  That's one charge.

11        MR. WILLS:  That's one charge but

12   smuggling –

13        LIEUTENANT WOODBERRY:  The charge is

14   smuggling in another – concealing it in another

15   container –

16        MR. WILLS:  That's not what the charge

17   is.

18        LIEUTENANT WOODBERRY:  -- that's not

19   permissible.  You did not get a prescription for.

20   Where did the Benadryl come from?

21        MR. WILLS:  Lieutenant Woodberry?

22        LIEUTENANT WOODBERRY:  Yes.

23        MR. WILLS:  That is not – that's not

24   what the definition of the charge was.

25        LIEUTENANT WOODBERRY:  Okay.  What does

17

1    it say?  You just read it yourself.

2          MR. WILLS:  I just read the charge.

3          LIEUTENANT WOODBERRY:  Okay.  What does

4    it say?

5          MR. WILLS:  And that's not the definition

6    of the charge at all.  The charge says, in 114.10,

7    an inmate shall not smuggle or attempt to smuggle

8    or solicit others to smuggle, any item in or out of

9    the facility from another area to another.

10          LIEUTENANT WOODBERRY:  Correct.

11          MR. WILLS:  In or out of –

12          LIEUTENANT WOODBERRY:  hold on.

13          MR. WILLS:  -- the facility.

14          LIEUTENANT WOODBERRY:  Correct.

15          MR. WILLS:  Right

16          LIEUTENANT WOODBERRY:  Where did you get

17    the Benadryl from?  You didn't get it from in, so

18    you had to bring it from outside, inside.  And you

19    didn't bring it in the Benadryl box, did you?

20          MR. WILLS:  Now why would you say I

21    didn't?

22          LIEUTENANT WOODBERRY:  I'm asking you,

23    that's the question.  I said, did you?  That's a

24    question.

25          MR. WILLS:  But how did I prove that?

18

1      LIEUTENANT WOODBERRY:  Did you?

2      MR. WILLS:  I'm asking.

3      LIEUTENANT WOODBERRY:  Yes or no?

4      MR. WILLS:  No, 'cause you're

5 asking – you're telling me – you – you just said

6 earlier that I have – I have to be with a

7 permanent defense.

8      LIEUTENANT WOODBERRY:  Correct.

9      MR. WILLS:  And my permanent defense is

10 how would I – I'm asking you, how would I prove

11 that, because now that everything is in its place

12 as guilty – guilty – guilty – guilty?

13      LIEUTENANT WOODBERRY:  No.

14      MR. WILLS:  So, how come –

15      LIEUTENANT WOODBERRY:  You're innocent

16 'til proven guilty.  Right now, you're being

17 charged with these misbehavior reports, it's on you

18 the burden of proof.

19      MR. WILLS:  And how do I prove?

20      LIEUTENANT WOODBERRY:  And I'm asking

21 you – I'm an impartial party.  I'm not involved

22 one way or the other.  I'm asking you a question.

23 Where did the Benadryl come from?  The nurse did

24 not prescribe it to you.  Clearly, she stated that

25 he was not prescribed that inside, which means it

19

had to be brought from outside or you got it from
another inmate. So, either way, it wasn't
prescribed to you.

MR. WILLS: That's not what I was
[unintelligible].

LIEUTENANT WOODBERRY: Correct.

MR. WILLS: That's not smuggling.

LIEUTENANT WOODBERRY: Smuggling is in
another container that it didn't come in.

MR. WILLS: That's not what smuggling is.

LIEUTENANT WOODBERRY: It comes
in – bringing it inside, because you didn't get it
inside, you brought it from outside.

MR. WILLS: And if you brought –

LIEUTENANT WOODBERRY: My question to
you was –

MR. WILLS: -- if you brought it from the
outside –

LIEUTENANT WOODBERRY: Let me finish my –

MR. WILLS: Yes.

LIEUTENANT WOODBERRY: If you interrupt me
again, we're gonna stop the hearing.

MR. WILLS: I'm not interrupting you.

LIEUTENANT WOODBERRY: I'm asking you
questions.

1    MR. WILLS:  Yes.

2    LIEUTENANT WOODBERRY:  You cutting me

3  off –

4    MR. WILLS:  Right.

5    LIEUTENANT WOODBERRY:  -- asking me

6  questions.

7    MR. WILLS:  I'm sorry.

8    LIEUTENANT WOODBERRY:  This is my last

9  warning to you, we're gonna stop the hearing.

10    MR. WILLS:  Yes, ma'am.

11    LIEUTENANT WOODBERRY:  My question is

12  where did the Benadryl come from?

13    MR. WILLS:  [silence] (unintelligible)?

14    LIEUTENANT WOODBERRY:  Uh-huh

15  [affirmative]. That's the question.

16    MR. WILLS:  All right.  Can we – I don't want to

17  answer that question as of right now, until I can

18  completely understand the other charge.  And I know

19  what you're gonna say that I'm not cooperating

20  and end the hearing.  So, I don't know how to

21  articulate that but I'm –

22    LIEUTENANT WOODBERRY:  You could refuse

23  to answer the question its simple.

24    MR. WILLS:  But if I refuse to answer the

25  question, does that look like – is that gonna be

21

1   [unintelligible]?

2        LIEUTENANT WOODBERRY:  No, you're

3   avoiding the question, either way.  You're avoiding

4   it, you're not answering it.  So, you can just say, I

5   don't want to answer at this time.  If that's your

6   decision, we're not gonna sit here and go back and

7   forth over a smuggling charge.

8        MR. WILLS:  I don't – I don't –

9        LIEUTENANT WOODBERRY:  When I bring the

10  witness in that wrote the ticket, you can ask those

11  questions through me.  But right now, this is

12  what's on this ticket.

13       MR. WILLS:  Yes, ma'am.

14       LIEUTENANT WOODBERRY:  And this is what

15  we have to go with.

16       MR. WILLS:  So, if I said I don't want to

17  answer that question, this charge, will I

18  be – will I – will I not be in compliance with

19  [unintelligible]?

20       LIEUTENANT WOODBERRY:  Will it be held

21  against you?

22       MR. WILLS:  Yes, ma'am.

23       LIEUTENANT WOODBERRY:  It will weigh

24  heavily, because the question is where did the

25  Benadryl come from?  The Benadryl was another

22

medication bottle.

MR. WILLS:  Yes, it will have – it will be held –

LIEUTENANT WOODBERRY:  It will weigh in the – the – the consequences, yes.

MR. WILLS:  Okay.

LIEUTENANT WOODBERRY:  We need to know where the Benadryl came from.  Did – is – was the Benadryl yours?  What's wrong, you don't want to answer?

MR. WILLS:  Yes, I want to answer.

LIEUTENANT WOODBERRY:  Say it, come on, it's no pressure.  I'm trying to get to the understanding of it.  You called in a lot of people and we got to get to their testimony.  But first, I have to be clear with you, before I bring in witnesses and we ask them questions.

MR. WILLS:  I thought I was able to ask questions of the witnesses.

LIEUTENANT WOODBERRY:  You can.

MR. WILLS:  Before I incriminated myself.

LIEUTENANT WOODBERRY:  But first, I have to get your testimony –

MR. WILLS:  Before I –

LIEUTENANT WOODBERRY:  -- I have to get

1   your testimony.  They won't know what you said when
2   they come in here.
3           MR. WILLS:  Yeah, but it feels like
4   I'm –
5           LIEUTENANT WOODBERRY:  It's gonna take –
6           MR. WILLS:  -- it feels like I'm incriminating
7   myself before I ask them.
8           LIEUTENANT WOODBERRY:  How?
9           MR. WILLS:  Because – because if I
10  said –
11          LIEUTENANT WOODBERRY:  I'm asking you
12  clear questions –
13          MR. WILLS:  -- because if –
14          LIEUTENANT WOODBERRY:  -- read you your
15  rights.
16          MR. WILLS:  -- because if I said yes to
17  anything to anything then you're gonna say you're
18  guilty of everything, get out and go back to state.
19          LIEUTENANT WOODBERRY:  That's not
20  necessarily the true, you know, stop.
21          MR. WILLS:  It is true! [sound of tape ending].
22          LIEUTENANT WOODBERRY:  Do you have any
23  further testimony or documentary evidence that you
24  wish to give, before I continue with the next part
25  of this hearing?

1   MR. WILLS:  No.

2   LIEUTENANT WOODBERRY:  Do you wish to

3   have your witnesses called?

4   MR. WILLS:  No.

5   LIEUTENANT WOODBERRY:  You don't want

6   any witnesses?

7   MR. WILLS:  No.

8   LIEUTENANT WOODBERRY:  Okay.  Let the

9   record reflect, inmate Wills no longer wish to have

10  any of the witnesses.  Do you have any further

11  testimony?

12  MR. WILLS:  No, ma'am.

13  LIEUTENANT WOODBERRY:  Let's see.  Have

14  all the witnesses, you want have been heard?  Do

15  you have any further testimony or evidence to give

16  or do you wish to – do you have any further

17  procedural objections?  If not, I will now close

18  testimony at this point.  If you would –

19  MR. WILLS:  No.

20  LIEUTENANT WOODBERRY:  Okay.  The time

21  now is 5:00 p.m.  I'm going to stop the tape and make

22  a written disposition, then I will restart the tape

23  and read it into the record.  I have made a written

24  disposition.  Oh, the time is 5:15 p.m.  This is

25  Lieutenant Woodberry, Hearing Officer.  In the room

1   with me, I have, say your name and DIN number.

2        MR. WILLS:  Ruben Wills, 17A3437.

3        LIEUTENANT WOODBERRY:  I have made a

4   written disposition.  I will now read it into the

5   record.  On this report, I find you guilty of

6   unauthorized medication.  Not guilty on the charge

7   of 114.10 smuggling.  The penalties I'm imposing,

8   is loss of rec – 15 days loss of rec.

9   The evidence relied upon is the actual three pills of

10   Benadryl, which is over the counter and is allowed.

11   The – your testimony and misbehavior report

12   written.  Let the record – will you sign this?  I got

13   guilty and not guilty on this charge.  Let the record

14   reflect inmate Wills has signed the disposition.

15   Any guilty the disposition will be done in a

16   mandatory – mandatory disciplinary charge, and the

17   amount of 5000 being discussed.  If you desire to

18   challenge my disposition in this matter, you must

19   file an appeal with superintendent.  Tier two, appeal

20   to superintendent within 72 hours.  You must clearly

21   state your reason for objection or any disagreements

22   with this disposition.  The time now is 5:18 on

23   April 8, 2019, this concludes the hearing.

24

25

26