# EXHIBIT I

```
FORM 4187 (REV 4/01)            STATE OF NEW YORK                    PAGE 1
     04/09/19           DEPARTMENT OF CORRECTIONAL SERVICES

                    CONTINUOUS TEMPORARY RELEASE PROGRAM
                              TRC REVIEW FORM

                         LINCOLN CORRECTIONAL FACILITY
                              31-33 WEST 110TH ST.
                           NEW YORK        NY   10026
                                (212) 860-9400

       FOR: WILLS, RUBEN W              17A3437,        ▮▮▮▮     06-NA-20S
            INMATE NAME                   DIN          NYSID      LOCATION

       REVIEW TYPE:OTHER DISCIPLINARY    REVIEW NUMBER:20190000366   REFER DATE:03/30/19
         REVIEW STATUS: *** COMPLETE NO TRANSFER ***
       REFERRED TO THE TRC BY: LT HINEY          FOR THE FOLLOWING REASONS:
       < I/M GUILTY @ A T2 HEARING DRUG USE (BUPRENORPHINE) REC'D 30D K/L 30D SUS, >
       < 60D DEF (3/30/19). REC'VD SUBSEQUENT T2 UNAUTH. MEDS. GUILTY 4/8/19, RECD >
       < 15D LOSS OF REC. 4/3/19 I/M FOUND IN POSS. OF PILLS,,IDENTIFIED AS BENADRYL >
       < BY NURSE WHO ALSO STATED,I/M DID NOT HAVE PRESCRIP FOR THESE MEDS.        >

       HEARING SCHEDULED - TIME: 1230  DATE: 04/09/19   LOCATION: LINCOLN CF

       INMATE WAIVED 24 HOUR NOTICE:    YES
       INMATE WAIVED APPEARANCE     :   NO
       INMATE PRESENT               :   YES

       EVALUATION:
       < INMATE OVERALL ASJUSTMENT TO WORK RELEASE WAS SATISFACTORY UNTIL THE ABOVE >
       < INCIDENTS.                                                                 >
       < _____      >

       TRC RECOMMENDATION: REMOVED DISCIPLINARY REASON
       < DENIED DRUG USE,STATING HE TOOK BENADRYL BOUGHT FROM A STORE AND   >
       < THE PACKAGE WAS CUT OPEN & HANDED TO HIM BY CASHIER.HE ADMITTED    >
       < POSSESSING THE UNAUTHORIZED PILLS BUT CLAIMS HE MISREAD THE RULE.  >
       < APPEARS UNSUITABLE FOR CONTINUED PARTICIPATION IN THE TRP.         >

       TRC CHAIRPERSON: ADSP MITCHELL     TRC MEMBER: ORC CARABALLO
       TRC MEMBER: CO FUCCI

       SUPERINTENDENT DECISION: REMOVED DISCIPLINARY REASON
       < I CONCUR WITH THE TRC RECOMMENDATION FOR REMOVAL.  INMATE HAS 30   >
       < DAYS TO SUBMIT A WRITTEN PERFECTED APPEAL TO THE DIRECTOR OF       >
       < TEMPORARY RELEASE.                                                 >
       < _____ >

       SUPERINTENDENT ELECTRONIC APPROVAL: BAROMETRE, DELTA      DATE 04/09/19

       INMATE SIGNATURE _____[signature]_____  DATE 4-9-19

       WITNESS SIGNATURE _____[signature]_____  DATE 4/9/19.
```

STATE DEF 000176