# EXHIBIT J

```
3/28/19     NYS DEF OF CORRECTIONS AND COMMUNITY SUPERVISION
DCP100    HEARING RECORD SHEET - LINCOLN
                                        REVIEW OFFICER   LT   MCCROREY, M
                                        REVIEW DATE       03/28/19 TIER 2
                                        C.R. DATE 08/09/2021 M.E. DATE 08/09/2023


 1) NAME  WILLS, RUBEN W              DIN    17A3437  LOCATION 06-NA-20S
 2) INCIDENT DATE  03/28/19   INCIDENT TIME  11:48 AM
 3) INMATE WAS NOT CONFINED
 4) INMATE            RELEASED AT REVIEW
 5A) SERVING OFFICER  CO. Wheeler          SERVING DATE/TIME  3/28/19 4:35 pm
 5B) RELEASED FROM PREHEARING CONFINEMENT? ___
     AUTHORIZED PERSON _____  DATE AUTHORIZED __/__/__
 6) ASSISTANT NAME    N/A
 7) INTERVIEW DATE __/__/__   INTERVIEW TIME __:__
 8) HEARING EXTENSION NUMBER _____ (IF APPLICABLE)
 9) IF APPLICABLE, CHECK REQUIRED DRUG TESTING FORMS PROVIDED TO INMATE
    PURSUANT TO DIRECTIVE 4937 OR 4938
    TEST REQUEST FORMS  ✓    TEST PROCEDURE FORMS  ✓
    TEST RESULT FORMS   ✓    ATTACHMENT A          ✓    OTHER (SPECIFY) N/A
10) INMATE  IS  ENGLISH SPEAKING
    A) IF NOT, WERE CHARGES TRANSLATED AND SERVED TO INMATE? ___
    B) INTERPRETER AT HEARING _____
11) HEARING BEGIN: DATE  3/30/19 @  TIME  0603 pm   END: DATE _____ TIME _____
12) CHARGES: SPECIFY INMATE'S PLEA TO THE CHARGES CONSIDERED AT THE HEARING
    CHARGE                                                         INMATE'S
    NUMBER      DESCRIPTION OF CHARGES         REPORTED BY           PLEA
    108.14     TEMP RELEASE VIOLATION     CO  JOHN, O A              NG
    113.24     DRUG USE                   CO  JOHN, O A              NG
```

SIGNATURE OF INMATE X _[signature]_
DATE  3·30·19    TIME  6:06 pm

```
13) WITNESSES: IF NONE REQUESTED, CHECK HERE _____
    A) REQUESTED BY INMATE         TESTIFIED       IN INMATE'S PRESENCE
                                   Y___ N___       Y___ N___
       N/A                         Y___ N___       Y___ N___
                                   Y___ N___       Y___ N___
                                   Y___ N___       Y___ N___
                                   Y___ N___       Y___ N___
    B) REQUESTED BY HEARING OFFICER TESTIFIED      IN INMATE'S PRESENCE
                                   Y___ N___       Y___ N___
       N/A                         Y___ N___       Y___ N___
                                   Y___ N___       Y___ N___
                                   Y___ N___       Y___ N___
                                   Y___ N___       Y___ N___
```

*NOTE* IF ANY WITNESS IS DENIED OR IF A REQUESTED WITNESS TESTIFIES OUTSIDE THE
PRESENCE OF THE INMATE CHARGED, AND/OR THE INMATE IS NOT PERMITTED TO
REVIEW TESTIMONY OF SUCH WITNESS, FORM 2176 EXPLAINING THE REASON FOR THAT
DETERMINATION MUST BE GIVEN TO THE INMATE AND INCLUDED AS PART OF THE RECORD.

HEARING OFFICER SIGNATURE: _[signature]_ / C. Hisey

***SUCCESSFUL PRINT COMPLETION**

**STATE DEF 000028**

LINCOLN                                    TAPE NUMBER 19-30

DIN: 17A3437  NAME: WILLS, RUBEN W                LOCATION: 06-NA-20S

INCIDENT DATE & TIME:       03/28/2019  11:48 AM   TIER 2
REVIEW DATE:                03/28/2019             BY: LT MCCROREY, M
DELIVERY DATE & TIME:       3/29/19 4:35 pm        BY: C.O. Wheeler
HEARING START DATE & TIME:  3/30/19 6:03 pm        BY: Lt. Hiney
HEARING END DATE & TIME:    3/30/19 7:5t pm        BY: Lt. Hiney

| CHARGE NUMBER | DESCRIPTION OF CHARGES | REPORTED BY | DISPOSITION |
|---|---|---|---|
| 108.14 | TEMP RELEASE VIOLATION | CO JOHN, O A | NG G (G) |
| 113.24 | DRUG USE |  | NG G (G) |

ANY GUILTY DISPOSITION WILL RESULT IN A MANDATORY DISCIPLINARY SURCHARGE IN THE AMOUNT OF FIVE($5.00) DOLLARS BEING ASSESSED AUTOMATICALLY AGAINST THE INMATE. SANCTION DATES BELOW ARE SUBJECT TO REVIEW/CHANGE, AND WILL BE CONSECUTIVELY ADDED TO ANY SIMILAR CURRENT SANCTION. IN ADDITION, WHENEVER A CONFINEMENT PENALTY IS BEING SERVED AND A MORE RESTRICTIVE CONFINEMENT PENALTY IS IMPOSED AS A RESULT OF ANOTHER HEARING, THE MORE RESTRICTIVE PENALTY SHALL BEGIN TO BE SERVED IMMEDIATELY, AND ANY TIME OWED ON THE LESS RESTRICTIVE PENALTY SHALL BE SERVED AFTER COMPLETION OF THE MORE RESTRICTIVE PENALTY PERIOD.

| PENALTY CODE | DESCRIPTION | PENALTY MO/(DAYS) | START DATE | RELEASE DATE | SUSPEND MO/(DAYS) | DEFERRED MO/(DAYS) | RESTITUTION $$$$.¢¢ |
|---|---|---|---|---|---|---|---|
| B000 | Keeplock | 30 | 3/30/19 | ~~/19~~ | (M0)30 | (M0)60 | 0 |

STATE DEF 000029

STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
LINCOLN CORRECTIONAL FACILITY

DISCIPLINARY HEARING DISPOSITION RENDERED

| DIN: | 17A3437 | NAME: | Wills, Ruben | HEARING DATE: | 3/30/19 |

A. STATEMENT OF EVIDENCE RELIED UPON:

The evidence relied upon was the misbehavior report which was authored by C.O. John which I find to be credible due to the fact she is a certified urinalysis tester and the results from the urine test that found the inmate positive for Buprenorphine II, using the Indiko Plus Drug System. I also considered the inmates verbal testimony.

B. REASON FOR DISPOSITION:

This disposition is intended to dissuade the inmate from acting in this manner in the future and to impress on him the unacceptable behavior displayed by him in this incident. This disposition should also serve as a reminder to other inmates that they must obey facility and work release rules.

C. SPECIAL INSTRUCTION ON VISITATION OR CORRESPONDENCE RESTRICTIONS, REFERRALS OR SPECIAL EVENT LOSS:

Recommended TRC review Hearing

STATE DEF 000030

```
03/28/2019         NY DEPT OF CORRECTIONS & COMMUNITY SUPERVISION              PAGE    3
DCP004                    DISCIPLINARY HEARING DISPOSITION RENDERED
```

DIN: 17A3437  NAME: WILLS, RUBEN W                     HEARING DATE: 3/30/19

SUPERINTENDENT HEARING DISPOSITION RENDERED

| CHARGE | DESCRIPTION OF CHARGES | 5 YEAR PRIORS | 10 YEAR PRIORS |
|---|---|---|---|
| 108.14 | TEMP RELEASE VIOLATION | 0 | 0 |
| 113.24 | DRUG USE | 0 | 0 |

AT THE TIME OF THE HEARING, WAS THIS INMATE HOUSED IN A SHU CELL: __ YES __ NO

✓ THE SANCTIONS IMPOSED ARE WITHIN THE PUBLISHED GUIDELINES

OR

__ I HAVE IMPOSED SANCTIONS THAT HAVE DEPARTED UPWARD FROM THE PUBLISHED GUIDELINES, FOR THE FOLLOWING REASON(S):

  __ OVERALL CLIMATE OF FACILITY
  __ SEVERITY OF OFFENSE
  __ LOCATION OF OFFENSE
  __ MANNER OFFENSE WAS COMMITED
  __ RISK TO SECURITY
  __ RISK TO PERSONAL SAFETY
  __ PROPERTY DAMAGE - RESTITUTION
  __ DISCIPLINARY HISTORY
  __ OTHER - EXPLAIN: _____

I HAVE RECEIVED A COPY OF THIS HEARING DISPOSITION DATED: 3/30/19

_C. Hiney_                    _[signature]_              _3/30/19_
HEARING OFFICER SIGNATURE     INMATE SIGNATURE           DATE & TIME RECEIVED

✓ YOU ARE HEREBY NOTIFIED OF THE FOLLOWING APPEAL PROCEDURES:

✓ FOR TIER II HEARING - APPEAL TO SUPERINTENDENT WITHIN 72 HOURS

__ FOR TIER III HEARING - APPEAL TO COMMISSIONER WITHIN 30 DAYS

***SUCCESSFUL PRINT COMPLETION***

FORM 2171B (10/14)
Side 1

STATE OF NEW YORK  DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

# Lincoln Correctional Facility

## INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

**1. NAME OF INMATE (Last, First) ♦ NOMERE DEL RECLUSO (Apelido, Nombre):** Wills, Ruben
**NO. • NUM:** 17A3437
**HOUSING LOCATION ♦ CELDA:** 06-20s

**2 LOCATION OF INCIDENT ♦ VIOLACIONES:** COMMUNITY
**INCIDENT DATE ♦ FECHA:** March 28, 2019
**INCIDENT TIME ♦ HORA:** 11:48 AM Approximately

**3 RULE VIOLATION(S) ♦**
108.14 TEMPORARY RELEASE RULES AND REGULATIONS      113.24 DRUG USE

**4. DESCRIPTION OF INCIDENT ♦ DESCRIPCION DEL INCIDENTE**

On March 27, 2019 inmate Wills, R 17A3437 submitted a sample of his urine to C.O. D. Perez for testing in compliance with DOCCS Directive #4937. The sample was placed in the facility's urinalysis room for testing. On March 28, 2019 at 11:08 am I (C.O.O. John) tested the sample using Indiko Plus Drug Detection System. The results were positive for "BUPRENORPHINE II". I ran a second test on 3/28/2019 at 11:48 am. The results were confirmed positive for "BUPRENORPHINE II". The presence of this substance indicates that the above inmate is in violation of Temporary Release Rules and Regulations, and Directive #4937.

**REPORT ♦ DATE FECHA:** 03/28/19
**REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME:** O. John
**SIGNATURE ♦ FIRMA:** O. John
**TITLE ♦ TITULO:** Correction Officer

**5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)  SIGNATURES:**
ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)  FIRMAS: 1 ___
2 ___    3 ___

NOTE: Fold back Page 2 on dotted line before completing below.

**6. WERE OTHER INMATES INVOLVED** YES ☐ NO ☒  IF YES, GIVE NAME & #
¿HUBO OTROS RECLUSOS ENVUELTOS? Si ☐ NO ☐  DE SER SI DE LOS NOMBRES Y DIN

**7. AT THE TIME OF THIS INCIDENT: (A) WAS INMATE UNDER PRIOR CONFINEMENT/RESTRICTION?** YES ☐ NO ☒  **(B) WAS INMATE HOUSED IN SHU CELL?** YES ☐ NO ☒
¿ESTUVO EL RECLUSO CONFINADO/RESTRINGIDO PREVIO AL INCIDENTE? Si ☐ NO ☐  ¿ESTUVO EL RECLUSO EN UNA CELDA DEL SHU? Si ☐ NO ☐
OR ♦ O
AS A RESULT OF THIS INCIDENT, WAS INMATE CONFINED/RESTRICTED? YES ☐ NO ☒
¿SE CONFINO/RESTRINGIO AL RECLUSO COMO RESUTADO DE ESTE INCIDENTE? Si ☐ NO ☐

**8. WAS INMATE MOVED TO ANOTHER HOUSING UNIT?** YES ☐ NO ☒
¿MUDARON AL RECLUSO A OTRA UNIDAD DE VIVIENDA? Si ☐ NO ☐
IF YES (a) CURRENT HOUSING UNIT ___
DER SER Si. (a) UNIDAD DE VIVIENDA ACTUAL ___
(b) AUTHORIZED BY ___
(b) AUTHORIZADO POR ___

**9. WAS PHYSICAL FORCE USED?** YES ☐ NO ☒  (IF YES) FILE FORM 2104
¿SE USO FUZREA FISICA? Si ☐ NO ☐  (DER SER Si, SOMETA EL FORMULARIO No. 2104)

AREA SUPERVISOR ENDORSEMENT
ENDOSO DEL SUPERVISOR DEL AREA

Distributión: WHITE - Disciplinary Office  CANARY - Inmate (After review) ♦ Distribucion: BLANCA - Oficinia Discipliaria  AMARILLA - recluso (déspues a resión)

**STATE DEF 000032**