# EXHIBIT K

```
08/02/2019                                                              KGNCP7I
         STATE OF NEW YORK DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION
                  NOTICE OF DISAPPROVAL FOR WORK RELEASE REMVL APPEAL


TO:      SUPERINTENDENT

FROM:    CENTRAL OFFICE TEMPORARY RELEASE

RE:      WORK RELEASE REMVL APPEAL
         NOTICE OF DISAPPROVAL
         WILLS, RUBEN W                               17A3437

DATE:    07/29/2019    APPLICATION NO.: 201908350    APPLICATION DATE: 06/21/2019


         THIS IS TO ADVISE YOU THAT THE WORK RELEASE REMVL APPEAL
         FOR THE ABOVE INDIVIDUAL HAS NOT BEEN APPROVED BY THE CENTRAL OFFICE
         FOR THE FOLLOWING REASONS:

             OTHER


         REVIEWER'S COMMENTS:
         THE LINCOLN CORRECTIONAL FACILITY TEMPORARY RELEASE COMMITTEE RECOMMENDED
         AND THE SUPERINTENDENT CONCURRED WITH REMOVAL DUE TO TEMPORARY RELEASE
         VIOLATIONS OF DRUG USE.SUCH BEHAVIOR INDICATES AN INABILITY TO CONFORM
         WITH THE TEMPORARY RELEASE CONTRACT AND RULES AND REGULATIONS.NOTED IS
         YOUR WRITTEN APPEAL.TEMPORARY RELEASE REMOVAL IS WARRANTED.




         INMATE MAY APPEAL THIS DECISION IN ACCORDANCE WITH SECTION 1900.6 OF THE
         TEMPORARY RELEASE RULES AND REGULATIONS.




         FACILITY DISTRIBUTION: INMATE
                                TRC CHAIRPERSON
                                GUIDANCE FILE
                                CENTRAL FILE
```

**STATE DEF 000178**

**NEW YORK STATE | Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

I, RUBEN Wills _____ received this Work Release Removal Appeal Notice of Disapproval from my assigned ORC.

_____   8.7.19
Inmate Signature            Date

_____   8/9/19
Witness Signature           Date

cc: Guidance Folder

Wallkill Correctional Facility, 50 McKendrick Rd. Wallkill NY 12589.  Phone: (845)-895-2021

**STATE DEF 000177**