# EXHIBIT L

```
FORM 4187 (REV 4/01)              STATE OF NEW YORK                    PAGE 1
      06/21/18             DEPARTMENT OF CORRECTIONAL SERVICES

                       CONTINUOUS TEMPORARY RELEASE PROGRAM
                                TRC REVIEW FORM

                          HUDSON IND TRAINING FACILITY
                                   BOX 576
                           HUDSON             NY   12534
                                (518) 828-4311

    FOR: WILLS, RUBEN W              17A3437          [REDACTED]  WR-OB-36B
         INMATE NAME                    DIN             NYSID       LOCATION

REVIEW TYPE:PROGRAM REVIEW       REVIEW NUMBER:20180000578  REFER DATE:06/18/18
    REVIEW STATUS: ***  COMPLETE NO TRANSFER ***
REFERRED TO THE TRC BY: R. DYNYSIUK, ORC     FOR THE FOLLOWING REASONS:
< 6/14/18:T2 UNAUTHORIZED MEDICATION. 30 DAYS LOSS OF REC, PKG, COMMISSARY, >
< PHONES. 6/1/18: C.O.'S CONDUCTING LOCKER SEARCH DISCOVERED 14 NYQUIL PILLS >
< IN WILLS' LOCKER WHICH WERE NOT AUTHORIZED BY THE MEDICAL DEPT. AND WHICH >
< ARE NOT PERMITTED IN THE FACILITY.                                        >

HEARING SCHEDULED - TIME: 1415  DATE: 06/21/18   LOCATION: HUDSON WR

INMATE WAIVED 24 HOUR NOTICE:       NO
INMATE WAIVED APPEARANCE     :      NO
INMATE PRESENT               :      YES

EVALUATION:
< 4/6/18: INMATE BEGAN PARTICIPATION IN ITL PROGRAM. HE HAS HAD SATISFACTORY >
< PROGRAMMING AND DISCIPLINE PRIOR TO THIS INCIDENT.                         >
< _____   >

TRC RECOMMENDATION:  PROGRAM REVIEW NO CHANGE
< TRC COUNSELLED INMATE REGARDING THE IMPORTANCE OF COMPLYING                >
< WITH ALL RULES AND REGULATIONS. FUTURE NON-COMPLIANCE WILL                 >
< RESULT IN SANCTIONS BEING IMPOSED.                                         >
< _____   >

TRC CHAIRPERSON: T. BACCARO           TRC MEMBER: D. KERN
TRC MEMBER: A. COLANERI

SUPERINTENDENT DECISION: * PROGRAM REVIEW NO CHANGE*
< APPROVE RECOMMENDATION OF TRC TO COUNSEL INMATE                            >
< _____   >
< _____   >
< _____   >

SUPERINTENDENT ELECTRONIC APPROVAL: TOMLIN, ANITA       DATE 06/21/18
INMATE SIGNATURE [signature]                            DATE 6-21-18
WITNESS SIGNATURE A Colaneri ORC                        DATE 06/21/18
```

STATE DEF 000329