# EXHIBIT M

HUDSON IT TAPE NUMBER 18-085A

START NLT: —
Complete NLT: 6/14

JIN: 17A3437 NAME: WILLS, RUBEN W LOCATION: WR-0B-36B

INCIDENT DATE & TIME: 06/01/2018 06:00 PM TIER 2

REVIEW DATE: 06/01/2018 BY: LT VALENTINE, F W

DELIVERY DATE & TIME: 06/04/18 05:40 PM BY: CO GENO, T A

HEARING START DATE & TIME: 6/14/18 10:53 AM BY: Lt Onorate

HEARING END DATE & TIME: 6/14/18 12:48 pm BY: Lt Onorate

| CHARGE NUMBER | DESCRIPTION OF CHARGES | REPORTED BY | DISPOSITION |
|---|---|---|---|
| 113.14 | UNAUTHORIZED MEDICATION | CO CRIPPEN, A P | Guilty |
| 114.10 | SMUGGLING | | Not Guilty |

ANY GUILTY DISPOSITION WILL RESULT IN A MANDATORY DISCIPLINARY SURCHARGE IN THE AMOUNT OF FIVE($5.00) DOLLARS BEING ASSESSED AUTOMATICALLY AGAINST THE INMATE. SANCTION DATES BELOW ARE SUBJECT TO REVIEW/CHANGE, AND WILL BE CONSECUTIVELY ADDED TO ANY SIMILAR CURRENT SANCTION. IN ADDITION, WHENEVER A CONFINEMENT PENALTY IS BEING SERVED AND A MORE RESTRICTIVE CONFINEMENT PENALTY IS IMPOSED AS A RESULT OF ANOTHER HEARING, THE MORE RESTRICTIVE PENALTY SHALL BEGIN TO BE SERVED IMMEDIATELY, AND ANY TIME OWED ON THE LESS RESTRICTIVE PENALTY SHALL BE SERVED AFTER COMPLETION OF THE MORE RESTRICTIVE PENALTY PERIOD.

| PENALTY CODE | DESCRIPTION | PENALTY MO DAYS | START DATE | RELEASE DATE | SUSPEND MO DAYS | DEFERRED MO DAYS | RESTITUTION $$$$.¢¢ |
|---|---|---|---|---|---|---|---|
| B000 | Keeplock | 30 | 6/14/18 | | 30 | 90 | |
| D000 | Rec | 30 | 6/14/18 | 7/14/18 | | | |
| E000 | Pkg | 30 | 6/14/18 | 7/14/18 | | | |
| F000 | Comm | 30 | 6/14/18 | 7/14/18 | | | |
| G000 | Phones | 30 | 6/14/18 | 7/14/18 | | | |

**STATE DEF 000045**

DIN: 17A3437 NAME: WILLS, RUBEN W     HEARING DATE: 6/14/18

A. STATEMENT OF EVIDENCE RELIED UPON:
------------------------------------

1. Written report by Officer Crippen which I find to be credible and his quick form.
2. Testimony by I/m Wills who admits having in his possession "NQUIL" pills;
3. Testimony by RN Dacosta who stated that after reviewing I/m's medical file, there is no record of I/m Wills being issued Nyquil pills.
4. Physical evidence recovered in I/m Wills's locker.

B. REASONS FOR DISPOSITION:
--------------------------

Possession of any unauthorized medication is against the department's rules and is a danger to the facility and all concern; this type of misconduct has the potential to create unsafe situations and medical concerns. This disposition is to impress upon I/m Wills that any future misconduct of this nature will result in a more severe sanction being imposed.

C. SPECIAL INSTRUCTION ON CORRESPONDENCE RESTRICTIONS AND REFERRALS

STATE DEF 000046

```
06/05/2018              , DEPT OF CORRECTIONS & COMMUNI   SUPERVISION         PAGE    3
DCP004                     DISCIPLINARY HEARING DISPOSITION RENDERED
```

DIN: 17A3437  NAME: WILLS, RUBEN W                    HEARING DATE: 6/14/18

SUPERINTENDENT HEARING DISPOSITION RENDERED

| CHARGE | DESCRIPTION OF CHARGES | 5 YEAR PRIORS | 10 YEAR PRIORS |
|---|---|---|---|
| 113.14 | UNAUTHORIZED MEDICATION | 0 | 0 |
| 114.10 | SMUGGLING | 0 | 0 |

AT THE TIME OF THE HEARING, WAS THIS INMATE HOUSED IN A SHU CELL: ___ YES  ✓ NO

✓  THE SANCTIONS IMPOSED ARE WITHIN THE PUBLISHED GUIDELINES

OR

___  I HAVE IMPOSED SANCTIONS THAT HAVE DEPARTED UPWARD FROM THE PUBLISHED GUIDELINES, FOR THE FOLLOWING REASON(S):

___ OVERALL CLIMATE OF FACILITY
___ SEVERITY OF OFFENSE
___ LOCATION OF OFFENSE
___ MANNER OFFENSE WAS COMMITED
___ RISK TO SECURITY
___ RISK TO PERSONAL SAFETY
___ PROPERTY DAMAGE - RESTITUTION
___ DISCIPLINARY HISTORY
___ OTHER - EXPLAIN: _____

I HAVE RECEIVED A COPY OF THIS HEARING DISPOSITION DATED: 6/14/18

_____   _____   6-14-18
HEARING OFFICER SIGNATURE    INMATE SIGNATURE            DATE & TIME RECEIVED

YOU ARE HEREBY NOTIFIED OF THE FOLLOWING APPEAL PROCEDURES:

✓  FOR TIER II HEARING - APPEAL TO SUPERINTENDENT WITHIN 72 HOURS

___ FOR TIER III HEARING - APPEAL TO COMMISSIONER WITHIN 30 DAYS

***SUCCESSFUL PRINT COMPLETION***

STATE DEF 000047

```
6/05/18       NYS DE   OF CORRECTIONS AND COMMUNITY S  RVISION
DCP100     HEARING RECORD SHEET - HUDSON INDUSTRIAL TRAIN.
                                    REVIEW OFFICER  LT   VALENTINE, F W
                                    REVIEW DATE       06/01/18 TIER 2
                                    C.R. DATE 08/09/2021 M.E. DATE 08/09/2023


 1) NAME WILLS, RUBEN W              DIN    17A3437 LOCATION WR-0B-36B
 2) INCIDENT DATE  06/01/18  INCIDENT TIME  06:00 PM
 3) INMATE WAS NOT  CONFINED
 4) INMATE              RELEASED AT REVIEW
 5A) SERVING OFFICER CO   GENO, T A        SERVING DATE/TIME 06/04/18 05:40 PM
 5B) RELEASED FROM PREHEARING CONFINEMENT? ___
     AUTHORIZED PERSON ____ _____  DATE AUTHORIZED __/__/__
 6) ASSISTANT NAME       ____ _____
 7) INTERVIEW DATE  __/__/__          INTERVIEW TIME __:__ __
 8) HEARING EXTENSION NUMBER _____ (IF APPLICABLE)
 9) IF APPLICABLE, CHECK REQUIRED DRUG TESTING FORMS PROVIDED TO INMATE
    PURSUANT TO DIRECTIVE 4937 OR 4938
      TEST REQUEST FORMS _____  TEST PROCEDURE FORMS _____
      TEST RESULT FORMS _____  APPENDIX C _____  OTHER (SPECIFY) _____
10) INMATE  IS  ENGLISH SPEAKING
    A) IF NOT, WERE CHARGES TRANSLATED AND SERVED TO INMATE? ____
    B) INTERPRETER AT HEARING _____
11) HEARING BEGIN:DATE 6/14/18  TIME 10:53 am  END:DATE 6/14/18  TIME 12:48 pm
12) CHARGES: SPECIFY INMATE'S PLEA TO THE CHARGES CONSIDERED AT THE HEARING
    CHARGE                                                     INMATE'S
    NUMBER    DESCRIPTION OF CHARGES           REPORTED BY      PLEA
    113.14    UNAUTHORIZED MEDICATION       CO  CRIPPEN, A P   Not Guilty
    114.10    SMUGGLING                     CO  CRIPPEN, A P   Not Guilty




                                          10:56 Rw
                                          10:45  6.14.18
    SIGNATURE OF INMATE _____
        DATE _____       TIME _____
13) WITNESSES:  IF NONE REQUESTED, CHECK HERE _____
    A) REQUESTED BY INMATE       TESTIFIED       IN INMATE'S PRESENCE
                                 Y__ N__          Y__ N__
                                 Y__ N__          Y__ N__
                                 Y__ N__          Y__ N__
                                 Y__ N__          Y__ N__
                                 Y__ N__          Y__ N__
    B) REQUESTED BY HEARING OFFICER  TESTIFIED    IN INMATE'S PRESENCE
       RN A. Dacosta             Y✓ N__           Y✓ N__  speaker phone
                                 Y__ N__          Y__ N__
                                 Y__ N__          Y__ N__
                                 Y__ N__          Y__ N__
                                 Y__ N__          Y__ N__

*NOTE* IF ANY WITNESS IS DENIED OR IF A REQUESTED WITNESS TESTIFIES OUTSIDE THE
  PRESENCE OF THE INMATE CHARGED, AND/OR THE INMATE IS NOT PERMITTED TO
  REVIEW TESTIMONY OF SUCH WITNESS, FORM 2176 EXPLAINING THE REASON FOR THAT
  DETERMINATION MUST BE GIVEN TO THE INMATE AND INCLUDED AS PART OF THE RECORD.

  HEARING OFFICER SIGNATURE: _____


***SUCCESSFUL PRINT COMPLETION**
```

**STATE DEF 000048**

FORM 2171A (10/04) Side 1 — STATE OF NEW YORK DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

_Hudson_ Correctional Facility

# INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| Field | Value |
|---|---|
| 1. NAME OF INMATE (Last, First) | Wills, Ruben |
| NO. | 17A3437 |
| HOUSING LOCATION | WR B-36B |
| 2. LOCATION OF INCIDENT | Work Release B-36B |
| INCIDENT DATE | 6/01/18 |
| INCIDENT TIME | 6:00 P.M |

**3. RULE VIOLATION(S):**
113.14 - An inmate shall not possess unauthorized types of medication.
114.10 - An inmate shall not smuggle any item in or out of the facility.

**4. DESCRIPTION OF INCIDENT:**
On the above date and approximate time, while conducting a search of Inmate Wills' locker, I discovered a prescription medication bottle with two different types of pills inside. After concluding the search, I brought the bottle to Nurse Terry Reutenauer to identify the pills. He identified 14 of the pills as NyQuil, which Inmate Wills does not have a prescription for, nor are they allowed inside the facility by inmates.

| REPORT DATE | REPORTED BY | SIGNATURE | TITLE |
|---|---|---|---|
| 6/01/18 | A. Crippen | [signed] | C.O |

5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any): —

NOTE: Fold back Page 2 on dotted line before completing below.

6. WERE OTHER INMATES INVOLVED? YES ☐ NO ☒
7. AT THE TIME OF THIS INCIDENT: (A) WAS INMATE UNDER PRIOR CONFINEMENT/RESTRICTION? YES ☐ NO ☒ (B) WAS INMATE HOUSED IN A SHU CELL? YES ☐ NO ☒
(C) AS A RESULT OF THIS INCIDENT, WAS INMATE CONFINED/RESTRICTED? YES ☐ NO ☒
8. WAS INMATE MOVED AT ANOTHER HOUSING UNIT? YES ☐ NO ☒
9. WAS PHYSICAL FORCE USED? YES ☐ NO ☒

AREA SUPERVISOR ENDORSEMENT: [signed]

Distribution: WHITE - Disciplinary Office  CANARY - Inmate (After review) PINK - Oficina Disciplinaria  AMARILLA - Recluso (después de la resión)

STATE DEF 000049



# Image Results for "NQuil"

Below are results that match your criteria. Click on an image or generic/brand name to search for information about the drug in our database.



**NQuil**
**Drug:** Vicks Nyquil Cold & Flu
**Strength:** acetaminophen 325 mg / dextromethorphan hydrobromide 15 mg / doxylamine succinate 6.25 mg
**Pill Imprint:** NQuil
**Color:** Green
**Shape:** Elliptical / Oval



**NQuil Sinus**
**Drug:** Vicks NyQuil Sinus
**Strength:** acetaminophen 325 mg / doxylamine succinate 6.25 mg / phenylephrine hydrochloride 5 mg
**Pill Imprint:** NQuil Sinus
**Color:** Green
**Shape:** Elliptical / Oval

**Disclaimer:** Every effort has been made to ensure that the information provided by Multum, Truven Health Analytics, Inc., National Library of Medicine and Drugs.com is accurate, up-to-date and complete, but no guarantee is made to that effect. In addition, the drug information contained herein may be time sensitive and should not be utilized as a reference resource beyond the date hereof. This material does not endorse drugs, diagnose patients, or recommend therapy. This drug information is a reference resource designed as supplement to, and not a substitute for, the expertise, skill , knowledge, and judgement of healthcare practitioners in patient care. The absence of a warning for a given drug or combination thereof in no way should be construed to indicate that the drug or combination is safe, effective, or appropriate for any given patient. Drugs.com and its content providers do not assume any responsibility for any aspect of healthcare administered with the aid of information provided. The information contained herein is not intended to cover all possible uses, directions, precautions, warnings, drug interactions, allergic reactions, or adverse effects. If you have questions about the drugs you are taking, check with your doctor, nurse, or pharmacist. Copyright 2018 Drugs.com, National Library of Medicine, Truven Health Analytics and Cerner Multum, Inc. All Rights Reserved.

FORM #2077 (REV. 11/16)

# NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## CELL FRISK/CONTRABAND RECEIPT

__HUDSON__ CORRECTIONAL FACILITY

Original – Inmate
Copy – DSS

Date: 6/1/18    Frisk Start Time: Apx 5 PM    Frisk End Time: 6:30 approx.

Inmate Name: Wills, R    DIN: 17A3437    CELL/CUBE/ROOM: B-36B

Officer Conducting Search: A. Gippa    37515    [signature]
Print Name Legibly    Badge #    Signature

| ITEMS CONFISCATED OR DAMAGED | WHERE FOUND | DISPOSITION OF ITEMS LISTED |
|---|---|---|
| 14 NyQuil Tablets | Locker | Confiscated Secured in Contraband locker |
| | | |
| | | |
| | | |

____ NO CONTRABAND FOUND    ____ NO PROPERTY DAMAGED DURING SEARCH

**NOTICE TO INMATE:** YOU MAY WRITE TO THE DEPUTY SUPERINTENDENT FOR SECURITY WITHIN 7 DAYS OF THIS RECEIPT REGARDING THE CONFISCATION OR DISPOSITION OF THESE ITEMS.

**NOTE:** DURING THIS CELL FRISK, MY INITIALS BELOW INDICATE THAT THE CELL INTEGRITY CHECK HAS BEEN COMPLETED AS FOLLOWS:

FLOORS: AG    SINK/TOILET: N/A
AIR VENT: N/A    WINDOW CHECKED/INTACT: AG
CEILING: AG    WALLS: AG
BARS: N/A    MISC: AG

**IN ADDITION:** THE FOLLOWING ITEMS WERE CHECKED FOR COMPLIANCE:
PROPERTY LIMITS (No more than 4 bags of property): AG
PHOTOGRAPH/PICTURE COMPLIANCE (No nudes visible from the front of cell. All photos/pictures confined in the appropriate 2' x 4' section.) AG
INMATE ID MATCHES CURRENT APPEARANCE (Checked ID to inmate's current appearance, if the inmate was present for the search.) AG

Comments: _____

**STATE DEF 000051**