# EXHIBIT N

```
FORM 4187 (REV 4/01)                STATE OF NEW YORK                    PAGE 1
    07/05/18                DEPARTMENT OF CORRECTIONAL SERVICES

                        CONTINUOUS TEMPORARY RELEASE PROGRAM
                                  TRC REVIEW FORM

                            HUDSON IND TRAINING FACILITY
                                      BOX 576
                               HUDSON            NY   12534
                                   (518) 828-4311

    FOR: WILLS, RUBEN W                    17A3437              WR-0B-36B
          INMATE NAME                        DIN      NYSID     LOCATION

    REVIEW TYPE: PROGRAM REVIEW       REVIEW NUMBER: 20180000623  REFER DATE: 07/03/18
       REVIEW STATUS: ***  COMPLETE NO TRANSFER ***
    REFERRED TO THE TRC BY: R. DYNYSIUK, ORC      FOR THE FOLLOWING REASONS:
    < NON DWI IT INMATE IS REQUESTING PERMISSION FOR OVERNIGHT FURLOUGHS. HE HAS  >
    < BEEN IN IT SINCE 4/6/18, MEETING THE 90 DAY TIME REQUIREMENT. HE PLANS TO   >
    < FURLOUGH TO HIS FRIEND, JAMEL RIVERS, IN NASSAU COUNTY.                     >
    < _____    >

    HEARING SCHEDULED - TIME: 1300   DATE: 07/03/18   LOCATION: HUDSON WR

    INMATE WAIVED 24 HOUR NOTICE:       YES
    INMATE WAIVED APPEARANCE    :       YES
    INMATE PRESENT              :       NO

    EVALUATION:
    < 6/14/18: INM REC'D A T2 FOR UNAUTH. MED. HE REC'D 30 DAYS LOSS OF REC, PKGS, >
    < COMMISSARY & PHONES AND TRC COUNSELING. PRIOR TO THIS INCIDENT, INMATE HAS   >
    < HAD SATISFACTORY PROGRAMMING AND DISCIPLINE.                                 >

    TRC RECOMMENDATION: PROG REVIEW - STATUS CHANGE
    < TRC RECOMMENDS INMATE BE APPROVED FOR OVERNIGHT FURLOUGHS.                   >
    < _____     >
    < _____     >
    < _____     >

    TRC CHAIRPERSON: S. KING              TRC MEMBER: R. DYNYSIUK
    TRC MEMBER: A. COLANERI

    SUPERINTENDENT DECISION: PROG REVIEW - STATUS CHANGE
    < APPROVE OVERNIGHT FURLOUGHS                                                  >
    < _____     >
    < _____     >
    < _____     >

    SUPERINTENDENT ELECTRONIC APPROVAL: TOMLIN, ANITA       DATE 07/03/18
    INMATE SIGNATURE  [signature]                           DATE 7.9.18
    WITNESS SIGNATURE  R. Dynysiuk, ORC                     DATE 7/9/18
```

STATE DEF 000317