# EXHIBIT O

Case 1:20-cv-04432-BMC-VMS   Document 104-16   Filed 02/05/24   Page 1 of 2 PageID #: 1310

# DRAFT RECEIPT

**Lincoln** Correctional Facility

## ALL INMATES MUST RECEIVE THE FOLLOWING INFORMATION:

| | Yes | No |
|---|---|---|
| Copy of the "FACILITY INMATE ORIENTATION" manual: | (Yes) | No |
| "SUICIDE PREVENTION FOR PEOPLE IN PRISON" pamphlet: | Yes | No |
| PREA SEXUAL ABUSE BROCHURE: "THE PREVENTION OF SEXUAL ABUSE IN PRISON: WHAT INMATES NEED TO KNOW" | Yes | No |

Circle Language:
English  Spanish  Haitian-Creole  Russian  Polish  Italian  Chinese  Korean

## ALL INMATES MUST POSSESS THE STANDARDS OF INMATE BEHAVIOR:

| | Yes | No |
|---|---|---|
| Does inmate possess DOCCS "STANDARDS OF INMATE BEHAVIOR" Rulebook: | Yes | No |

If no, Rulebook issued: _____ (staff/initial)

INMATE SIGNATURE: _____  DIN: 17A3432  DATE: 9/6/18

FORM 4021-A (REV. 12/12/16)                    COPY - INMATE
ORIGINAL: GUIDANCE FOLDER

STATE DEF 001185