# EXHIBIT P

| Rx # / Facility / Sig | Last Fill / Quantity | Drug / Doctor | NDC | # of Refills | Start Date / DC Date | Exp Date / Refill Due |
|---|---|---|---|---|---|---|

ULSTER REGIONAL PHARMACY ( 610P ) WILLS, RUBEN W DIN #: 17A3437
750 BERME RD/BOX 800
NAPANOCH, NY 12458

| Rx # / Facility | Last Fill / Quantity | Drug / Doctor | NDC | # of Refills | Start Date / DC Date | Exp Date / Refill Due |
|---|---|---|---|---|---|---|
| 610P-407371 | 08/06/2019 | ACETAMINOPHEN 325MG TAB | 00904-1982-80 | | 05/01/19 | 04/29/20 |
| DFAC | 60EA | GENOVESE, MARYANNE | | 2 | 8/13/2019 | 08/14/19 |
| TAKE ONE OR TWO TABLET(S) BY MOUTH EVERY SIX HOURS AS NEEDED | | | | | | |
| 610P-411112 | 08/06/2019 | TAMSULOSIN 0.4MG CAP | 33342-0159-15 | | 06/10/19 | 06/08/20 |
| DFAC | 30EA | GENOVESE, MARYANNE | | 1 | 8/13/2019 | 09/05/19 |
| TAKE ONE CAPSULE(S) BY MOUTH EVERY DAY | | | | | | |
| 610P-411113 | 08/06/2019 | OXYBUTYNIN 5MG TAB | 10702-0201-01 | | 06/10/19 | 06/08/20 |
| DFAC | 60EA | GENOVESE, MARYANNE | | 1 | 8/13/2019 | 09/05/19 |
| TAKE ONE TABLET(S) BY MOUTH TWICE A DAY | | | | | | |
| 610P-412404 | 06/24/2019 | OMEPRAZOLE DR 20MG CAP | 00781-2790-10 | | 06/24/19 | 06/22/20 |
| DFAC | 20EA | GENOVESE, MARYANNE | | 0 | 8/13/2019 | 07/04/19 |
| TAKE ONE CAPSULE(S) BY MOUTH TWICE A DAY FOR 10 DAYS THEN DECREASE TO ONE A DAY | | | | | | |
| 610P-412407 | 08/06/2019 | OMEPRAZOLE DR 20MG CAP | 00781-2790-10 | | 06/24/19 | 06/22/20 |
| DFAC | 30EA | GENOVESE, MARYANNE | | 1 | 8/13/2019 | 09/05/19 |
| TAKE ONE CAPSULE(S) BY MOUTH EVERY DAY | | | | | | |
| 610P-412409 | 06/25/2019 | CLARITHROMYCIN 500MG TAB | 00781-1962-60 | | 06/24/19 | 06/22/20 |
| DFAC | 20EA | GENOVESE, MARYANNE | | 0 | 8/6/2019 | 07/05/19 |
| TAKE ONE TABLET(S) BY MOUTH TWICE A DAY FOR 10 DAYS UNTIL FINISHED | | | | | | |
| 610P-412410 | 06/24/2019 | AMOXICILLIN 500MG CAP | 57237-0031-01 | | 06/24/19 | 06/22/20 |
| DFAC | 40EA | GENOVESE, MARYANNE | | 0 | 8/13/2019 | 07/04/19 |
| TAKE TWO CAPSULE(S) BY MOUTH TWICE A DAY FOR 10 DAYS UNTIL FINISHED | | | | | | |
| 610P-416270 | 08/07/2019 | TAMSULOSIN 0.4MG CAP | 68382-0132-01 | | 08/06/19 | 08/04/20 |
| DFAC | 30EA | GENOVESE, MARYANNE | | 0 | 8/13/2019 | 09/06/19 |
| TAKE ONE CAPSULE(S) BY MOUTH EVERY DAY | | | | | | |
| 610P-416271 | 08/07/2019 | OXYBUTYNIN 5MG TAB | 10702-0201-01 | | 08/06/19 | 08/04/20 |
| DFAC | 60EA | GENOVESE, MARYANNE | | 0 | 8/13/2019 | 09/06/19 |
| TAKE ONE TABLET(S) BY MOUTH TWICE A DAY | | | | | | |

Genovese Exhibit
3
11/7/23 MG
exhibitsticker.com

COXSACKIE PHARMACY ( 130P ) WILLS, RUBEN W DIN #: 17A3437
11260 ROUTE 9W/BOX 200
WEST COXSACKIE, NY 12051

| Rx # | Facility | Last Fill | Quantity | Drug | Doctor | NDC | # of Refills | Start Date | DC Date | Exp Date | Refill Due | Sig |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 130P-129519 | DFAC | 05/09/2018 | 0EA | TAMSULOSIN 0.4MG CAP | ROSENFIELD, JOSHUA | 57237-0014-05 | 1 | 04/09/18 | 9/5/2018 | 04/08/19 | 05/09/18 | TAKE ONE CAPSULE(S) BY MOUTH ONCE EVERY DAY |
| 130P-129520 | DFAC | 05/09/2018 | 2EA | OXYBUTYNIN 5MG TAB | ROSENFIELD, JOSHUA | 00603-4975-21 | 1 | 04/09/18 | 9/5/2018 | 04/08/19 | 05/10/18 | TAKE ONE TABLET(S) BY MOUTH TWICE A DAY |
| 130P-129521 | DFAC | 05/09/2018 | 0EA | NAPROXEN 500MG TAB | ROSENFIELD, JOSHUA | 68462-0190-05 | 1 | 04/09/18 | 9/5/2018 | 04/08/19 | 05/09/18 | TAKE ONE TABLET(S) BY MOUTH TWICE A DAY AS NEEDED FOR PAIN |
| 130P-129522 | DFAC | 05/09/2018 | 60EA | DOCUSATE SODIUM 100MG CAP | ROSENFIELD, JOSHUA | 57896-0401-10 | 1 | 04/09/18 | 9/5/2018 | 04/08/19 | 06/08/18 | TAKE ONE CAPSULE(S) BY MOUTH TWICE A DAY |
| 070P-229065 | DFAC | 04/11/2019 | 30EA | AMITRIPTYLINE 25MG TAB | EZEKWE, FELIX IKESHUKWU | 16729-0172-01 | 0 | 04/11/19 | 4/13/2019 | 05/10/19 | 05/11/19 | TAKE ONE TABLET(S) BY MOUTH EVERY DAY |
| 070P-229066 | DFAC | 04/11/2019 | 0EA | DOCUSATE SODIUM 100MG CAP | EZEKWE, FELIX IKESHUKWU | 57896-0401-01 | 0 | 04/11/19 | 4/13/2019 | 10/07/19 | 04/11/19 | TAKE ONE CAPSULE(S) BY MOUTH TWICE A DAY |
| 070P-229067 | DFAC | 04/11/2019 | 0EA | NAPROXEN 500MG TAB | EZEKWE, FELIX IKESHUKWU | 68462-0190-05 | 0 | 04/11/19 | 4/13/2019 | 10/07/19 | 04/11/19 | TAKE ONE TABLET(S) BY MOUTH TWICE A DAY AS NEEDED |
| 070P-229068 | DFAC | 04/11/2019 | 0EA | TAMSULOSIN 0.4MG CAP | EZEKWE, FELIX IKESHUKWU | 65862-0598-01 | 0 | 04/11/19 | 4/13/2019 | 10/07/19 | 04/11/19 | TAKE ONE CAPSULE(S) BY MOUTH EVERY DAY |
| 070P-229069 | DFAC | 04/11/2019 | 0EA | OXYBUTYNIN 5MG TAB | EZEKWE, FELIX IKESHUKWU | 10702-0201-01 | 0 | 04/11/19 | 4/13/2019 | 10/07/19 | 04/11/19 | TAKE ONE TABLET(S) BY MOUTH TWICE A DAY |
| 120P-275547 | DFAC | 09/13/2018 | 30EA | AMITRIPTYLINE 25MG TAB | KHAWAJA, AZEEM | 16729-0172-01 | 0 | 09/13/18 | | 01/10/19 | 10/13/18 | TAKE ONE TABLET(S) BY MOUTH EACH DAY AT BEDTIME |
| 120P-296282 | DFAC | 04/08/2019 | 0EA | AMITRIPTYLINE 25MG TAB | KHAWAJA, AZEEM | 16729-0172-01 | 2 | 04/05/19 | 4/11/2019 | 09/01/19 | 04/08/19 | TAKE ONE TABLET(S) BY MOUTH EVERY DAY |
| 120P-296283 | DFAC | 04/08/2019 | 0EA | TAMSULOSIN 0.4MG CAP | KHAWAJA, AZEEM | 57237-0014-05 | 2 | 04/05/19 | 4/11/2019 | 09/01/19 | 04/08/19 | TAKE ONE CAPSULE(S) BY MOUTH EVERY DAY |
| 120P-296284 | DFAC | 04/08/2019 | 0EA | OXYBUTYNIN 5MG TAB | KHAWAJA, AZEEM | 10702-0201-01 | 2 | 04/05/19 | 4/11/2019 | 09/01/19 | 04/08/19 | TAKE ONE TABLET(S) BY MOUTH TWICE A DAY |
| 120P-296285 | DFAC | 04/08/2019 | 0EA | DOCUSATE SODIUM 100MG CAP | KHAWAJA, AZEEM | 57896-0401-10 | 2 | 04/05/19 | 4/11/2019 | 09/01/19 | 04/08/19 | TAKE ONE CAPSULE(S) BY MOUTH TWICE A DAY |
| 120P-296286 | DFAC | 04/08/2019 | 0EA | NAPROXEN 500MG TAB | KHAWAJA, AZEEM | 68462-0190-05 | 2 | 04/05/19 | 4/11/2019 | 09/01/19 | 04/08/19 | TAKE ONE TABLET(S) BY MOUTH TWICE A DAY |
| 610P-354656 | DFAC | 10/06/2017 | 5EA | GABAPENTIN 300MG CAP | HNATIW, PAUL | 67877-0223-01 | 1 | 09/29/17 | 10/11/2017 | 09/28/18 | 10/09/17 | TAKE ONE CAPSULE(S) BY MOUTH TWICE A DAY |
| 610P-354657 | DFAC | 09/29/2017 | 14EA | OXYBUTYNIN 5MG TAB | HNATIW, PAUL | 00603-4975-21 | 0 | 09/29/17 | 10/11/2017 | 09/28/18 | 10/06/17 | |

TAKE ONE TABLET(S) BY MOUTH TWICE A DAY

| Rx # | Facility | Last Fill | Quantity | Drug | Doctor | NDC | # of Refills | Start Date | DC Date | Exp Date | Refill Due | Sig |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 610P-354658 | DFAC | 09/29/2017 | 7EA | BISACODYL EC 5MG TAB | HNATIW, PAUL | 00904-7927-17 | 0 | 09/29/17 | 10/11/2017 | 09/28/18 | 10/06/17 | TAKE ONE TABLET(S) BY MOUTH EVERY DAY |
| 610P-354659 | DFAC | 09/29/2017 | 1EA | CIPROFLOX/DEXAMETH SUSP 7.5ML | HNATIW, PAUL | 00065-8533-02 | 0 | 09/29/17 | 10/11/2017 | 09/28/18 | 10/06/17 | PLACE FOUR DROP(S) IN RIGHT EAR TWICE A DAY FOR 7 DAYS |
| 610P-354660 | DFAC | 09/29/2017 | 7EA | TAMSULOSIN 0.4MG CAP | HNATIW, PAUL | 00781-2076-01 | 0 | 09/29/17 | 10/11/2017 | 09/28/18 | 10/06/17 | TAKE ONE CAPSULE(S) BY MOUTH AT BEDTIME |
| 610P-354661 | DFAC | 09/29/2017 | 14EA | DOCUSATE SODIUM 100MG CAP | HNATIW, PAUL | 57896-0401-01 | 0 | 09/29/17 | 10/11/2017 | 09/28/18 | 10/06/17 | TAKE ONE CAPSULE(S) BY MOUTH TWICE A DAY |
| 610P-354686 | DFAC | 10/02/2017 | 6EA | MIRTAZAPINE 15MG TAB | FARNUM, ELIZABETH | 60505-0247-01 | 0 | 09/20/17 | 10/11/2017 | 10/19/17 | 10/08/17 | TAKE ONE TABLET(S) BY MOUTH EVERY EVENING |
| 610P-357044 | DFAC | 10/26/2017 | 7EA | TAMSULOSIN 0.4MG CAP | SWITZ, GENEVIEVE | 00781-2076-01 | 0 | 10/26/17 | 11/3/2017 | 10/25/18 | 11/02/17 | TAKE ONE CAPSULE(S) BY MOUTH EACH DAY AT BEDTIME |
| 610P-357046 | DFAC | 10/26/2017 | 14EA | OXYBUTYNIN 5MG TAB | SWITZ, GENEVIEVE | 00603-4975-21 | 0 | 10/26/17 | 11/3/2017 | 10/25/18 | 11/02/17 | TAKE ONE TABLET(S) BY MOUTH TWICE A DAY |
| 440P-397517 | DFAC | 09/18/2017 | 30EA | MIRTAZAPINE 15MG TAB | MUNNANGI, YUGANDHAR | 60505-0247-01 | 0 | 09/15/17 | 9/29/2017 | 10/14/17 | 10/18/17 | TAKE ONE TABLET(S) BY MOUTH EVERY EVENING |
| 440P-398253 | DFAC | 09/25/2017 | 60EA | OXYBUTYNIN 5MG TAB | BURDICK, ROBERT | 00603-4975-21 | 0 | 09/25/17 | 9/29/2017 | 09/24/18 | 10/25/17 | TAKE ONE TABLET(S) BY MOUTH TWICE A DAY EVERY TWELVE HOURS |
| 440P-398254 | DFAC | 09/25/2017 | 30EA | DOCUSATE SODIUM 100MG CAP | BURDICK, ROBERT | 57896-0401-01 | 0 | 09/25/17 | 9/29/2017 | 09/24/18 | 10/10/17 | TAKE ONE CAPSULE(S) BY MOUTH TWICE A DAY AS NEEDED |
| 440P-398255 | DFAC | 09/25/2017 | 60EA | NAPROXEN 500MG TAB | BURDICK, ROBERT | 68462-0190-05 | 0 | 09/25/17 | 9/29/2017 | 09/24/18 | 10/25/17 | TAKE ONE TABLET(S) BY MOUTH TWICE A DAY WITH 2 TYLENOL AT BREAKFAST AND DINNER |
| 440P-398256 | DFAC | 09/25/2017 | 30EA | TAMSULOSIN 0.4MG CAP | BURDICK, ROBERT | 00781-2076-01 | 0 | 09/25/17 | 9/29/2017 | 09/24/18 | 10/25/17 | TAKE ONE CAPSULE(S) BY MOUTH EACH DAY AT BEDTIME |
| 240P-400380 | DFAC | 09/07/2017 | 30EA | NAPROXEN 500MG TAB | BENDHEIM, JOHN | 68462-0190-05 | 1 | 08/17/17 | 9/29/2017 | 09/30/17 | 09/22/17 | TAKE ONE TABLET(S) BY MOUTH TWICE A DAY(IPC) |
| 240P-400381 | DFAC | 09/05/2017 | 30EA | GABAPENTIN 300MG CAP | BENDHEIM, JOHN | 67877-0223-01 | 1 | 08/17/17 | 9/29/2017 | 09/30/17 | 09/20/17 | TAKE ONE CAPSULE(S) BY MOUTH TWICE A DAY(IPC) |
| 240P-400382 | DFAC | 09/05/2017 | 30EA | OXYBUTYNIN 5MG TAB | BENDHEIM, JOHN | 00603-4975-21 | 1 | 08/17/17 | 9/29/2017 | 09/30/17 | 09/20/17 | TAKE ONE TABLET(S) BY MOUTH TWICE A DAY(IPC) |
| 240P-400383 | DFAC | 08/31/2017 | 15EA | TAMSULOSIN 0.4MG CAP | BENDHEIM, JOHN | 00781-2076-01 | 1 | 08/17/17 | 9/29/2017 | 09/30/17 | 09/15/17 | TAKE ONE CAPSULE(S) BY MOUTH AT BEDTIME(IPC) |
| 240P-400450 | DFAC | 08/18/2017 | 0EA | LACTASE ENZYME 3000 UNITS TAB | MALVAROSA, MARIO | 00904-5224-52 | 0 | 08/18/17 | 9/29/2017 | 10/01/17 | 08/18/17 | TAKE TWO TABLET(S) BY MOUTH THREE TIMES A DAY BEFORE MEALS(IPC) |

| Rx # | Facility | Last Fill | Quantity | Drug | Doctor | NDC | # of Refills | Start Date | DC Date | Exp Date | Refill Due | Sig |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 240P-400748 | DFAC | 08/21/2017 | 30EA | ONDANSETRON 4MG TAB | BENDHEIM, JOHN | 65862-0187-30 | 0 | 08/21/17 | 9/29/2017 | 10/04/17 | 09/05/17 | TAKE ONE TABLET(S) BY MOUTH TWICE A DAY AS NEEDED FOR NAUSEA(IPC) |
| 240P-400921 | DFAC | <None> | 0EA | ACETAMINOPHEN 325MG TAB | MALVAROSA, MARIO | 47682-0803-13 | 0 | 08/22/17 | 9/29/2017 | 10/05/17 | 12/30/99 | TAKE TWO TABLET(S) BY MOUTH FOUR TIMES A DAY AS NEEDED (2HRS BEFORE OR AFTER NAPROSYN)(IPC) |
| 440P-400943 | DFAC | 10/23/2017 | 14EA | OXYBUTYNIN 5MG TAB | BURDICK, ROBERT | 00603-4975-21 | 0 | 10/22/17 | 10/26/2017 | 10/21/18 | 10/30/17 | TAKE ONE TABLET(S) BY MOUTH TWICE A DAY EVERY TWELVE HOURS *COURT* |
| 440P-400944 | DFAC | 10/23/2017 | 14EA | DOCUSATE SODIUM 100MG CAP | BURDICK, ROBERT | 57896-0401-01 | 0 | 10/22/17 | 11/3/2017 | 10/21/18 | 10/30/17 | TAKE ONE CAPSULE(S) BY MOUTH TWICE A DAY AS NEEDED *COURT* |
| 440P-400946 | DFAC | 10/23/2017 | 7EA | TAMSULOSIN 0.4MG CAP | BURDICK, ROBERT | 00781-2076-01 | 0 | 10/22/17 | 10/26/2017 | 10/21/18 | 10/30/17 | TAKE ONE CAPSULE(S) BY MOUTH EACH DAY AT BEDTIME *COURT* |
| 440P-400947 | DFAC | 10/23/2017 | 14EA | NAPROXEN 500MG TAB | BURDICK, ROBERT | 68462-0190-05 | 0 | 10/22/17 | 11/3/2017 | 10/21/18 | 10/30/17 | TAKE ONE TABLET(S) BY MOUTH TWICE A DAY WITH 2 TYLENOL AT BREAKFAST AND DINNER *COURT* |
| 240P-401149 | DFAC | <None> | 0EA | MIRTAZAPINE 15MG TAB | QAYYUM, ABDUL | 00093-7206-56 | 0 | 08/24/17 | 9/29/2017 | 11/21/17 | 12/30/99 | TAKE ONE TABLET(S) BY MOUTH EVERY EVENING |
| 240P-402358 | DFAC | 09/05/2017 | 30EA | DOCUSATE SODIUM 100MG CAP | MALVAROSA, MARIO | 57896-0401-01 | 0 | 09/05/17 | 9/29/2017 | 10/19/17 | 09/20/17 | TAKE ONE CAPSULE(S) BY MOUTH TWICE A DAY AS NEEDED |
| 240P-402363 | DFAC | 09/05/2017 | 15EA | BISACODYL EC 5MG TAB | MALVAROSA, MARIO | 00904-7927-17 | 0 | 09/05/17 | 9/29/2017 | 10/19/17 | 09/20/17 | TAKE ONE TABLET(S) BY MOUTH EVERY DAY AS NEEDED |
| 610P-407371 | DFAC | 08/06/2019 | 60EA | ACETAMINOPHEN 325MG TAB | GENOVESE, MARYANNE | 00904-1982-80 | 2 | 05/01/19 | 8/13/2019 | 04/29/20 | 08/14/19 | TAKE ONE OR TWO TABLET(S) BY MOUTH EVERY SIX HOURS AS NEEDED |
| 610P-411112 | DFAC | 08/06/2019 | 30EA | TAMSULOSIN 0.4MG CAP | GENOVESE, MARYANNE | 33342-0159-15 | 1 | 06/10/19 | 8/13/2019 | 06/08/20 | 09/05/19 | TAKE ONE CAPSULE(S) BY MOUTH EVERY DAY |
| 610P-411113 | DFAC | 08/06/2019 | 60EA | OXYBUTYNIN 5MG TAB | GENOVESE, MARYANNE | 10702-0201-01 | 1 | 06/10/19 | 8/13/2019 | 06/08/20 | 09/05/19 | TAKE ONE TABLET(S) BY MOUTH TWICE A DAY |
| 610P-412404 | DFAC | 06/24/2019 | 20EA | OMEPRAZOLE DR 20MG CAP | GENOVESE, MARYANNE | 00781-2790-10 | 0 | 06/24/19 | 8/13/2019 | 06/22/20 | 07/04/19 | TAKE ONE CAPSULE(S) BY MOUTH TWICE A DAY FOR 10 DAYS THEN DECREASE TO ONE A DAY |
| 610P-412407 | DFAC | 08/06/2019 | 30EA | OMEPRAZOLE DR 20MG CAP | GENOVESE, MARYANNE | 00781-2790-10 | 1 | 06/24/19 | 8/13/2019 | 06/22/20 | 09/05/19 | TAKE ONE CAPSULE(S) BY MOUTH EVERY DAY |
| 610P-412409 | DFAC | 06/25/2019 | 20EA | CLARITHROMYCIN 500MG TAB | GENOVESE, MARYANNE | 00781-1962-60 | 0 | 06/24/19 | 8/6/2019 | 06/22/20 | 07/05/19 | TAKE ONE TABLET(S) BY MOUTH TWICE A DAY FOR 10 DAYS UNTIL FINISHED |
| 610P-412410 | DFAC | 06/24/2019 | 40EA | AMOXICILLIN 500MG CAP | GENOVESE, MARYANNE | 57237-0031-01 | 0 | 06/24/19 | 8/13/2019 | 06/22/20 | 07/04/19 | TAKE TWO CAPSULE(S) BY MOUTH TWICE A DAY FOR 10 DAYS UNTIL FINISHED |
| 610P-416270 | DFAC | 08/07/2019 | 30EA | TAMSULOSIN 0.4MG CAP | GENOVESE, MARYANNE | 68382-0132-01 | 0 | 08/06/19 | 8/13/2019 | 08/04/20 | 09/06/19 | TAKE ONE CAPSULE(S) BY MOUTH EVERY DAY |
| 610P-416271 | DFAC | 08/07/2019 | 60EA | OXYBUTYNIN 5MG TAB | GENOVESE, MARYANNE | 10702-0201-01 | 0 | 08/06/19 | 8/13/2019 | 08/04/20 | 09/06/19 | |

ULSTER REGIONAL Patient Profile Page 4
9/1/2020 Active Dates: 9/1/2017 - 9/1/2020 10:26 am

| Rx # Facility Sig | Last Fill Quantity | Drug Doctor | NDC | # of Refills | Start Date DC Date | Exp Date Refill Due |
|---|---|---|---|---|---|---|
| TAKE ONE TABLET(S) BY MOUTH TWICE A DAY | | | | | | |

WILLS000443