

Rob Rickner | rob@ricknerpllc.com

February 5, 2024

**Via ECF**

The Honorable Brian M. Cogan
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Ruben Wills v. Microgenics Corporation et al.*, 20-cv-04432 (BMC) (VMS)

Dear Judge Cogan,

We represent Plaintiff Ruben Wills is the above-caption action and submit this letter to request a brief extension of the time for Plaintiff to submit his expert report, and an equivalent extension for the Microgenics Defendants to do the same, so that the expert schedule overall remains the same.

Plaintiff submits that there is good cause for this extension due to Plaintiff's counsel's recent illness. Approximately 8 weeks ago, I developed a respiratory infection (not COVID) that in the beginning was annoying, but not severe. Over time it got progressively worse, and prevented me from working at all for 6 days over a span of 10 days, and slowed work on other days. It was resolved through medication two days ago. Unfortunately, this coincided with a particularly busy time in my caseload, and losing time to finsih work cascaded down, setting me back on other cases. As a result, I have not had time to respond to inquiries, follow up with additional documents, and other tasks needed to finish the expert report. Fortunately, my trial scheduled for February did settle, and I will be able to catch up on the work that was delayed. So no further issues are expected.

Consequently, we ask that Plaintiff's expert disclosures be extended from February 7, 2024 to February 19, 2024, and Defendant's expert disclosures be extended March 27, 2024 to April 8, 2024. This is the first request for an extension of these deadlines, and the Microgenics Defendants consent to this request.

We thank the Court for its consideration of this request.

Respectfully,

   /s/

Rob Rickner

212-300-6506 | 14 WALL STREET, SUITE 1603 NEW YORK, NY 10005 | RICKNERPLLC.COM