UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBEN WILLS,<br><br>               Plaintiff,<br>vs.<br><br>MICROGENICS CORPORATION, ET AL.,<br><br>               Defendants. | Hon. Brian M. Cogan<br><br>CASE 1:20-cv-04432-BMC-VMS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO THERMO FISHER SCIENTIFIC INC.** |

**IT IS HEREBY STIPULATED AND AGREED UPON**, by and among the undersigned, on behalf of all parties who have appeared in this action, as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), all claims in the above-captioned action against Thermo Fisher Scientific Inc. ("Defendant") are dismissed with prejudice;

This stipulation may be executed in any number of counterparts, all of which taken together shall constitute one stipulation, and may be executed by facsimile or electronically-transmitted signature.

| BOWMAN AND BROOKE LLP | RICKNER, PLLC |
|---|---|
| *signature: Erica A. Mekles* | *signature: Rob R.* |
| Erika S. Mekles, Esq. (EM1020)<br>Christopher R. Carton, Esq. (CC0408)<br>317 George Street, Suite 320<br>New Brunswick, NJ 08901<br>Tel.: (201) 577.5196<br>Fax: (804) 649.1762<br>erica.mekles@bowmanandbrooke.com<br>chris.carton@bowmanandbrooke.com<br><br>*Attorneys for Defendants Microgenics Corporation and Thermo Fisher Scientific Inc.*<br><br>Dated: July 15, 2025 | Rob Rickner, Esq. ()<br>14 Wall Street, Suite 1603<br>New York, NY 10005<br>Tel.: (212) 300.6506<br>Fax: (888) 390.5401<br>rob@ricknerpllc.com<br><br>*Attorney for Plaintiff*<br><br><br><br>Dated: July 15, 2025 |
| **OFFICE OF ATTORNEY GENERAL STATE OF NEW YORK**<br>*signature*<br>Linda Fang, Esq.<br>Jennifer Goltche, Esq.<br>28 Liberty Street - 18th Floor<br>New York, NY 10005<br>Tel,: (212) 416.8580<br>Linda.Fang@ag.ny.gov<br>Jennifer.Goltche@ag.ny.gov<br><br>*Attorney for Defendant Sheila Woodberry*<br><br>Dated: July 15, 2025 | |

**SO ORDERED:**

**DATED:**

                                          Honorable Brian M. Cogan
                                          United States District Court Judge