UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBEN WILLS,<br><br>         Plaintiff,<br>vs.<br><br>MICROGENICS CORPORATION, ET AL.,<br><br>         Defendants. | Hon. Brian M. Cogan<br><br>CASE 1:20-cv-04432-BMC-VMS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO MICROGENICS CORPORATION** |

**IT IS HEREBY STIPULATED AND AGREED UPON**, by and among the undersigned, on behalf of all parties who have appeared in this action, as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), all claims in the above-captioned action against Microgenics Corporation ("Defendant") are dismissed with prejudice. Each side shall bear their own fees and costs (except as agreed by the parties);

This stipulation may be executed in any number of counterparts, all of which taken together shall constitute one stipulation, and may be executed by facsimile or electronically-transmitted signature.

| COVINGTON & BURLING LLP | RICKNER, PLLC |
|---|---|
| /s/ <br> Laura Flahive Wu, Esq. <br> One CityCenter, 850 Tenth Street, NW <br> Washington, DC 20001-4956 <br> Tel.: (202) 662-5982 <br> lflahivewu@cov.com <br><br> ***Attorneys for Defendant Microgenics Corporation*** <br><br> Dated: September 15, 2025 | *Rob* <br> Rob Rickner, Esq. <br> 14 Wall Street, Suite 4C <br> New York, NY 10005 <br> Tel.: (212) 300-6506 <br> rob@ricknerpllc.com <br><br> ***Attorney for Plaintiff*** <br><br> Dated: September 15, 2025 |

**SO ORDERED:**

**DATED:**

                                               Honorable Brian M. Cogan <br>
                                               United States District Court Judge