# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBEN WILLS,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>MICROGENICS CORPORATION, ET AL.,<br><br>　　　　　Defendants. | Hon. Brian M. Cogan<br><br>CASE 1:20-cv-04432-BMC-VMS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO MICROGENICS CORPORATION** |

**IT IS HEREBY STIPULATED AND AGREED UPON**, by and among the undersigned, on behalf of all parties who have appeared in this action, as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), all claims in the above-captioned action against Microgenics Corporation ("Defendant") are dismissed with prejudice. Each side shall bear their own fees and costs (except as agreed by the parties);

This stipulation may be executed in any number of counterparts, all of which taken together shall constitute one stipulation, and may be executed by facsimile or electronically-transmitted signature.

| COVINGTON & BURLING LLP | RICKNER, PLLC |
|---|---|
| /s/ | *Rob* (signature) |
| Laura Flahive Wu, Esq.<br>One CityCenter, 850 Tenth Street, NW<br>Washington, DC 20001-4956<br>Tel.: (202) 662-5982<br>lflahivewu@cov.com<br><br>***Attorneys for Defendant Microgenics Corporation***<br><br><br>Dated:  September 15, 2025 | Rob Rickner, Esq.<br>14 Wall Street, Suite 4C<br>New York, NY 10005<br>Tel.: (212) 300-6506<br>rob@ricknerpllc.com<br><br>***Attorney for Plaintiff***<br><br><br>Dated:  September 15, 2025 |

**SO ORDERED:**

**DATED:** Brooklyn, NY
Sept. 15, 2025

*Brian M. Cogan* (signature)
Honorable Brian M. Cogan
United States District Court Judge

2